UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
UNITED STATES OF AMERICA,

versus 05 CR 60(NGG)

VINCENT BASCIANO,

DEFENDANT. U.S. Courthouse
Brooklyn, New York
---------------------------------------x
April 11, 2011
9:30 a. m.

TRANSCRIPT OF TRIAL

Before the HONORABLE NICHOLAS GARAUFIS, USDJ

APPEARANCES

Representing the Government: Loretta E. Lynch
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
BY: TARYN MERKL, ESQ.
JACK DENNEHY, ESQ.
NICOLE ARGENTIERI, ESQ.
STEPHEN FRANK, ESQ.

Representing the Defendant: GEORGE GOLTZER, ESQ.
RICHARD JASPER, ESQ.
YING STAFFORD, ESQ.
BETH BOCHNAK, ESQ.

Reported by:
Lisa Schmid, CCR, RMR
225 Cadman Plaza East
Brooklyn, New York 11201
Phone: 718-613-2644 Fax: 718-613-2379
Proceedings recorded by mechanical stenography. Transcript produced by computer-aided transcription.

(In open court, outside the presence of the jury.)

(Parties enter the courtroom.)

THE CLERK: All rise.

(Judge Garaufis resumes the bench.)

THE COURT: The parties may be seated. Everyone else, please remain standing.

Good morning, ladies and gentlemen. I'm United States District Judge Nicholas G. Garaufis. Today, we are continuing our process of selecting a jury for a criminal case. You are being considered to serve on that jury. The clerk will swear you in.

(Jurors sworn.)

THE COURT: All right, please be seated.

The first step in the jury selection process for you will occur today. You will be asked to fill out an extensive questionnaire in connection with your possible service as a juror in this trial. The second step is that some of you will return to the courthouse individually, on a specific day over the next several weeks, to be asked follow-up questions. Each of you will be instructed to call the phone number on the cover sheet attached to your questionnaire on April 13th, 2011, after 7:00 p.m. for further instructions as to when you will be required to return to the courthouse, for follow-up questioning. In order to receive those instructions, it is important that you remember the juror number that appears at

the top of your questionnaire as it is by that number alone that you will be identified.

The trial of this case is scheduled to begin in mid-April, and it's expected to take about four to six weeks to complete. Trial days will generally be Monday through Friday, from 9:30 a.m. until not later than 6:00 p.m., with some exceptions. The trial will be in recess for national and major religious holidays.

Let me introduce to you the parties in the case. The United States government is represented in this case by United States Attorneys Taryn Merkl --

MS. MERKL: Good morning.

THE COURT: -- Nicole Argentieri --

MS. ARGENTIERI: Good morning.

THE COURT: -- Jack Dennehy --

MR. DENNEHY: Good morning.

THE COURT: -- and Stephen Frank.

MR. FRANK: Good morning.

THE COURT: Special Agent Robert Ypelaar --

SPECIAL AGENT YPELAAR: Good morning.

THE COURT: -- and Special Agent Adam Mininni --

SPECIAL AGENT MININNI: Morning.

THE COURT: -- are also seated at the government's table. Samantha Ward, the paralegal is also seated at the government's table.

MS. WARD: Good morning.

THE COURT: The defendant in this case is Vincent Basciano.

MR. BASCIANO: Good morning.

THE JURY: Good morning.

THE COURT: Mr. Basciano'S attorneys are George Goltzer --

MR. GOLTZER: Good morning.

THE COURT: -- Richard Jasper --

MR. JASPER: Good morning.

THE COURT: -- and Ying Stafford --

MS. STAFFORD: Good morning.

THE COURT: -- Lucy Kim, a paralegal --

MS. KIM: Good morning.

THE COURT: -- and Beth Bochnik are also seated at the defense table.

I will be the presiding judge in the case. My courtroom deputy who swore you in is Joseph Reccoppa, and my law clerks who are assigned to this case are John Fitzpatrick, who is over there, and Emily Chapuis, who is also over there.

The defendant in the case, Vincent Basciano, is charged in an indictment with criminal offenses, and an indictment listing the criminal charges against the defendant is simply the document used to advise the defendant of the accusations against him. The indictment is not evidence.

The defendant has pleaded not guilty to all charges in the indictment. It is the government, also called the prosecution, that has the burden of proof under our legal system. The government must present proof beyond a reasonable doubt that a defendant has committed crimes before a defendant can be found guilty.

The defendant has no obligation to produce any evidence or to do anything else at trial. This is because the law presumes a defendant to be innocent of the charges brought against him.

The indictment in this case charges that the defendant was a member and associate of an organized criminal enterprise, the Bonnano organized crime family, and accuses the defendant of committing and conspiring to commit the murder of Randall Pizzola in aid of that organized criminal enterprise and knowingly and intentionally possessing a firearm, which was discharged in furtherance of such crimes of violence.

In addition, the government may assert and present evidence that after the defendant was arrested, he continued to communicate with members and associates of the Bonnano organized crime family regarding the maintenance and ongoing operation of the organized criminal enterprise.

The government also may assert and present evidence that the defendant engaged in the additional criminal conduct

both before and after his arrest.

The government is seeking the death penalty for the murder and aid of organized criminal enterprise charged.

Remember that under the law, the defendant is presumed to be innocent of the charges described in the indictment. If you were selected as a juror in the case, it will be your duty to determine whether, based on the evidence presented at trial, the government has proved beyond a reasonable doubt that the defendant is guilty of the crimes charged in the indictment.

The Court is following the practice used in other cases in federal court of keeping the identities of the jurors confidential. Thus, though, you're asked to provide certain identifying information on the final page of the questionnaire, page 68, this information will be provided only to court personnel.

It is likely that this case will receive media attention. Experience has taught that in a case like this, which contains allegations of organized crime, the media and the members of the public will be curious about the identities of the jurors, the witnesses, the lawyers, and all other participants, and may seek to inquire into their personal affairs. Such circumstances, Courts routinely order, as has been done in the case, that jurors' names, addresses and places of employment will remain anonymous during and after

the trial.

Anonymity will ensure that the jury will not be exposed to such prying and to opinions, commentaries, and inquiries that might impair its ability to decide the case solely upon the evidence presented in court, and upon the law as I instruct you. It is important to ensure that the jury will in no way be influenced by the public, by the members of the media, and by their articles, and reports.

I wish to emphasize that I am taking these measures to protect your rights of privacy and to assist you in discharging your responsibilities as jurors fairly and impartially. If selected, as a juror, your oath that you have just taken requires that you decide the case solely on the evidence.

Now, it's extremely important, consistent with the oath you have just taken, that you carefully read and candidly answer all of the questions contained in the questionnaire. Should you have any questions about the process of filling out the questionnaire, representatives of the clerk's office will be here to assist you.

And we, the parties and the Court, sincerely request that you carefully read the questions, that you answer the questions candidly, fully, wherever it asks for an explanation, for an answer, if you have an explanation, take your time, provide the explanation. It's very important that

the information that you provide is complete, and represents your complete views on a particular question. The questions were very carefully prepared by the parties and approved by the Court, and your cooperation and patience in filling out these questionnaires carefully and fully will assist us when we call you back to question you about your responses. So, it's really important that you give it the time it needs and first carefully read the questions and then fully answer the questions. We all appreciate your attention to that.

Now, finally, it is extremely important that you follow my instructions, that you do not discuss this case with anyone. Not your families, not your friends, not your business associates, and not other jurors. In addition, you must not read, listen to, watch, or access on the internet any accounts of this case, nor research or seek outside information about any aspect of this case. Please do not communicate with anyone about the case on your cell phone, through email, Blackberry, iPhone, text messaging or on Twitter, through any blog or website, through any internet chat room, or by way of any other social networking websites, including Facebook, LinkedIn, and YouTube, and if I forgot any that you use, you can't use that either.

Now, let me just read that again because it is really critical that you follow this instruction fully and, that is, I'll read it one more time, it is extremely important

that you follow my instruction, that you do not discuss this case with anyone, not your family, not your friends, not your business associates, and not other jurors. And addition, you must not read, listen to, watch or access on the internet any accounts of this case, or research or seek outside information about any aspect of this case. Please do not communicate with anyone about the case on your cell phone, through email, Blackberry, iPhone, text messaging, or on Twitter, through any blog or website, through any internet chat room, or by way of any other social networking websites, including Facebook, LinkedIn and YouTube.

So, on behalf of the Court and on behalf of the parties, I thank you in advance for your participation in this important civic responsibility. Have a good day.

THE CLERK: All rise.

(Recess.)

THE CLERK: Case on trial.

THE COURT: What are up the numbers that we need? (Confers with the clerk.)

All right. Case on trial.

Appearances?

MS. MERKL: Taryn Merkl, Jack Dennehy, Nicole Argentieri, Stephen Frank for United States.

Good morning, Your Honor.

THE COURT: Good morning.

MR. GOLTZER: George Goltzer, Richard Jasper, Ying Stafford on behalf of Mr. Basciano, who is present today.

THE DEFENDANT: Good morning.

THE COURT: Good morning. All right. I'm advised by Mr. Reccoppa there are two jurors who wish to see us respecting issues that may be preventing them from serving. 565 has a doctor's note about his bad back, and 485 indicated that the father is sick, and she has day care problems. So maybe we ought to inquire and then we'll discuss it.

MR. GOLTZER: All right. Does Your Honor mind if I sit here? My back may on occasion be to the bench. I mean no disrespect.

THE COURT: No problem.

Yeah. Let's bring in juror 565 who has the doctor's note.

Have a seat.

(Juror enters.)

THE COURT: Please be seated, sir.

All right. Good morning.

PROSPECTIVE JUROR: Good morning.

THE COURT: You're juror number 565, is that right?

PROSPECTIVE JUROR: Yes, sir.

THE COURT: And you asked -- you indicated that you have some sort of a physical problem that you want to bring to our attention?

PROSPECTIVE JUROR: Yes, sir.
THE COURT: Just speak up, please.
PROSPECTIVE JUROR: Yes, sir. I have a letter from the doctor about my back. I saw him the week before last.
THE COURT: At what, I'm sorry.
PROSPECTIVE JUROR: Saw my doctor the week before last, because I was here.
THE COURT: Do you have the note?
PROSPECTIVE JUROR: Yes, sir.
THE CLERK: (Handing.)
THE COURT: (Peruses document.)
Now, the note says, "Patient is unable to attend jury duty due to his medical condition. Patient is status post disc replacement, is unable to sit for long periods of time. If you have any questions, please call the office at the number above."
Did you have disc replacement surgery?
PROSPECTIVE JUROR: Yes.
THE COURT: How long ago was that?
PROSPECTIVE JUROR: Year and-a-half.
THE COURT: Have you had any difficulty since then?
PROSPECTIVE JUROR: Yes.
THE COURT: What kind?
PROSPECTIVE JUROR: Pain.
THE COURT: How often do you have pain?

PROSPECTIVE JUROR: Every day.

THE COURT: Well, on your questionnaire, there is question number four, "Do you have any physical or medical condition as such as hearing, eyesight, back problems or medication you are taking or for any emotional problem that would make it usually difficult for you to serve as a juror in the case," and you checked "no." Why did you check "no" if you had a problem?

PROSPECTIVE JUROR: I thought I would be able to do it, but it's getting worse, actually.

THE COURT: Now, who's the doctor who you're seeing?

PROSPECTIVE JUROR: Nyetta.

THE COURT: I'm sorry?

PROSPECTIVE JUROR: Dr. Nyetta.

THE COURT: Does anybody have any questions for the juror?

MR. GOLTZER: No.

MS. MERKL: No, Your Honor.

THE COURT: Okay. Why don't you go back down and wait in the jury assembly area.

PROSPECTIVE JUROR: Yes.

THE COURT: Thank you.

PROSPECTIVE JUROR: Thank you.

(Juror exits.)

THE COURT: Bring the other one in and then we'll

take.

MR. GOLTZER: Whenever you'd like our view.

THE COURT: I will be happy to hear your views on him.

(Juror enters.)

THE COURT: Not please be seated. Good morning.

PROSPECTIVE JUROR: Hi.

THE COURT: You're juror number 485, correct?

PROSPECTIVE JUROR: Yes.

THE COURT: You advised my deputy clerk that there was something you wanted to discuss with us.

PROSPECTIVE JUROR: Yes, I have had some personal issues come up in the last few weeks since I've been here. Last night, my father was admitted to the hospital, and he's on ventilator. He's very ill and I -- because I'm here, I don't know what's going on with that.

Plus, on Mondays and Tuesdays, my mother would have been able to pick up my son from day care, and she can't do that. So I really wouldn't be able to be here because I need to, you know, have transportation for my son.

THE COURT: Now, when was your father taken to the hospital?

PROSPECTIVE JUROR: Last night. He was driving from upstate. He's insulin-dependent diabetic, and he had to pull over. He was driving home and he was in respiratory distress

because his kidney function is very low.

THE COURT: And I take it this is a chronic problem that he has?

PROSPECTIVE JUROR: Yeah. He's waiting to go on dialysis, and I think this is probably the point where that is going to happen, and, you know, I'm just -- I'm under a lot of stress right now.

THE COURT: I can see that.

Okay. Does anybody have any questions?

MR. GOLTZER: No.

MS. MERKL: No, Your Honor.

MR. JASPER: No.

THE COURT: Thank you very much. Would you go downstairs and just wait in the jury deliberation area until we give you further information.

PROSPECTIVE JUROR: All right.

THE COURT: Have a good day.

(Juror exits.)

THE COURT: All right. Please be seated. Let's take the easy one first, number 485.

MS. MERKL: We have no objection to excusing that juror.

MR. GOLTZER: Nor do we.

THE COURT: All right. Juror 485 is struck on consent of the parties due to a hardship involving her family.

What does that leave us with who are here?

THE CLERK: 67, 68, right.

(Confers with the clerk.)

THE COURT: I think with the one juror who is about to arrive, we still have, I guess, 68 who are here.

MR. GOLTZER: (Nods head affirmatively.)

THE COURT: Which are enough.

MR. GOLTZER: (Nods head affirmatively.)

THE COURT: Which brings us to our friend with the bad back.

MR. GOLTZER: It is our view that the excuse tendered along with the medical note is not sufficient to excuse that particular juror. Like other jurors who have been accommodated or offered accommodations by the Court, simply not being able to sit for a long period of time can be remedied by the juror sitting in the back row and standing, perhaps. So we don't think that particular juror should be excused.

MS. MERKL: Your Honor, we would note that this is the juror who wrote on his questionnaire that he periodically takes Vicodin, and has, you know, other pain medications that he may need to take. And we did inquire about the Vicodin issue during the original voir dire. Sounds as if his back problems is potentially getting worse. It seems to the government that he could be a problematic juror in that we may

seat him and then he will not be available to continue sitting due to pain, due to being under the influence of Vicodin or other powerful pain-relieving medications.

I know we're close to the number we need, but, given the potential deterioration of his spinal condition which sounds quite serious, we do not have an objection. It's obviously up to the Court as to whether that should be a hardship.

MR. GOLTZER: Classifying it as a spinal condition that's deteriorating may not be accurate. That's not what the doctor's note said.

THE COURT: I'm going to call the doctor.

MR. GOLTZER: Great. That's fine.

THE COURT: I think that's really the solution here, I'm going to go to the robing room, call the doctor, and speak to a doctor.

MR. GOLTZER: We certainly have no objection to that.

THE COURT: He said he can call us, so obviously he's given permission for the doctor to provide information to the Court. And I think my main question of the doctor is how long he's been complaining since he had the surgery, whether it was something that's just arisen since he came in here, or it's something that's a been a chronic problem.

Now, it would be seem it's a chronic problem, he's

been taking Vicodin, but let me ask and get back to you in just a few minutes so that we can proceed one way or the other. I don't want to put someone in the mix who three days after we start is having excruciating pain which we can't measure, and, you know, gets him himself admitted to New York Hospital or something, you know, with back pain.

I mean, that just, it's another problem that we'll have to confront. But let me do this. Let me call his doctor. And I couldn't even read the doctor's signature. I mean, if this is a signature for someone who wants me to call him.

MR. GOLTZER: There's no letterhead?

THE COURT: There's letterhead, yes, but, you know, it's a treasure hunt to try to find out what this means. I'll be back in just a few minutes.

(Recess; time noted: 11:30 a. m.)

THE COURT: Okay. I'm going to bring the jurors up now.

MS. MERKL: Did we finish with the 565 waiting for the doctor?

(Discussion off the record.)

THE CLERK: All rise.

THE COURT: All right. Case on trial.

I spoke to the juror's physician, who indicates that he's had to send the juror to physical therapy, and he's had a

number of episodes where he had a reoccurrence of pain since the surgery. And the doctor basically said, you know, he seems very sincere, and the doctor believes that it's real pain. So does anyone have a view on this now? Any objection to my striking him --

MR. GOLTZER: No.

THE COURT: -- based on his physical condition?

MR. GOLTZER: It's clearly a matter of the court's discretion, and we take what Your Honor says at face value and the doctor has no reason to lie, so --

THE COURT: Yes, and it took a while for the doctor to get on the phone, but when he did, he was very helpful.

So, okay. And we're waiting for the jurors to come in.

MS. MERKL: Your Honor, there has been a mention of juror 193 not feeing well. Do we know the status of juror 193?

THE COURT: I have no idea. No one has mentioned 193 to me.

MR. GOLTZER: Did the lost juror ever arrive?

THE COURT: I have no idea. We'll find out soon.

(Recess; time noted: 12:03 p.m.)

THE COURT: Be seated, please. We're just waiting on the arrival of the jurors.

MR. GOLTZER: We're wondering how a judge could ask

a question of a doctor whose name he couldn't read about a juror, whose name he didn't know.

THE COURT: Well, there was a letterhead. And actually the name was on the letterhead.

MR. GOLTZER: Just make it a little tougher. We had confidence in you.

THE COURT: Thank you.

MR. GOLTZER: Lucy said that, no doctor, the patient -- no name of the patient. Just somebody with a bad back.

THE COURT: (Confers with the clerk.)

All right. We have three who aren't here, 102, 120, and 268.

Now we're going to bring in the jurors. Are they out there?

THE CLERK: You're ready?

THE CLERK: You're ready?

THE COURT: (Confers with the law clerk.)

(Jurors enter the courtroom.)

THE COURT: Please be seated once you're placed.

The parties may be seated, if you wish.

MR. GOLTZER: Thank you.

THE COURT: (Confers with the clerk.)

All right. On the record.

Good afternoon, ladies and gentlemen we're going to

complete jury selection at this time for this case. Thank you for your patience.

And before we actually commence the jury selection process, which will take -- we do it methodically, so it will take a little bit of time.

A couple of things. First I'm going to call off your numbers, and when I call your number, just stand up for a moment, and then you may be seated. Just want to make sure we every everyone in order, in place. And I will take it from there.

The other thing is, that if at any point I ask -- I excuse to you go downstairs, please go downstairs and wait in the jury assembly area, and we'll let you know what to do next after that.

So let me just read the numbers. Number 28, 41, 43, 48, 49, 52, 59, 64, 68, 74, 78, 98, thank you, 105, 107, 121, 132, 144, 168, 185, 193, 206, 246, 247, 248, 256, 266, 286, 289, 326, 327, 338, 339, 363, 373, 381, 393, 408, 411, 428, 435, 448, 454, 455, 505, 532, 554, 560, 574, 599, 602, 630, 665, 670, 678, 688, 734. 771, 783, 811, 837, 845, 847, 895, 911, 933, 935, 952, and 978.

Very good. Thank you, everyone.

At the this time, we'll have a sidebar.

(Sidebar conference.)

THE COURT: Please come make a smaller circle.

All right, very good. First let me ask the parties, up until this point, are there any concerns objections, or statements? Are we ready to go, in other words?

MR. GOLTZER: We're ready.

MS. MERKL: We're ready.

THE COURT: Okay. We're in the first round.

MS. MERKL: Okay.

THE COURT: In the first round, each side gets four peremptory strikes. The government goes first.

MS. MERKL: 43.

MS. STAFFORD: I'm sorry, what?

MS. MERKL: 43.

THE COURT: Okay.

MS. MERKL: 48, 185 and 105.

THE COURT: 105?

MS. MERKL: Yes.

THE COURT: All right. And the defense goes second.

MR. JASPER: 28.

THE COURT: 28.

MR. JASPER: 52.

THE COURT: 52.

MR. JASPER: 52, 59, and 64.

THE COURT: You want to move to the second round, or would you like to take a moment?

MR. JASPER: Just a quick moment, Judge.

MS. MERKL: One moment, Your Honor, would be great.

THE COURT: All right. What I'll do is I'll have this group go downstairs.

MR. GOLTZER: Sure.

THE COURT: We have better sense of who's left.

MR. GOLTZER: Absolutely.

THE COURT: I'll do that by round. Is there any objection to that?

MS. MERKL: No, Your Honor.

THE COURT: Okay, thank you.

(End of sidebar conference.)

(In open court.)

THE COURT: (Confers with the law clerk.)

All right. The following jurors just stand up, please. Juror number 43, juror number 48, 185. Juror 185 is over there in the corner, yes, thank you, ma'am. And 105. All right. And juror number 28, juror number 52, juror number 59, and juror number 64.

All right. Now all the jurors who are standing, please take your things, go downstairs to the jury assembly area and just wait there for further instructions. Thank you.

(Jurors excused.)

THE COURT: Parties ready?

MR. GOLTZER: Yes, Your Honor.

MS. MERKL: Yes, Your Honor.

(Sidebar conference.)

THE COURT: Okay. Just get closer. In the second round, the defense goes first. You have four strikes.

MR. JASPER: Yes, Your Honor, 168.

THE COURT: 168.

MR. JASPER: 68.

THE COURT: 68.

MR. JASPER: 74.

THE COURT: 74.

MR. JASPER: 121.

THE COURT: 121.

MR. JASPER: And 193.

THE COURT: 193. And the government goes second and has four strikes.

MS. MERKL: Okay. We do 266.

THE COURT: 266.

MS. MERKL: 435.

THE COURT: 435.

MS. MERKL: And 455.

THE COURT: 455.

MS. MERKL: And 49.

THE COURT: And 49. So, in the second round, the defense went first. And you struck 68, 74, 121, 193, is that correct?

MR. JASPER: That's correct, Your Honor.

THE COURT: And the government went second and struck 266, 435, 455 and 49.

MS. MERKL: Right.

THE COURT: Okay. All right. We'll take a break while you review with each other.

MR. JASPER: Okay.

MS. MERKL: Okay.

(End of sidebar conference.)

(Pause in proceedings.)

THE COURT: All right. If I call your number, please just stand up. Juror number 68, juror number 74, 121, 193, 266, 435, 455, and 49.

All right. Will all those who are standing take your things and go down to the jury assembly area, and wait there for further instructions. Thank you very much.

(Jurors excused.)

THE COURT: The parties ready?

MS. MERKL: Yes, Your Honor.

(Sidebar conference.)

THE COURT: Okay. Just one thing. The strikes for the -- on the members of jury, you can only use the first 52 jurors in line and choose from them. The balance -- and the next 12 will be the group that you choose from for alternates. So you can -- you're not going to strike anyone outside of the first 52 during the selection of the 12 members of the jury,

which obviously wouldn't make any sense anyway, but I think 658 is the last one.

MS. MERKL: Yes, your documentation, as well.

MR. JASPER: Is cut off.

MS. MERKL: That was our calculation, too.

THE COURT: I just wanted to make sure everybody had that.

MR. JASPER: Thank you.

MS. MERKL: Understood.

THE COURT: Now, in the third round, the government goes first and has four strikes.

MS. MERKL: We want to strike 98.

THE COURT: 98.

MR. JASPER: 98.

MS. MERKL: 246.

THE COURT: 246.

MS. MERKL: 286.

THE COURT: 286.

MS. MERKL: And 428.

THE COURT: That's 98, 246, 286 and 428.

MS. MERKL: Correct.

THE COURT: Defense goes second and gets four strike.

MR. JASPER: Yes, Judge, 206.

THE COURT: 206.

MR. JASPER: 247.

THE COURT: 247.

MR. JASPER: 256.

THE COURT: 256.

MR. JASPER: 289.

THE COURT: 289. So defense went second, and got 206, 247, 256 and 289.

MR. JASPER: Yes, Your Honor.

THE COURT: Okay. Thank you. Somebody needs water. You can get them water.

(End of sidebar conference.)

THE COURT: Would the following jurors please stand. 98, 246, 246, 286, 428, 206, 247, 256, and 289.

All right. Would those people who are standing please take your things and go down to the jury assembly area and await further instructions. Thank you.

(Pause in proceedings.)

THE COURT: The parties ready?

(Sidebar conference.)

THE COURT: In the fourth round, each of the parties has four strikes, and the defendant goes first.

MR. JASPER: 373.

THE COURT: I'm sorry?

MR. JASPER: 373.

THE COURT: 373.

MR. JASPER: 381.
THE COURT: 381.
MR. JASPER: 505.
THE COURT: 505.
MR. JASPER: And 574.
THE COURT: 574. And the government goes next.
MS. MERKL: Your Honor, we're going to go 248.
THE COURT: 248.
MS. MERKL: 599.
THE COURT: 599.
MS. MERKL: 602.
THE COURT: 602.
MS. MERKL: And 665.
THE COURT: 665.
MS. MERKL: Correct.
THE COURT: All right. So the defense went first, 373, 381, 505 and 574.
MR. JASPER: Right.
THE COURT: And the government went second, 248, 599, 602 and 665, correct?
MS. MERKL: Correct.
THE COURT: Okay. Thank you.
(End of sidebar conference.)
(Mr. Dennehy conferred with the law clerks.)
THE COURT: All right. When I call your number,

please stand up in place. 248, 599, 602, 665, 373, 381, 505, and 574.

Will the jurors who are standing please take your things and go downstairs and wait for further instructions in the jury assembly area. Thank you very much.

(Jurors excused.)

THE COURT: (Confers with the law clerk.)

(Pause in proceedings.)

(Sidebar conference.)

THE COURT: All right. There's 20 and there's eight more strikes.

MS. STAFFORD: Sorry.

THE COURT: Not a problem.

All right. In the fifth round, each side has to two strikes and the government goes first.

MS. MERKL: 326.

THE COURT: 326.

MS. MERKL: And 408.

THE COURT: 408.

MS. MERKL: Yeah, sorry.

THE COURT: The defense goes second.

MR. JASPER: 338.

THE COURT: 338.

MR. JASPER: And 448.

THE COURT: 448.

All right. The government went first and struck 326 and 408. And the defense went second and struck 338 and 448. Is that right?

MR. JASPER: Yes, Your Honor.

MS. STAFFORD: Yes.

THE COURT: Okay. Now, do you need a little bit of time and we'll have strikes, just let know me know when you're ready.

MS. MERKL: Okay.

MR. JASPER: Thanks, Judge.

MS. STAFFORD: Thank you.

(End of sidebar conference.)

(Pause in proceedings.)

THE COURT: Will the following jurors please rise in place: Juror number 326 and juror number 408, juror number 338 and juror number 448.

All right. Those four jurors, would you please take your things and go back to the jury assembly area and wait for further instructions. Thank you.

(Pause in proceedings.)

THE COURT: You're ready?

MR. GOLTZER: Not just yet, Judge.

THE COURT: Okay.

MR. GOLTZER: They're not quite ready.

THE COURT: All right. This is the sixth and final

round for selection of jurors of the jury. There are -- each side gets two strikes and the defense goes first.

MR. JASPER: Judge, 41 and 168.

THE COURT: 41.

MR. JASPER: 41 and 168.

THE COURT: Okay. And --

MS. MERKL: Your Honor, just one more.

THE COURT: You want someone to stand?

MR. DENNEHY: No, no, that's fine, we don't want to single him out. This one.

MS. MERKL: One second. (Confers with co-counsel.)

MR. DENNEHY: Okay.

MS. MERKL: Your Honor, 339 and 554.

THE COURT: All right. In the sixth and final round, the defendant struck 41 and 168, is that correct?

MR. JASPER: Yes, it is, Your Honor.

THE COURT: And the government has struck 19 and 554, is that correct?

MS. MERKL: Correct.

MR. GOLTZER: May we have a couple of minutes to just make note of the 12 jurors that are left in the box in the jury.

THE COURT: I'm going to put them in the box now.

MR. GOLTZER: Right, because we need -- if there's somebody there that was struck for cause that was denied, we

just need to make an objection and preserve the record.

THE COURT: Sure.

MR. GOLTZER: (Nods head affirmatively.)

THE COURT: No problem. Okay. Thank you.

(End of sidebar conference.)

(Continued on the next page.)

(In open court.)

THE COURT: If anyone is using an electronic device in the courtroom, please turn it off. Thank you.

Will the following jurors please stand in place: 339, 554, 41 and 168.

Please take your things and go down to the jury assembly area and wait there for further instructions. Thank you, very much.

(Prospective jurors exit.)

COURTROOM DEPUTY: 560, 630.

MR. GOLTZER: Your Honor, there's no need for that sidebar issue.

THE COURT: All right.

MR. GOLTZER: It's been resolved.

THE COURT: Very well.

Let me just have you stand in place so I know that I have the right number for the right juror.

Seventy-eight.

(Juror No. 78 stands.)

THE COURT: Now you may be seated.

107, 132, 144, 327. Thank you. 363, 393, 411, 454. Thank you. 532. Thank you. 560. Thank you. And 630. Thank you.

Very well. All right. Is everybody ready for the next round?

MR. GOLTZER: Yes.

MS. MERKL: Yes, your Honor.

MR. GOLTZER: We just need one second minute.

THE COURT: All right.

(Pause in the proceedings.)

THE COURT: All right.

(Pause in the proceedings.)

(Sidebar.)

THE COURT: With regard to the alternates, the jurors who are under consideration go from 670 to 991.

THE CLERK: 911.

THE COURT: I'm sorry?

THE CLERK: 911.

THE COURT: I'm sorry. 911. That's the next twelve people.

So, in this round, the Government goes first and has three strikes.

MS. MERKL: Your Honor, we're going to strike 837, 911, and 734.

THE COURT: And what?

MS. MERKL: 734.

THE COURT: So the Government strikes 837, 911 and 734.

Is that correct?

MS. MERKL: Correct.

THE COURT: All right. And the defense has three strikes.

MR. JASPER: Judge, since we have the folder, can we go and check our chart over here? Be right back.

THE COURT: Sure.

(Pause in the proceedings.)

MR. JASPER: Ready, judge.

THE COURT: Yes.

MR. JASPER: 811, 771, and 895.

THE COURT: All right. The defense strikes 811, 771 and 895.

MR. JASPER: Right.

THE COURT: Is that correct?

MR. JASPER: Yes, it is.

THE COURT: All right. Let me seat the alternates, and then I'll have a sidebar with you all.

(End sidebar.)

(In open court.)

THE COURT: All right. The following jurors please stand in place: 837, 911, 734, 811, 771 and 895.

All right. Those jurors who are standing, please take your things and go downstairs to the jury assembly area and wait for further instructions. Thank you.

(Prospective jurors exit.)

COURTROOM DEPUTY: 670, 678, 688, 783, 845, 847.

(Prospective jurors enter the jury box.)

THE COURT: Sidebar.

(Sidebar.)

THE COURT: All right. You have the twelve jurors and the six alternates.

Are there any objections to seating this jury?

MR. GOLTZER: There is one. The twelve jurors on the petit jury are acceptable to the defense. We had -- we have exhausted our peremptory challenges with respect to the alternates.

We had challenged 845 for cause. I respectfully incorporate by reference to prior arguments with respect to 845 and renew them. If, in fact, 845 is ever called upon to sit on the petit jury and reach a verdict in this case, it is Mr. Basciano's position that he will be deprived of a fair and impartial jury within the meaning of the Fifth Amendment to the United States Constitution's due process clause.

THE COURT: All right. Your objection is noted for the record.

MR. GOLTZER: Thank you.

THE COURT: Other than that?

MR. GOLTZER: Other than that, we have no objections.

THE COURT: And the Government?

MS. MERKL: No objection.

THE COURT: All right. So what I propose to do is swear in the jury, let them retire to the jury room to get instructions about technical issues and hopefully to have some lunch, and then we'll try to get them lunch as quickly as possible, and then we'll resume at 2:30 and I'll give the opening instructions and then we'll recess for the afternoon.

How long do you think -- who's doing the opening for the Government.

MS. MERKL: Miss Argentieri.

MS. ARGENTIERI: I am, judge.

THE COURT: How long is your opening?

MS. ARGENTIERI: Less than twenty minutes.

THE COURT: And how long is your opening, sir?

MR. GOLTZER: Longer. About an hour-and-a-half.

THE COURT: It's whatever it is.

MR. GOLTZER: About an hour, hour-and-a-half.

THE COURT: All right. But after the opening statements, we're going to go right into witnesses.

MS. MERKL: We will be ready, your Honor.

MR. GOLTZER: It's my understanding that they're calling a few police officers and then Mr. Massino. So we should have Mr. Massino brought in in the afternoon.

MS. MERKL: Mr. Massino will be here presumably tomorrow.

THE COURT: All right. And we have other things to

finish dealing with, but let's have the jurors sworn in and retire to the jury room.

MS. MERKL: Thank you, your Honor.

(Sidebar ends.)

(In open court.)

THE COURT: Ladies and gentlemen, you constitute the jury and the alternates in this case. The first two rows are the jurors, the last row are the six alternates.

If any juror is, for any reason, unable to continue, you will go in the order in which you were seated to replace that juror.

So, here's what we're going to do. We're going to start by swearing you in as the jury and then you're going to retire to the jury room. Mr. Reccoppa has some things he needs to do with you, and he's going to order lunch for you. You'll be having lunch in the jury room every day provided by Mr. Reccoppa. He'll go over all of that with you. So you'll always be together in the jury room when you're not out here.

After lunch, I'm going to give you instructions, my initial instructions that you must follow, and that will take about twenty minutes to half an hour, and then you will be dismissed for the day, and we'll start with opening arguments by the parties tomorrow morning at 9:30, and right after that we'll have the first witness.

So we're going to move as expeditiously as possible,

and I really do appreciate your cooperation in being attentive and also adhering to the schedule that we set. And we're going to provide you with a schedule for the days of the trial. Take a close look at it, and if there are any issues, discuss them with Mr. Reccoppa, and he will discuss them with us.

All right. Would you please all rise to be sworn in.

COURTROOM DEPUTY: Everyone raise your right hand, please.

(Jury sworn.)

THE COURT: All right. At this time, the jury may retire to the jury room.

(Jury exits.)

THE COURT: Those jurors who are seated in the back, take your things, please go downstairs and wait for further instructions in the jury assembly area. Thank you, very much.

(Prospective jurors exit.)

THE COURT: All right. What I propose to do, now that we have our jury selected, is to dismiss the balance of the venire who are waiting downstairs in the jury assembly area. I see no reason to keep them any further.

Is there any objection?

MS. MERKL: No.

MR. GOLTZER: No.

THE COURT: Okay. Let's recess until 2:30 when we'll reconvene, and when the jury is ready, after they've had their lunch, we'll bring them out and I'll give them their instructions.

Is there anything else at this point?

MS. MERKL: No, your Honor.

MR. GOLTZER: No, sir.

THE COURT: All right. Thank you, everyone. See you at 2:30.

(Luncheon recess taken.)

(Continued on the next page.)

(Afternoon session.)

(Time noted: 3 p.m.)

THE COURT: All right. On the record.

Ms. Merkl, I do want to raise an issue about the transcriptions and the redaction of references concerning these alleged solicitation to kill an assistant U. S. Attorney.

MS. MERKL: Yes, Your Honor. We're prepared to address that.

The defense has submitted some excerpts of the transcripts to Your Honor, and the government's position -- and I'm prepared to play the two excerpts in court for Your Honor to review -- that the references to the prosecutor at issue are fleeting, they make no reference to any threat against the prosecutor, nor do they make any indication that that's what they're talking about.

And the concern the government had with taking out those two lines is the -- there's evidentiary import to the context of what they're talking about that is relevant to the charges at issue, the inextricably intertwined argument that we had made in partial response to the defendant's initial motion to preclude the tapes altogether.

So, if Your Honor, you know, will indulge me, I can play the excerpts at issue with regard to the prosecutor first, they're very short, and, you know, just to give the

court a sense of the difficulty in redacting the word "prosecutor" from the conversation altogether just is very problematic.

THE COURT: Well, why don't we wait to do that until after I charge the jury this afternoon, and we'll be -- we'll have more time.

MS. MERKL: Okay. They're very short, but whatever --

THE COURT: Go ahead. That's fine, and then we'll discuss it.

MS. MERKL: Okay. And in regards to the objection to I believe it's in the 1-7 conversation, page 50 -- no, excuse me, page -- one of the references that they brought up regarding the attempted murder reference, the government did not understand the Court's ruling to extend to that reference as to Mr. Nunez is not referenced at all in the recording.

The government does not intend to elicit from Joe Massino what Basciano was charged with when he first was arrested with regard to that attempted murder, and we would just think that a limiting instruction, which we assume the Court was going to give anyway, advising the jury that they are not to consider the charges that were pending against the defendant on the prior case for any purpose. The government doesn't see the problem with this fleeting reference to, "I have to worry about the attempted murder," which is the other

objection that they made.
MR. GOLTZER: We just think it goes beyond the parameters of Your Honor's order, clearly reference to what's been stricken pursuant to our motions.
THE COURT: What's the difficulty of leaving it out?
MS. MERKL: That particular one, Your Honor -- the two of them are speaking about concerns about cooperating witnesses and it's important enterprise evidence in the government's view and the '85 one is easier admittedly to --
THE COURT: I'll listen to it.
MS. MERKL: -- to excerpt.
MR. GOLTZER: The enterprise is not an issue.
MS. MERKL: Well, we still have to prove it.
THE COURT: What's that?
MR. GOLTZER: The enterprise is not being contested.
MS. MERKL: It's the manner which the enterprise operates, Your Honor, is important to the government's case.
THE COURT: All right. I'll listen to it.
Okay. The defendant has moved for the Court to permit cross-examination of cooperating witnesses about the sentences that Salvatore Vitale, Sammy the Bull Gravino, and other cooperating witnesses have received as a result of cooperating with the government, defendant's motion is denied. The Court finds that such questioning about cooperator's impressions of the benefits of other specific cooperators,

that other specific cooperators have received, is not essential to effective cross-examination for bias.

The Court further finds that such examination is both prejudicial and likely to create confusion. Any probative value such evidence would have is substantially out weighed by the likelihood of prejudice and confusion and thus is barred under Federal Rule of Evidence 403.

The defendant may inquire into these cooperating witnesses' biases through a broad range of questions about the benefits they expect to receive without inquiring into what benefits specific named cooperating witnesses received. The same reasons the defense will not be permitted to reference the sentences specific cooperating witnesses have received during their opening statement. The Court declines to rule at this times as to whether this evidence can properly be admitted later at trial.

The Court has reviewed defendant's April 6th, 2011 renewed motion to compel disclosure of an ex parte affidavit submitted to Magistrate Levy concerning the so-called list and the transcript of ex parte proceedings before the magistrate in connection with the list. In its January 12th, 2011 pretrial order the Court denied a motion by the defendant for an order compelling disclosure of these same materials. Defendant argues the changed circumstance justifies reconsideration of that decision, the Court disagrees. The

Court is considered the defendant's renewed request and concludes that if the government chooses not to introduce evidence about the list at a potential penalty phase, the reason for the Court's previous ruling are equally or more compelling.

Thus, there is no justification for the Court to revisit previous rulings regarding the disclosure of these materials as set out in the January 12th 2011 pretrial order and in previous rulings. The defendant's motion is denied.

The Court declines to rule at this time on whether or not it would be appropriate to admit evidence at the penalty phase to quote, prove defendant's needless suffering at the hands of an unreliable and credible witness, and a negligent or disingenuous prosecution team, end quote, that the defendant contends will, quote, constitute significant mitigation evidence, end quote.

The Court will address this issue, if necessary, at the penalty phase upon motion of the government.

Are they ready?

THE CLERK: Yeah, Judge, just be a couple minutes --

THE COURT: That's fine.

THE CLERK: -- to line them all up.

THE COURT: I have one more thing. The government has moved to preclude the defendant from admitting certain evidence about defendant's nontestifying alleged

coconspirators in the charged murder of Randall Pizzolo, and about Randall Pizzolo's history of domestic violence as set forth in this April 4th, 2011 letter submitted to be filed under seal.

In the defendant's response, he has represented that he only intends to introduce the plea allocution of Michael Mancuso. Consequently, all other aspects of the government's motion are moot. If the defendant changes his position and plans to introduce at the guilt phase any other evidence the government moved to preclude, then the defendant shall notify the Court well in advance and respond to the government's motion at that time.

Federal Rule of Evidence 804 creates hearsay exceptions applicable when the declarant is unavailable. Unavailability is defined in Federal Rule of Evidence 804(a)(1) through (a)(5), Federal Rule of Evidence 804(b)(3) creates a hearsay exception for, quote, statements against interest, end quote, defined as statements, quote, A, a reasonable person in the declarant's position would have made only if the person believed it to be true because when made it was so contrary to the declarant's proprietary or pecuniary interest or had so great a tendency to invalidate the declarant's claim against someone else or to expose the declarant to civil or criminal liability, and B, and supported by corroborating circumstances that clearly indicate its

trustworthiness if it's offered in a criminal case as one that tends to expose the declarant to criminal liability.

Federal Rule of Evidence -- end quote, Federal Rule of Evidence, 804(b)(3)(a) and (b).

Mancuso's plea allocution is admissible under Federal Rule of Evidence 804(b)(3). First, quote, a conspirator's decision -- a coconspirator's decision to invoke his 5th amendment privilege can ask to testify at trial, makes him unavailable within the meaning of Rule 804, end quote, United States V Chen, Ziang, Z-I-A-N-G, number 102 CR 271, RCC, Westlaw, 203 Westlaw, 21180400, SDNY, May 20th, 2003, citing United States V Salvador, 820 F second, 558 at 560, Second Circuit, 1987.

Defendant has provided the Court with a letter from Mancuso's attorney representing that Mancuso will assert his Fifth Amendment privilege if called to testify at this trial. Consequently, Mancuso is unavailable within the meaning of Rule 804(a). Furthermore, plea allocutions of a co-defendant constitute, quote, statements against interest, end quote, under Rule 804(b)(3). United States V Winley, W-I-N-L-E-Y, 638F second, 560 at 561 to 63, Second Circuit, 1981.

Accordingly, Mancuso's plea allocution is admissible. Its admissible statements however will be limited to those particular hearsay statements that are self-inculpatory, see United States V Jackson, 335 F 3d, 170

at 179, Second Circuit, 2003: "The Court will provide the following limiting instruction to the jury, quote, please understand that you may consider Michael Mancuso's plea allocution only as evidence of the following two issues: One, whether there was a conspiracy to murder Randall Pizzolo; two, whether Mancuso participated in such conspiracy.

You may not consider Mancuso's plea allocution in any way as evidence of Mancuso's role in the conspiracy, or evidence of whether or not Mr. Mancuso committed other crimes. Furthermore, Mancuso's plea allocution is silent as to Defendant Vincent Basciano, and may not be considered as evidence of the defendant's participation or nonparticipation in the conspiracy or any of the crimes charged in this case, unquote. The government's motion with regard to Mancuso's plea allocution only is denied.

The jury's ready. Let's bring the jury in.

(Pause in proceedings.)

THE COURT: Before the jury comes in, we have two issues that I should discuss with you concerning the jury.

Please, let's sit down.

We have a couple of jurors -- and I'm not sure which ones they are, I'll get that information -- who indicated that they have some sort of difficulty -- hardship?

THE CLERK: Hardship.

THE COURT: One said that -- she?

THE CLERK: She.

THE COURT: -- has to move into a new co-op on Monday afternoon and the other claimed a hardship having to do with her family.

THE CLERK: (Nods head affirmatively.)

THE COURT: I'll deal with it at some point, but it would be very hard at this point to -- after we've had them fill out a long questionnaire and have a long voir dire -- to deal, to excuse somebody for these reasons.

First of all, with regard to the moving, there are several days next week when we're not meeting so, perhaps, this person can move on one of those days, but we're not going to change the schedule for that.

So as far as hardship is concerned, I propose that I simply have a brief discussion with this person with the court reporter present in the robing room to find out what she claims the hardship is which I can then share with you all and -- but let me know if that works for you.

MS. MERKL: No objection.

MR. GOLTZER: That is fine.

THE COURT: And I'll do the same thing for the moving person.

The other thing is that we've got a juror who needs to take next Tuesday and Wednesday off for religious reasons which we all understood might be the case. And many of the

jurors raised an objection to meeting on Fridays because remember, originally, we said we weren't going to meet on Fridays.

What I propose to say to the jury is that the reason that we added Fridays was so that we can move this trial along faster, but that if this is an impossible situation for the jurors, then we simply won't meet on Fridays at least initially. So, and we'll see how we go as far as meeting four days a week.

Now we're not -- we would then not meet this Friday, but, and we're not meeting next Friday, so that covers the first two Fridays. And then we can inquire of the jury whether, you know, they can make arrangements beyond that.

So, I feel honor bound to limit ourselves to Mondays through Thursdays because that's what we said we were going to do, however, they may decide, the jury may decide that they'd like to move more quickly and they will have an opportunity over the next couple of weeks to discuss that with their employers and anybody else, you know, who is important to them on this subject, and then we'll see where we are.

So, I'll check with both of -- I'll check on those two jurors with problems, and then I'll raise the issue about Fridays here in open court

MR. GOLTZER: May we request the numbers of those jurors?

THE COURT: Yeah. Of which jurors?

MR. GOLTZER: The two with problems.

THE COURT: The two with problems.

THE CLERK: I'll find out.

THE COURT: We'll find out.

All right. You want the new numbers or the old numbers?

MR. GOLTZER: Whichever one I'll remember.

THE COURT: We'll start with using the new numbers, all right, and you can do the --

MR. GOLTZER: We'll do the math.

THE COURT: -- connection.

All right. Let's bring them in when they're ready.

(Pause in the proceedings.)

(Jury enters.)

THE COURT: Please be seated.

Members of the jury, we're about to begin the trial in the criminal case of the United States versus Vincent Basciano.

As the trial begins, I would like to help you understand these proceedings by telling you a few things about the process and what is expected you of during the trial.

I'm United States District Judge Nicholas Garaufis and will be presiding over this trial. At times, I may refer to myself as the Court.

As I advised you during jury selection, the United States intend to seek the death penalty against the defendant, Vincent Basciano. Because the death penalty is an option in the case, this trial may proceed in two stages: A trial phase during which the jury will consider the defendant's guilt or nonguilt, and potentially, a penalty phase during which the jury will consider the appropriate penalty.

During the trial phase, the only question for the jury is whether the government has proven the defendant guilty beyond a reasonable doubt of any and all charges.

If the jury unanimously finds the defendant guilty on a count for which death is a possible penalty, the case will then and only then proceed to the penalty phase.

Nothing I have said is meant to imply that the defendant is guilty or that you will, in fact, be called upon to decide a penalty in this case.

The trial phase of this case may last for four to six weeks. Opening statements will take place tomorrow morning. The penalty phase, if it is necessary, will begin soon after the conclusion of the trial phase and may last an additional two to four weeks.

Generally, the trial will take place Monday through Friday from 9:30 to 6 p.m., except for national and major religious holidays. There will be a one hour break for lunch every day at approximately 1 p.m. and a short break each

morning and afternoon.

I understand that Mr. Reccoppa -- I told Mr. Reccoppa a number of you have other plans on Fridays and we all recognize that when you were first summoned to jury duty, we indicated that the days of trial would be Monday to Thursday, and I'll address that after I complete these comments.

Needless to say, if you're not available on Fridays, then we simply won't sit on Fridays. So that's not something to worry about at least for the time being.

My courtroom deputy, Joseph Reccoppa, has distributed a tentative trial schedule so that he can plan your time. There may be a few days where trial begins late or ends early due to unavoidable conflicts. Please review the schedule carefully. I will advise you of any changes in the schedule as we go along.

As this is an anonymous partially sequestered jury, you'll be driven to and from the courthouse each day by a Deputy United States Marshal, and will be accompanied by a Marshal if you should go anywhere during your breaks.

I would now like to reintroduce you to the parties.

The government is represented by Assistant United States Attorney Taryn Merkl.

MS. MERKL: Good afternoon.

THE COURT: Assistant United States Attorney Nicole

Argentieri.

MS. ARGENTIERI: Good afternoon.

MS. MERKL: Assistant United States Attorney Jack Dennehy.

MR. DENNEHY: Good afternoon.

THE COURT: And Assistant United States Attorney Steven Frank.

MR. FRANK: Good afternoon.

THE COURT: The defendant in this case is Vincent Basciano.

THE DEFENDANT: Good afternoon.

THE COURT: Mr. Basciano's attorneys are George Goltzer.

MR. GOLTZER: Good afternoon.

THE COURT: Richard Jasper.

MR. JASPER: Good afternoon.

THE COURT: And Ying Stafford.

MS. STAFFORD: Good afternoon.

THE COURT: Lucy Kim, a paralegal, is also seated at the defense table.

MS. KIM: Good afternoon.

THE COURT: My courtroom deputy is Joseph Reccoppa, who you already met, and my law clerks who are assigned to this case are John Fitzpatrick and Emily Depuis.

During trial, you will notice that there are number

of lawyers and others involved in representation of both parties. This has no relevance to any determination you will be asked to make at trial and you may not draw inferences from or consider in any way the number of lawyers or others involved on either side.

During the course of these proceedings, you will hear me use a few terms which you may not have heard before. I will briefly explain some of these terms.

You will sometimes hear me refer to counsel. Counsel is another way of saying lawyer or attorney. The prosecution and the defendant are also sometimes called the parties to this case.

From time to time, one party may raise an objection to evidence introduced by the other party. When I sustain an objection, this means that I'm excluding evidence from this trial. You may not consider excluded evidence. When you hear me overrule an objection, this means that I am permitting the evidence to be admitted.

When I say admitted into evidence or received into evidence, I mean that this particular statement or this particular exhibit is now part of the trial evidence and you may consider it when making your decisions that you must make at the close of this case.

The term burden of proof and sustaining its burden of proof refer to the obligation of proving the case. In this

trial, it is the government's obligation to produce proof beyond a reasonable doubt of the charges in the indictment.

This is a criminal case commenced by the United States which I may sometimes refer to as the prosecution or the government. The charges in this case are against Vincent Basciano who I may refer to as the defendant.

The government began this case by obtaining an indictment. An indictment is an accusatory instrument that formally commences a prosecution. It's not evidence.

The current indictment charges the defendant with crimes that allegedly took place in 2004.

There are three counts in the indictment. I will now describe them.

Count one. In count one, the government alleges that Vincent Basciano, together with others, conspired to commit murder in aid of racketeering, by murdering Randolph Pizzolo.

Count two. In count two, the government alleges that Vincent Basciano, together with others, committed murder in aid of racketeering by murdering Randolph Pizzolo.

Count three. In Count three, the government alleges that Vincent Basciano did knowingly and intentionally use and carry a firearm during and in relation to crimes of violence charged in counts one and two, and did knowingly and intentionally possess that firearm in furtherance of those

crimes of violence, which firearm was discharged.

This concludes the summary of the charged crimes.

Again, I remind you that the indictment is simply a charge by the government to begin a case and that it is not in any sense evidence of the allegations or statements it contains.

Vincent Basciano, the defendant, has pleaded not guilty to all of the charges. The government has the burden of proving each of the elements of the crimes charged in the indictment beyond a reasonable doubt.

As jurors, you must determine at the close of trial whether or not the government has met this burden. You must presume that Vincent Basciano is not guilty of the crimes charged in the indictment. You must maintain this presumption throughout the trial and until you have reviewed the evidence, during your deliberations, in accordance with the law as I instruct you at the conclusion of the trial.

Then and only then will you be able to reach your decision as to whether the prosecution has succeeded in proving the defendant's guilt as to any or all charges beyond a reasonable doubt.

Now, as you may recall, this case may proceed in two phases: A trial phase and a penalty phase. I will describe the penalty phase at a later date if it is necessary to conduct such a phase.

I will now describe the trial phase of this case.

First, the parties have the opportunity to make opening statements. The government will make an opening statement at the beginning of the case. The defense, if it chooses, may then make its opening statement.

What is said in the opening statement is not evidence. The opening statement simply serve as an introduction to the evidence that the party making the opening statement intends to produce during the trial or comment upon during the trial.

Second, after opening statements, the government will introduce evidence that it believes supports the charges contained in the indictment.

Third, after the government has presented its evidence, the defense may present evidence, though it is not obligated to do so. The burden or obligation, as you will be told many times during the course of this trial, is always on the government to prove each and every element of the offenses charged beyond a reasonable doubt.

The law never imposes on a defendant in a criminal case the burden of calling any witness or producing any exhibits introducing any evidence or making any arguments to the jury. A defendant is presumed to be innocent of the charges against him.

Fourth, after all of the evidence has been received,

in other words, after all of the witnesses have testified and after all of the exhibits have been admitted, the parties will be given the opportunity to present arguments to you in support of their cases. These are called the closing arguments.

What is said in a closing argument is not evidence, just as what is said in an opening statement is not evidence. The closing arguments are designed to present to you the theories and conclusions of the parties as to what the evidence has shown and what inferences may be drawn from the evidence.

Fifth, after you have heard the closing arguments of the parties, I will give you orally and in writing the final instructions concerning the law which you must apply to the evidence received during the trial. Those instructions will be much more detailed than the ones I am giving you now.

You will then retire to consider your verdict. Your deliberations are secret. You will not be required to explain your verdict to anyone.

Your verdict as to each charged count must be unanimous which means that all 12 of you must agree to it. You must keep an open mind to both sides during this trial. You must not make up your mind about any of the questions in this case until you have heard each piece of evidence and all of the law that you must apply to that evidence, in other

words, until you begin your deliberations.

Your purpose as jurors is to determine the facts. Under our system of justice, you are the sole judges of the facts. It is extremely important that you perform your duty of determining the facts diligently and conscientiously.

On the other hand, I instruct you that the law as given by the Court in these and other instructions is the only law you are to consider. It is your duty to accept and follow the law as I give it to you even if you may disagree with it.

You are to determine the facts solely from the evidence admitted in the case. This evidence consists of exhibits received and testimony of witnesses. Questions asked by the lawyers are not evidence. The evidence consists of the witnesses' answers to the questions, not the questions themselves.

As I said earlier, statements and argument of counsel are not evidence. Counsel, however, may enter into agreements or stipulations regarding facts that are not in dispute and when they do so, you may accept those facts as evidence.

I also may tell you that you I am taking judicial notice of certain facts. You may then accept those judicially noticed facts as evidence.

It's always up to you, however, to decide which facts are established by the evidence and which inferences are

to be drawn from the evidence.

The parties may sometimes present objections to some of the testimony or exhibits. It is the duty of a lawyer to object to evidence that he or she believes may not properly be received or admitted and you should not be prejudiced in any way against the lawyer who makes objections against the party he or she represents. An objection is the only proper method of requesting a ruling from the Court concerning evidence.

At times, I may sustain objections or direct you to disregard certain testimony or exhibits. You must not consider any evidence to which an objection has been sustained or which I have instructed you to disregard.

Let me stress again that it's extremely important that you follow my instruction that you not discuss this case with anyone. Not your family, not your friends, not your business associates, and not other jurors.

In addition, you must not read, listen to, watch or access on the internet any account of this case or research or seek outside information about any aspect of this case.

Please do not communicate with anyone about the case, on your cell phone, through e-mail, Blackberry, iPhone, text messages or on Twitter, through any blog or website, through any internet chat room or by way of, in any other social networking websites including Facebook, LinkedIn and You Tube.

You must not consider anything that you may have read or heard about the case outside of this courtroom, whether before or during the trial or during your deliberations.

Do not attempt any independent research or investigation of the case. Do not visit any of any of the locations identified during the course of testimony. Your decision in the case must be based solely and exclusively upon the evidence received during this trial, and not upon anything else.

And you heard these instructions before several times. I'll remind you every day about them at the end of the trial every day.

You may have already heard the terms direct evidence and circumstantial evidence.

Direct evidence is generally the testimony of a person who claims to have actual and direct knowledge of a fact, for example, testimony of an eye witness who claims to have seen an event. So, if you went outside and saw it was raining, your observation would be direct evidence of rain.

Circumstantial evidence, on the other hand, is generally testimony about a chain of facts that may lead to some kind of conclusion. For example, if you were to come to court on a sunny day, and then several hours, after several hours in the courtroom here with the window shades down, you

were to see two people entering through those doors in the back, one wearing a wet raincoat and the other shaking a wet umbrella, you might infer from these circumstances without ever going outside or even looking out a window, that it had rained while you were here in court. This is circumstantial evidence of rain.

In any event, the Court makes no distinction between direct evidence and circumstantial evidence. In considering the evidence here in this trial, you should give it such weight or importance as you think it deserves, whether it is called direct or circumstantial evidence, and make the deductions and reach the conclusions to which your experience and common sense lead.

In attempting to determine the facts in this case, you will be called upon to judge the credibility of witnesses who testify in this trial.

In deciding whether or not to believe what a witness has said, I suggest that you consider the intelligence of the witness, the ability of the witness to have seen or heard what the witness said was seen or heard, the ability of the witness to remember what happened, any interest the witness may have in testifying or in how this case is decided, and whether the testimony is reasonable.

How you choose to evaluate witnesses' testimony as well as evidence in the form of exhibits is entirely left to

your discretion. You're free to believe it all, some, or none of what a witness says or an exhibit illustrates. I will address this subject again after you have heard all of the evidence at this trial.

No statement, ruling, remark or comment that I may make during the course of the trial is intended to indicate my opinion as to how you should decide the case or is intended to influence you in any way in your determination of the facts.

At times, I may ask questions of witnesses. If I do, it is for the purpose of inquiring into matters that I feel should be inquired into, and not to indicate in any way my opinion about the facts or to indicate the weight I feel you should give to the testimony of a witness so questioned.

I may also find it necessary to admonish or correct the lawyers and if I do, you should not show prejudice toward the lawyer or toward the client of that lawyer.

At times during the trial, it will be necessary for me to confer privately with the lawyers and others about various evidentiary and procedural issues.

By now, you are familiar with the white noise sound that I turn on when I conduct a sidebar conference with the attorneys. In conducting these conferences both here at the bench and in my chambers, it's not our intention to hide anything from you, but simply to determine how certain issues will be handled and how questions of law should be resolved.

Please be patient with us during any such delays. We are only taking care to ensure that the trial is being conducted fairly.

In the trial phase, when you determine whether the defendant is guilty or not guilty, you are not to concern yourself in any way with the sentence the defendant might receive if you should find him guilty.

Your function at the trial phase is solely to decide whether the defendant -- I'm sorry. I will read that again.

Your function at the trial phase is solely to decide whether the government has carried its burden of proving the charges to you beyond a reasonable doubt.

If and only if you find the defendant guilty of any charges alleging death-eligible crimes will it become your duty to determine the sentence to be imposed on the defendant.

The attorneys and the parties will not speak with you because I have already instructed them that they must not. In the unlikely event that you see one of the lawyers in the hallway, for example, and he or she does not speak with you, please be aware that the lawyer is not being rude but is simply doing what I have ordered all of the lawyers to do in this case. It is not a appropriate for one side or the other in this case to speak with any of you, no matter how innocent or trivial the conversation might be.

Until this case is submitted to you to begin your

deliberations, you must not discuss it with anyone at all, not even with your fellow jurors.

After you begin deliberating, you may discuss the case only with your fellow jurors and only in the jury room. You may not discuss this case anywhere else or with anyone else, including members of your family.

It is important that you keep an open mind and not decide any issue in the case until the entire case has been submitted to you and you have received the final instructions of the Court regarding the law that you must apply to the evidence.

So, please keep in mind the following key principle as we begin this trial. Your job is to decide all of the factual questions in this case, such as who is to be believed, and who should not be believed.

I will decide all of the legal questions in this case, such as which testimony or exhibits are received into evidence and which are not evidence received. Please do not concern yourselves with the legal questions.

Vincent Basciano has pleaded not guilty and is presumed to be innocent of the crimes charged. As such, he is not required to produce any evidence whatsoever. By bringing the indictment, moreover, the government has accepted the responsibility of proving the guilt of the defendant on each element of each charged crime to you, unanimously, and beyond

a reasonable doubt.

Finally, do not discuss this case with anyone and keep an open mind regarding each issue in the case until all of the evidence has been received. At that time, I will give you the complete and final instruction that you must use to guide you in reaching your decisions and reaching your verdict.

Then and only then will you be fully prepared to begin your deliberation and reach your verdict.

Do not permit any other person to discuss the case in your presence and if anyone does so, despite your telling him or her not to, please report that fact as soon as you can to one of the Marshals or to my courtroom deputy, Joseph Reccoppa. You should not, however, discuss with your fellow jurors either that fact or any other fact that you feel necessary to bring to the attention of the Court.

Please also remember that because of the media attention this trial will receive, you are an anonymous jury. This means that nobody in this room, including myself, knows your identifying information. Please do not provide this information to anyone. You may tell your fellow jurors your first name only if you so choose, but you may not tell anyone else any identifying information except for your juror number. If anyone asks you for your identifying information, please report this to the Court immediately.

At times, you will be required to wait in the jury room while I am required to hear and decide matters arising from other cases not connected with this one. These delays are unavoidable. I'll do everything I can to keep these interruptions to a minimum, but can never avoid them entirely. Please be patient.

Now, let me go over the issue of the schedule.

I understand that some of you have commitments on Fridays and I understand that. The purpose of adding Fridays was in the hope that we could move the trial along faster. However, if you weren't able to sit on Fridays, we were obviously going to honor that responsibility on your part, and we will only sit Mondays through Thursdays.

I would ask you to double check whether you can sit on Fridays. This Friday, it seems that we wouldn't be able to sit. Next Friday is Good Friday so we won't be sitting next Friday.

So let's assume that the next two Fridays we're not sitting, and I would sincerely ask you on behalf of myself and the parties if could you find a way to sit on Fridays for the balance of the trial. If it's not possible, then we just wouldn't sit on Fridays but that may elongate the trial into an additional week.

So let Mr. Reccoppa know what your situation is, and for those of you who indicated to him that you couldn't sit on

Fridays, please double check to see if you can make arrangements for future weeks.

Now, a few other things.

If for some reason, you need to leave the room when we're not taking a short break or having a lunch break, just raise your hand and either I or someone else on this side of the jury box will see it and bring it to my attention, and then what we may do is simply ask the one person or two, or whatever, to leave the room for a moment, to leave the room and come back. The rest of us will just sit tight while they're out of the room.

In addition, if anyone needs to stand, you know, if you want to stretch -- I'll try to have a few stretch periods for everybody here, but if you need to get up, just get up. If you're going to get up a lot, I may move you to the last row, but we don't have any problem with your stretching.

Actually, if you feel that you need to, it's better to stretch. We don't mind and you will find as we go along, that I sometimes get out of my chair and walk around up here. It has nothing to do with what anybody is saying, either witnesses or lawyers. It's just that I get up sometimes.

The first time I did this, the jurors asked me afterwards why did I get up as such a such a witness testified and I realized that I needed to tell the jury that there's no meaning to that except that I felt like getting up.

Now, there will be sketch artists in the courtroom from time to time. These sketch artists are ordered that they may not sketch any of the jurors so your identity will not be compromised by the sketch artists. They understand the rules. They've appeared in court many times, and in the last ten years that I have been on the bench, I have had sketch artists numerous times and no sketch artist has ever violated that rule. So I just mention that to you should you see a sketch artist or two in here from time to time.

You may take notes if you wish. Mr. Reccoppa will give you notepads. And the only instruction that I give you is that if you're taking notes, they're for your personal use. They're not to be shared with other jurors.

At the end of each day, please leave the notepads in the jury room and they'll be redistributed to you the next trial day.

As to food, lunch is catered every day in the jury room. Mr. Reccoppa will deal with that each day as he did today. If you need to bring a bottle of water into the courtroom, that is fine, but the court doesn't allow anybody to have anything other than water in the courtroom. No food, no coffee, no tea, no soft drinks.

Oh, one last point. I'm wearing my robe today. There's no obligation for me to wear a robe on the bench. I'm more comfortable in a business suit. So if you begin to see

me wearing a business suit, that's because I'm more comfortable in a business suit than I am in a robe, and so I've answered that question so it shouldn't be on your mind. It's simply I'm not obligated to wear a robe. It's just a practice that I have to just wear a suit.

So, I'd like to thank you in advance for your willingness to serve and for your attention throughout the trial and the parties also thank you for that and we look forward to beginning opening statements and testimony tomorrow morning at 9:30.

All rise for the jury.

(Jury exits.)

(Continued on the next page.)

(PROCEEDINGS UNDER SEAL.)

THE COURT: Be seated, everybody.

(In open court.)

THE COURT:

All right. I've met with alternate number two, and alternate number six.

(Confers with the law clerk.)

All right. Alternate number six has a -- is in the software business, in some way, and works for a large domestic corporation, and indicated that in her conversations with her employer, it was suggested to her that she should work nights. While she was on jury duty?

And I indicated that this is the most serious kind of case there is, and criminal case there is, and that that would not work because she needs to be alert every day in court. And the idea that she would be engaged in doing projects with other employees of the company and customers of the company around the world from 7 p.m. until 3 in the morning would simply would be unacceptable.

So she -- I said, you should advise your employer that this is -- you're a juror in a very serious criminal case, and that the judge believes that it would not be practical or appropriate for you to be, you know, in effect, working 17 hours a day.

And she said, well, you know, she asked me can I

tell the employer at least the type of case, and, you know, my view was that once the employer knows that she was going to be six months on a criminal trial in the Eastern District of New York and reads the newspapers, over the next few days --

MR. GOLTZER: Your Honor said months. I think you meant weeks, Judge.

THE COURT: Did I say six months? I hope I'm wrong.

MR. GOLTZER: I hope so, Judge.

THE COURT: It is six weeks, remind yourselves.

Anyway, and I indicated that as far as I was concerned, you can simply say that she's a juror in a death penalty case, and that she needs to be attentive, and I indicated that if there continues to be a problem, if they're insisting, then I'll make a phone call to either the chairman or the president of the company and have a sort of frank and full discussion about this.

I think one of the issues is, you know, that she's a relatively new employee, and she wants to do a good job. So, you know, if they're suggesting that she work at night, it's hard for her to say on her own that that won't work. So I'm saying it won't work. And I told her to get back to me and then I'll share that information with you all.

Anything else on that one?

MR. JASPER: (Shakes head negatively).

MS. MERKL: No, Your Honor.

MR. GOLTZER: No, sir.

THE COURT: Okay. Now, juror number two lives in Queens. And she is moving to Manhattan. And -- next week, she's moving on Monday. And I indicated that Tuesday, Wednesday or Friday would be fine, but Monday doesn't work. And, in addition, our preliminary review indicates that when she was she was called, questioned, and when she was sworn as a juror, she lived in the Eastern District of New York, and that this may not be an issue legally. But, you can all do your research and let me know whether anyone objects to her continuing as juror -- alternate number two.

So, as far as the day she's moving, she thinks she can arrange it for Tuesday. As far as whether she would be disqualified by moving, at this stage of the proceedings, you can let me know if you find any case law which would indicate that she would be disqualified. That's it.

MR. GOLTZER: I haven't heard that one before.

THE COURT: Well, here we are.

Now, let's move on to the question of these recordings.

MS. MERKL: All right. Your Honor, with regard to the defendant's letter, the first objected-to portion of the January 3rd, 2005 transcript begins with clip eight. Just the first few lines of clip eight. And I will pass that.

THE COURT: I'm sorry. I've got clip 13 here.

MS. MERKL: Yes, Your Honor. I apologize. Briefly, this one is, there's no additional transcripts or any need other than on the defendant's letter.

THE COURT: I don't have the defendant's -- well, I have -- I don't have a defendant's letter in front of me.

MS. MERKL: Oh, okay. (Handing.)

THE COURT: Wait. Got it.

THE CLERK: (Handing.)

THE COURT: Thank you. Appreciate it.

I'm sorry, so you you're at clip nine?

MS. MERKL: The clip eight.

THE COURT: Clip eight, hold on. (Peruses document.)

Clip eight, okay.

MS. MERKL: Starting on page 26, this one, Your Honor, I believe that the defendant's objection is I got -- at line 17 and 18, "I got to worry about the attempted murder in '85, and I got" -- Massino cuts in, "You just heard another guy went back bad." Just to give the Your Honor the full context, this was a very brief clip.

I don't think it's playing over the loudspeakers. It's on the head phones, Your Honor. I don't think it's coming through the loudspeakers.

THE COURT: Can you control the volume?

(Audio played in open court.)

THE COURT: So the words that the defendant objects to, "I got to worry about the attempted murder in '85"?

MR. JASPER: Yes, Your Honor.

MR. GOLTZER: Yes.

MS. MERKL: Your Honor, the government did not plan to inquire of Mr. Massino about what he understood that to be a reference to. We don't plan to introduce any evidence regarding the Nunez conspiracy, or the attempt on Mr. Nunez's life, rather just simply providing that background, so that the jury understands when they then proceed to speak about cooperating witnesses going bad, there's a context and a reference to that.

MR. GOLTZER: First of all, the entire paragraph is really superfluous in the context of this case. The problem violates Rule 43 in balance. There's going to be a plethora of evidence about the informants and the Bonnano crime family starting with Lino and Copa and moving right up along to Massino. As far as this particular Tommy Taco is concerned, it last know relevance to this particular trial, and it may have had some relevance to the '03 case. The jury is going to speculate, one, on a 1985 attempted murder which Your Honor has kept out of this case by virtue of a prior order. Number two, the prosecutor has procured an order from Your Honor precluding us from mentioning to the jury the nature of the charges that Mr. Basciano is under indictment for when he was

brought in in 2004, November. So the jury is going to hear murder, they're going to hear attempted murder, they're going to speculate, Your Honor is going to instruct. It causes problems we don't need, Your Honor.

THE COURT: Why can't we just -- why can't you just redact redact "I got a worry about the attempted murder in '85"?

MR. GOLTZER: I mean, if they can do that, that's sufficient for us, but do they really need to be speculating about a murder charge? I mean.

MS. MERKL: Your Honor, we will endeavor --

MR. GOLTZER: They're bringing in evidence of Santoro, so I guess it's not going to be the end of the world. But My Primary concern is the '85 charge.

THE COURT: Yes.

MS. MERKL: Yes, Your Honor. I don't think we will be able to do that just the way that the audio, the way Mr. Basciano speaks is very, very quickly. And it's very hard to redact specific words and lines. We have to redact whole paragraphs usually just because otherwise the jurors will hear that information is redacted. And the government is of the view that that is beneficial to neither side to think that there are statements that are being withheld from them, they think that inures as prejudice to both sides, frankly.

THE COURT: All the Court has to say is the Court

has ruled and that there is a small portion of the tape which is irrelevant, and it's not coming in so don't speculate on what's in there. I can do that.

MS. MERKL: We'll endeavor to --

THE COURT: Let's try to do it. You know, when editors for movies and television edit pieces, for instance, for 60 Minutes or 20/20 or the evening news, they work with a lot of shorter clips that they're able to excise. Now, this is the government, I understand. But there are ways of doing it, and it can be done quickly, as just you may have to do it quickly.

MS. MERKL: Well, we don't -- part of the issue, Your Honor, is just Mr. Basciano's manner of speaking. It's very, very difficult.

THE COURT: I think there's enough in here, you know, where he says, he may speak fast but, you know, the way I heard it, it would be possible to leave out "I got to worry about the attempted murder in '85." That's long enough phrase so that you could remove it, I think. But I see technically how you can do that. I very much prefer it not to be in.

MS. MERKL: We'll make every effort, Your Honor.

THE COURT: All right. Thank you.

MS. MERKL: The next clip is the transcript that I handed up, and I handed up a longer portion. The second page of the defendant's letter. The clip I believe to which the

defense has an objection is on page 71 of the transcript that I handed up to the court.

THE COURT: What's that?

MS. MERKL: But I propose beginning on page 70, line 27, of the transcript that I just handed up to the Court.

MR. JASPER: Line -- I'm sorry.

MS. MERKL: 27.

MR. JASPER: Okay.

THE COURT: From where to where?

MS. MERKL: I'm going to play from 70, line 27, to the end of clip 13.

THE COURT: Oh, I'm sorry, page 70, line 27.

MS. MERKL: Up through page 71, line 23. Based on upon my conversation with the defense, it sounds to me like the objection is to this reference at lines -- line 12, where Massino mentions "You talk about the prosecutor."

THE COURT: Yeah.

MR. GOLTZER: That's right.

MS. MERKL: And the Government would just like to draw the Court's attention to the fact that Mr. Massino makes that statement at the precise moment that Mr. Basciano says, "Yeah" on line 11. And in context, I'll explain why the government feels that that's important.

MR. GOLTZER: I may be able to save some time, Judge.

(Audio played in open court.)

MS. MERKL: Your Honor, with regard to this clip, it's the government's view that without follow-up inquiry of Mr. Massino as to what the parties are speaking about, there's no way that a jury is going to assume that this passing reference to "you talked about the prosecutor" is going to mean anything sinister. People speak about their prosecutors all the time.

And in context, the fact that Mr. Basciano affirms to Mr. Massino that they saw each other in the bullpen, they have opportunity to discuss, and Mr. Basciano is reaffirming that issue to Mr. Massino is very significant, because that meeting occurred on November 23rd, 2004, approximately one week before Mr. Pizzolo was killed.

And at that time, Mr. Basciano did not raise it to Mr. Massino that this murder was being planned and did not seek Mr. Massino's authorization, evidencing the government's view his belief that he was in a position to determine who should live and die at that point as the acting boss of the Bonnano family. And it wasn't up to Mr. Massino. He didn't need to seek Mr. Massino's solicitation.

It's really the fact that it's impossible to get Mr. Basciano's statement because of the way they're speaking over each other, in addition to fact that there's no context. Without asking follow-up questions of Mr. Massino, there's

just no prejudice to this one passing reference to the prosecutor.

MR. GOLTZER: Let me short-circuit this, if I can. If we go back to page 70, about a third of the way up the page, Massino says, I'm just quoting the transcript, Judge, "No, but you see what you just say and let me -- if I'm wrong, correct me. I see you on Friday in the bullpen, correct?"

Basciano: "Go ahead."

Massino: "We talked about everything, right?

Basciano: "Right, right, right."

Massino: "You never mentioned one word about Randy.

They don't need it twice. They only need it once. We're not going to fight the fact that there was the meeting in the bullpen. It's in the tape.

The problem with referring to the prosecutor is the speculation that's going to go on in the jury room. The Court quite properly asked the case-specific question about what would happen if there were a plan, but it never was carried out to harm a federal prosecutor. Now they're going to hear about the prosecutor which Massino refers to in a whisper, meaning that there's something, perhaps, that he doesn't want to overheard. So there is prejudice there.

It's been ruled out of the guilt phase of the case. It should be totally out of the guilt phase of the case. And government wouldn't be prejudiced because on page 70, they

have the same thing for the same purpose, which gives it all the context they need.

MS. MERKL: Your Honor, the reference to the prosecutor is completely unclear in context. The only reason that anybody in the voir dire knows about the alleged threat on the prosecutor, the defense requested that it be asked over and over to every qualified juror, over the government's objection. They cannot use that in evidentiary arguments.

MR. GOLTZER: When Massino says he has to think about it, what does he have to think about, I ask rhetorically. It is obvious that he's referring to something nefarious which is going to be prejudicial to Mr. Basciano.

MS. MERKL: It is not at all in context. I'll be happy to play the clip again, if Your Honor would like to hear it again.

THE COURT: Let me hear it again.

(Audio played in open court.)

THE COURT: All right. I agree with the defense. It complicates matters. It raises speculation. You don't need it, so it's out.

MR. GOLTZER: Those three lines, Judge?

MS. MERKL: Which lines, Your Honor? I don't know that I can redact --

THE COURT: Well, I don't know that you can either. But "I see you in the bullpen, yeah."

MR. GOLTZER: You talked about the prosecutor and I said give me time, I want to think about it, I mean, all that.

THE COURT: I think from 13 to 17.

MR. GOLTZER: Actually 12, it should be 12.

THE COURT: I'm sorry, 12.

MR. GOLTZER: To 19.

THE COURT: Yeah. I mean, basically, it makes no sense to do anything after that. "I see you in the bullpen, yeah," and the rest doesn't come in on that clip.

MR. GOLTZER: And they get what they need.

THE COURT: Well, because, because to put in anything after that part that I'm ruling on, it would create confusion. Why is it there, it doesn't, it's not probative of anything. The whole point is that we're trying to avoid speculation about the prosecutor.

And the mere fact that the defense requested that there be a question and a questionnaire and did a follow-up on the question, regarding an aggravator that might be considered by the jurors, it was only to bring out their perspective on considering aggravators, and I think it was very reasonable and that's why I asked the questions.

MR. GOLTZER: It was posed as a hypothetical.

THE COURT: Yes, it was, but we all know that you know, if you're asking the question about what, for instance, you know, what if you learned that the -- that a defendant was

already serving a life sentence without the possibility of release, the clear message is that well, this is was what we might have here, but we can't help that, and there's no reason to reemphasize the prosecutor issue at this point.

Anything else?

MR. GOLTZER: No, sir. No. There is another reference.

THE COURT: Is there another one?

MS. MERKL: Yes, I believe in the January 7th transcript. This is -- and this, Your Honor, this portion of the January 7th transcript is -- was the main basis for the government's argument in the original opposition to the defendant's motion that this is the evidence of the prosecutor and the evidence of Randy are inextricably intertwined. Again, like the first prosecutor reference, the government is of the view that it is out of context, and out of context would be very, very difficult for the jurors to speculate.

THE COURT: What clip is it?

MS. MERKL: This is clip nine in the January 7th transcript, which I have copies of and I'll be happy to hand it up.

THE COURT: Oh, I don't have that one.

THE CLERK: (Handing.)

THE COURT: We have got it, this is it.

THE CLERK: That's defense's highlights.

MS. MERKL: (Handing.)

THE COURT: All right. This is 1705 transcript and it's clip --

MS. MERKL: Okay. Okay. Your Honor, I apologize. Let's start with clip eight of the January 7th, '05 transcript.

THE COURT: All right.

MS. MERKL: Did I hand that one up already?

THE COURT: I've got it.

MS. MERKL: Clip eight. So I believe that the problem is on the last page, page 50. The last line. Excuse me.

THE COURT: Sorry. Well, in clip eight, that first -- that first Basciano statement, "I got to worry about the attempted murder in '85."

MS. MERKL: No. This is clip eight of the January 7th, 2005 transcript, Your Honor.

THE COURT: Oh, I'm sorry. Just hold on. Oh, yeah, yeah.

MS. MERKL: Did I hand up copies of that, clip eight?

THE COURT: It doesn't tell me what clip it is. Clip nine or clip eight?

MS. MERKL: Clip eight.

THE COURT: All right. So that's the first clip.

MS. MERKL: So I'm handing up the full clip eight.

THE COURT: Okay.

THE CLERK: (Handing.)

THE COURT: Got it.

MS. MERKL: With regard to this clip, Your Honor.

THE COURT: Now, what's the issue? Just give me the lines that are in dispute.

MS. MERKL: Your Honor, based on my conversation with defense, I believe that they're concerned about the clips starting at line 29 on page 50, continuing to the end of clip eight.

THE COURT: All right. Why don't you play it?

MS. MERKL: Your Honor, I'm beginning the clip of line 24.

THE COURT: Of what?

MS. MERKL: Page 50.

THE COURT: All right. Hold on. Go ahead.

(Audio played in open court.)

MS. MERKL: Your Honor, with regard to this clip, the government plans to inquire of Mr. Massino just the simple -- simply as to lines 10 and 11 on page 51, what he understood Basciano to mean when Basciano assured him as far as "Randy, nobody F-ing knows." And it was Mr. Basciano's understanding that -- Mr. Massino's understanding, excuse me, that Mr. Basciano was assuring him that the only person with

whom Mr. Basciano had discussed the hit was Mr. Massino, and that Mr. Massino would not be implicated in the murder, and he was providing assurances to Mr. Massino, in essence, that Mr. Massino was insulated from potential liability with regard to Randy's plot.

It's the government's view that only somebody who was in Randy plot's and who knows who knows about the murder conspiracy would be in a position to provide such assurances.

And with regard to the reference to the prosecutor, Your Honor, they're passing. They're fleeting, and they have absolutely no context. And given the statements about the prosecutor included in here, there's no way a juror's going to infer that this is in reference to some sort of hit attempt or attempt to get -- seek permission in the boss to kill a prosecutor. It's just not a credible interpretation of this section of the tape if the government doesn't inquire of Mr. Massino what those references mean. And we don't plan to inquire of Mr. Massino as to what those references mean due to Your Honor's ruling.

Inmates complain about the prosecutors constantly, and that's all this is going to sound like to the members of the jury.

MR. GOLTZER: The government is quite incorrect. To begin with, this is not the first location on the tape, of the January 7th tape, where Mr. Massino discusses with

Mr. Basciano his fear that somehow the murder of Mr. Pizzolo will be attributed to him. In fact, that's pretty much the way he begins the January 7th tape. And Mr. Basciano assures him in other places that nobody else knows about it. So this is particularly duplicative.

What's most prejudicial about this particular piece that was just played for Your Honor, Louie Ha-Ha is Louis Attanasio, I believe. He's another member of the Bonnano crime family.

THE COURT: I'm familiar with him.

MR. GOLTZER: No doubt you are, sir.

And he's referring, Massino is referring to the fact that Louie Ha-Ha is going to be implicated by Sal or Salvatore Vitale in a series of murders. Massino immediately follows on, that he's concerned the import is, I'm concerned about what I'm going to be charged with. Because there are conversations throughout the tape, that he hears from someone name Alfred Altodonto, that there are indictments coming down. Now, lord knows how he knows that.

But the issue then becomes Massino is concerned about what he's going to be charged with, and he immediately says it's either Randy or the prosecutor, implying to the jury that there's some kind of nefarious plot he's concerned about being charge with, which feeds right into the argument we made on the prior snippet.

THE COURT: Right.

MR. GOLTZER: And the speculation the juries don't understand.

MS. MERKL: Your Honor, we don't agree. Mr. Massino is cut off by Mr. Basciano at the top of page 51. Basciano says, "No, no, no, no, no" in the middle of Massino's statement about the prosecutor. It does not suggest that he is going to be charged.

THE COURT: Why don't you just play that again one more time.

MS. MERKL: That's not the only inference. It's not a necessary inference.

THE COURT: It's an inference the jury could draw if nobody talks about it.

(Audio played in open court.)

THE COURT: Well, I understand the problem that the government has, but I think you have got to take the word, words, "or the prosecutor" out on page 51, line 31 and 32. And on -- I'm sorry, that is page 50, lines 31, after the word "Randy," and take out the word "prosecutor" on 32. And then on the next page, on 51, lines seven, eight, nine and ten, including the word "okay." And just leave in either "but as far, as far as Randy, nobody knows."

And here's one of the possibilities, that if you can't edit, it and you can -- if you can edit it, I will

instruct the jury that if they hear a break in the tape, it's because there was irrelevant, or irrelevant comments made in the conversation that have no bearing on the question of guilt for this crime that being, that's alleged here.

And the other possibility is that you don't play it, but you provide a redacted transcript.

MR. GOLTZER: Either mechanism is acceptable to the defense, and we thank the Court for thinking of that.

THE COURT: But the point is that, and I understand what the government's concern is, and the difficulty the government has, but it's a slippery slope. And I don't want to go down the slippery slope on this. So that's my ruling.

Next. Anything else?

MS. MERKL: Those are the objections the government understands the defendants --

THE COURT: All right. Next.

MR. GOLTZER: We found one more, Judge.

THE COURT: One more?

MR. GOLTZER: Yeah, which we notified the government about.

MS. MERKL: Do you have a transcript?

MR. GOLTZER: I don't believe -- I'll read it into the record. I don't believe it even has to be played.

THE COURT: Go ahead.

MR. GOLTZER: It's at page 85 of the January 3rd

tape, lines 13 through 21, Basciano states, "And I should beat the two attempts. You know the kid who's coming against me, he's doing 44 years in state court. He did an arson. He's saying that I signed off on it. He committed two attempted murders. I don't know what he's talking about. And his wife got pregnant by his best friend and they're putting him on me."

Quite frankly, what's prejudicial to Mr. Basciano is the notion that he signed off on arson. We have not been given 404(b) notice of an arson. There is no arson in the case. Mr. Basciano is charged with an arson. I believe he -- I think it was dropped.

So I don't think the problem is the editing. I think the government is going to say somehow they need that in for some reason.

THE COURT: Find out why they need it.

MS. MERKL: Your Honor, I don't have the transcript me with me. It was not included with Mr. Goltzer's letter.

MR. GOLTZER: That's correct, it was not. But my paralegal was very alert and found it. We had missed it. I apologize for catching the government by surprise. We told them about it before Your Honor came out.

MS. MERKL: Your Honor, we have had no time to analyze --

THE COURT: Why don't you analyze and tell me in the

morning.

MS. MERKL: And we have no idea whether the defendant's objection is something we could redact even if we should fell it should object redact open face this, Your Honor the government does know see that there as problem the defense has been in possession for transcript force six year is the they add concern about this line about the arson they thud ever brought to it the government attention oh prior to the day before the comment men of the trial.

THE COURT: Well why don't you look at it and provide plea with a copy of it, so that I might be in enlightened.

MR. GOLTZER: If fairness to the defense, we have had draft transcripts for six years. The government provided us with a final transcript a few days ago. We have been requesting the final transcripts for weeks. Mr. Massino signed off on the final transcripts in March. They weren't provided to us until three or four days ago. So, it's not a question of anybody being.

THE COURT: I don't want to do an investigation --

MR. GOLTZER: No.

THE COURT: -- on who whether it was on the preliminary transcript, final transcript.

MR. GOLTZER: I'm sure it was.

THE COURT: If it was on the preliminary

transcripts, then you knew about it. But if it just appeared the other day, you know, it's a different argument.

MR. GOLTZER: No, but the government's had the Court's order for sometime and that should have been taken out.

MS. MERKL: Arson was never a topic of the defense's --

THE COURT: Why don't you --

MS. MERKL: -- motion to preclude.

THE COURT: -- why don't you give me a copy of that page, with the defense.

MR. GOLTZER: Well, they have our copy.

THE COURT: That's your copy?

MR. GOLTZER: Yeah, but you're welcome to it.

THE COURT: There are copiers all over the building, so why don't we get a copy for the Court, so that everybody is on the sage page, figuratively and literally.

MS. MERKL: And Your Honor, with regard to this passage from the preliminary -- in this transcript, there is no -- we're not proving up any of the crimes that Mr. Basciano is discussing in the section under 404(b), we did not feel it was necessary to move on them.

We spoke with the defense team weeks ago and suggested to them if they have objections to specific issues within the transcripts, then they should make their motion.

And so this is the first time the government is hearing that they're concerned here is about the arson.

And again, we would request that if the defense has a concern about Mr. Basciano's statements on tape, that they have been provided notice of for six years and are clear as day on the audio, they had every opportunity to move to preclude any of those statements prior to the day before trial.

The government already has an unbelievable amount of work to do with regard to trying to get all of these clips clipped and all the jury binders updated for tomorrow. And so, we need to resolve this, unfortunately, today, because otherwise, there's no way the jurors going to have properly-prepared transcripts if Your Honor rules in the morning.

MR. GOLTZER: Even assuming that the Basicano team was at fault, which I don't and I don't agree with at all, because the Court issued a -- the government provided 404(b) notice. They didn't provide us with 404(b) notice of an arson.

We made -- we made motions in limine. The Court issued an order. The government has had six years to figure out what they're going to introduce by way of tapes. They should have known that they're not going to put in an arson.

I mean, we looked at it. They say they're not putting -- I see my adversary saying under her breath, we're

not putting in an arson. If the jury hears about an arson, the jury is going to talk about an arson, whether they ask follow-up questions or not, and then I will be denied the opportunity to say that the government dropped the arson.

So that doesn't solve our problem and Mr. Basciano shouldn't be prejudiced that way, even if, you would assume the truth that we're somehow at fault.

THE COURT: Would you read it again?

MS. MERKL: Yes, Your Honor. And I'd just like to note that it's Mr. Basciano describing somebody else's arson, and he then says, he's saying that I signed off on it." But again, it's not an issue in this case.

The passage they're objecting to was Mr. Basciano's statement, "And I should beat the two attempt. You know the kid coming against me? He's doing 44 years in state court. He did an arson. He's saying that I signed off on it. He committed two attempted murders. I don't know what he's talking about. And his wife got pregnant by his best friend. They're putting him on me."

He is complaining about a cooperator who he's saying is shifting blame to him for crimes the government is not going to prove.

MR. GOLTZER: If the government wants to stipulate the defendant government dropped these charges or doesn't contend that Mr. Basciano committed the arson, by all means,

let's leave it in, so they don't have to go through the trouble of redacting it. I'm fine with that. The Court can provide the instruction, if it wishes.

MS. MERKL: This is not the same charges that were dropped.

MR. GOLTZER: Well, I have no way of knowing that. I'm not a mind-reader. It's obviously a charge that's never been brought and won't be brought. So why don't we do it that way? I'm happy to have that happen and the government doesn't have to go back and cut and paste And remaster a tape. I'm fine with that.

MS. MERKL: Highlighting the issue is just going to exacerbate the defendant's claimed problem, which the government frankly doesn't see.

MR. GOLTZER: Well, I see the problem. I think the Court sees the problem. I'd rather have a fair and balanced curative instruction that the jury can follow, rather than having the jury saying, what's the arson about when I can't be in the room with them -- and the two attempts, as well, whatever those are. Probably one of them may be Nunez. I don't know, but --

THE COURT: Well, I don't want to complicate this case any further than it's complicated. Discussion of the arson is out.

Next? Anything else?

MR. GOLTZER: No, sir.

THE COURT: Have you found anything in the last 24 hours --

MR. GOLTZER: No, sir. Thank you.

THE COURT: Do to your diligence or your paralegal's diligence?

MR. GOLTZER: No. Thank you.

THE COURT: All right. Anything else for today?

MS. ARGENTIERI: Judge, just one thing, sorry.

THE COURT: Welcome back to the courtroom.

MS. ARGENTIERI: I knew I'd been missed.

The government intends to move to preclude any cross-examination of Dominick Cicale with regard to any type of domestic violence. And I inquire of Mr. Goltzer about whether he intended to open on that. He said he did not. I just wanted to put that on the record that no one is going to open on that.

MR. GOLTZER: That's correct. That's without prejudice to possibly opposing the motion, obviously.

THE COURT: Understood.

MS. ARGENTIERI: That's it.

THE COURT: So you think Mr. Cicale may be a witness in this case?

MS. ARGENTIERI: It's certainly a possibility, Judge.

MR. GOLTZER: It would be good thing if they told us, so we could prepare. We'll assume he's coming. I'll hoping on Mr. Cicale. Don't be surprised about that.

MS. ARGENTIERI: Shocking.

MR. GOLTZER: There's one other issue which Your Honor ruled on once before. I raise it out of an abundance of caution.

THE COURT: Go ahead.

MR. GOLTZER: Mr. Massino is going to be the first major witness tomorrow, and I am going to open and no doubt, Mr. Jasper will cross-examine on the issue of the interaction between Mr. Massino and the judicial officer immediately after his verdict.

THE COURT: Oh, you mean me?

MR. GOLTZER: Yeah, but we're not going to mention you, obviously.

THE COURT: Yes, and we're not going to mention who the sentencing judge is for anyone, either.

MR. GOLTZER: That was my motion.

THE COURT: And the government will instruct all of its witnesses that they're not to speak my name.

Go ahead.

MR. GOLTZER: If the government -- I asked the government if they had a transcript of that interaction.

THE COURT: Of what?

MR. GOLTZER: Of Your Honor and Mr. Massino. The government does not -- we do not -- if there is such a transcript, we would request it.

THE COURT: There was a court reporter. I never met with Mr. Massino without a court reporter.

MR. GOLTZER: I have no doubt of that. We would just like to know what Mr. Massino said, in case he denies something that happened.

THE COURT: Well, in case you can't find the transcript at this eleventh hour, 59th minute, the Court's recollection, if you want to hear it.

MR. GOLTZER: I would love to. There was a motion filed -- I should tell Your Honor, as an officer of the court, it's our recollection that there was a prior motion filed for this, which was denied. I just want you to know that.

THE COURT: For what?

MR. GOLTZER: For the transcript.

THE COURT: Well --

MR. GOLTZER: But we rethought it. We revisited it. If Your Honor would like to tell us what we happened, we would be delighted to know.

THE COURT: What happened was, he asked to see the judge, and he said that he wanted to talk to the prosecution about the possibility of cooperating, and he wanted to have shadow counsel appointed. And so, I advised him that I would

advise the government and that I would get back to him. And thereafter, shadow counsel was appointed. He used term "shadow counsel."

MR. GOLTZER: Thank you for sharing that with us.

THE COURT: I mean, that's what happened. It was a brief encounter.

MR. GOLTZER: I have no doubt that Mr. Massino will testify to that, if asked. If he doesn't, I have no doubt that the government would stipulate to that.

MS. MERKL: To what?

MR. GOLTZER: The Judge's statement.

MS. MERKL: Okay.

THE COURT: Thank you.

MR. GOLTZER: We weren't planning on calling the Judge as a witness.

THE COURT: And the Judge wasn't planning to be a witness, either.

MR. GOLTZER: I figured.

THE COURT: All right. But that I think that -- does that answer your question about the sum and substance of what happened in that situation?

MR. GOLTZER: It does, and in view of Your Honor's remarks, there's no need to track down the transcript.

THE COURT: All right. Thank you.

MR. GOLTZER: Mr. Basciano had sent you a letter in

regard to counsel not asking for that sooner, and I think he's asking that I indicate that may be disregarded.

THE COURT: All right. Thank you very much.

THE DEFENDANT: (Nods head affirmatively.)

THE COURT: Is there anything else?

MR. GOLTZER: No.

MS. ARGENTIERI: No, Judge.

THE COURT: All right. Now, tomorrow morning, Ms. Argentieri, you said 20 minutes. Can I set my watch by that.

MS. ARGENTIERI: I would say less, Judge.

THE COURT: Oh, okay.

And Mr. Goltzer?

MR. GOLTZER: I was planning on at least an hour to an hour and-a-half.

THE COURT: That's fine. And then --

MR. GOLTZER: Could be shorter, but depends on what she says.

THE COURT: Thereafter, we will take a break, and at the end of the break, your first witness is a law enforcement witness?

MS. MERKL: Yes, Your Honor.

THE COURT: How long about that witness take on direct, do you think?

MS. MERKL: The first couple of law enforcement witnesses will be very brief, Your Honor.

THE COURT: So will we get to Mr. Massino in the morning?

MS. MERKL: It depends entirely on cross, Your Honor.

MR. GOLTZER: If the law enforcement witnesses are who I think they are, it will be almost nonexistent.

THE COURT: And the way the process works for cooperating witnesses is that the jury will exit the courtroom before the witness is brought in. The witness will be -- cooperator will be brought in, and the jury will be brought back.

And during all the breaks, the jury will be first then the cooperator will leave. So that minimizes the opportunity for the jury to see the agents who are accompanying the cooperator. So I think that's the way it's normally done. That's the way I do it. Any questions?

MS. MERKL: Just so Your Honor can schedule, we do expect those law enforcement witnesses to be extremely short, if Mr. Goltzer is serious that he's not going to cross them extensively. So it may be sensible, depending upon the length of openings and how bad a break is needed, to do the witnesses and then take the break.

THE COURT: Let's see what time it is. Let's see what that time it is. I usually take a break at around 11 or so, 11:15. So we'll just play it by ear, but you know, I

agree that if we can have the two law enforcement witnesses and then have the break and it's a more efficient use of time.

Anything else from the government?

MS. MERKL: No, Your Honor.

THE COURT: Anything else from the defense?

MR. GOLTZER: No thank you.

THE COURT: All right. See you tomorrow at 9:30. Thank you.

(Trial adjourned to April 12, 20111 at 9:30 a. m.)

**'**

'03 [1] 4550/20
'05 [1] 4559/5
'85 [7] 4507/9 4549/18 4550/2 4551/7 4551/14 4552/18 4559/15

**-**

--------------------------------------x [2] 4466/2 4466/7

**0**

05 [1] 4466/4

**1**

1-7 [1] 4506/12
10 [1] 4560/21
102 [2] 4484/12 4511/10
105 [4] 4485/16 4486/14 4486/15 4487/16
107 [2] 4485/16 4497/21
11 [4] 4466/8 4553/22 4560/21 4576/24
11201 [2] 4466/16 4466/23
11:15 [1] 4576/25
11:30 [1] 4482/16
12 [9] 4489/23 4489/25 4495/21 4523/21 4553/15 4557/4 4557/4 4557/5 4577/9
120 [1] 4484/12
121 [5] 4485/16 4488/10 4488/11 4488/23 4489/11
12:03 [1] 4483/22
12th [2] 4508/21 4509/8
13 [4] 4548/25 4553/11 4557/3 4565/1
132 [2] 4485/17 4497/21
13th [1] 4467/21
144 [2] 4485/17 4497/21
168 [7] 4485/17 4488/4 4488/5 4495/3 4495/5 4495/15 4497/5
17 [3] 4546/24 4549/17 4557/3
170 [1] 4511/25
1705 [1] 4559/2
179 [1] 4512/1
18 [1] 4549/17
185 [4] 4485/17 4486/14 4487/15 4487/15
19 [2] 4495/17 4557/6
193 [8] 4483/16 4483/17 4483/19 4485/17 4488/12 4488/13 4488/23 4489/12
1981 [1] 4511/21
1985 [1] 4550/21
1987 [1] 4511/13

**2**

20 [3] 4493/10 4552/7 4575/9
20/20 [1] 4552/7
2003 [2] 4511/12 4512/1
2004 [3] 4520/11 4551/1 4554/13
2005 [2] 4548/23 4559/17
2011 [6] 4466/8 4467/22 4508/17 4508/21 4509/8 4510/3
20111 [1] 4577/9
203 [1] 4511/11
206 [5] 4485/17 4490/24 4490/25 4491/7 4491/13
20th [1] 4511/11
21 [1] 4565/1
21180400 [1] 4511/11
225 [1] 4466/23
23 [1] 4553/13
2379 [1] 4466/24
23rd [1] 4554/13
24 [2] 4560/14 4571/2
246 [6] 4485/17 4490/15 4490/16 4490/20 4491/13 4491/13
247 [5] 4485/17 4491/1 4491/2 4491/7 4491/13
248 [5] 4485/17 4492/7 4492/8 4492/19 4493/1
256 [5] 4485/17 4491/3 4491/4 4491/7 4491/13
26 [1] 4549/15
2644 [1] 4466/24
266 [5] 4485/17 4488/15 4488/16 4489/2 4489/12
268 [1] 4484/13
27 [4] 4553/5 4553/7 4553/10 4553/12
271 [2] 4466/15 4511/11
28 [4] 4485/15 4486/18 4486/19 4487/17
286 [5] 4485/17 4490/17 4490/18 4490/20 4491/13
289 [5] 4485/18 4491/5 4491/6 4491/7 4491/13
29 [1] 4560/10
2:30 [3] 4501/5 4504/1 4504/9

**3**

31 [2] 4563/18 4563/19
32 [2] 4563/18 4563/20
326 [5] 4485/18 4493/16 4493/17 4494/1 4494/15
327 [2] 4485/18 4497/21
335 [1] 4511/25
338 [5] 4485/18 4493/22 4493/23 4494/2 4494/16
339 [3] 4485/18 4495/13 4497/5
363 [2] 4485/18 4497/21
373 [6] 4485/18 4491/22 4491/24 4491/25 4492/17 4493/1
381 [5] 4485/18 4492/1 4492/2 4492/17 4493/1
393 [2] 4485/18 4497/21
3d [1] 4511/25
3rd [2] 4548/23 4564/25

**4**

403 [1] 4508/7
404 [4] 4565/10 4567/21 4568/17 4568/18
408 [5] 4485/18 4493/18 4493/19 4494/2 4494/15
41 [6] 4485/15 4495/3 4495/4 4495/5 4495/15 4497/5
411 [2] 4485/18 4497/21
428 [4] 4485/18 4490/19 4490/20 4491/13
43 [5] 4485/15 4486/10 4486/12 4487/15 4550/15
435 [5] 4485/19 4488/17 4488/18 4489/2 4489/12
44 [2] 4565/3 4569/15
448 [5] 4485/19 4493/24 4493/25 4494/2 4494/16
454 [2] 4485/19 4497/21
455 [5] 4485/19 4488/19 4488/20 4489/2 4489/12
48 [3] 4485/16 4486/14 4487/15
485 [4] 4475/7 4478/8 4479/20 4479/24
49 [5] 4485/16 4488/21 4488/22 4489/2 4489/12
4th [1] 4510/3

**5**

50 [5] 4506/12 4559/11 4560/10 4560/16 4563/19
505 [5] 4485/19 4492/3 4492/4 4492/17 4493/1
51 [4] 4560/21 4563/5 4563/18 4563/21
52 [7] 4485/16 4486/20 4486/21 4486/22 4487/17 4489/21 4489/25
532 [2] 4485/19 4497/22
554 [4] 4485/19 4495/13 4495/18 4497/5
558 [1] 4511/12
560 [5] 4485/19 4497/10 4497/22 4511/13 4511/21
561 [1] 4511/21
565 [4] 4475/7 4475/14 4475/21 4482/19
574 [5] 4485/19 4492/5 4492/6 4492/17 4493/2
59 [3] 4485/16 4486/22 4487/18
599 [5] 4485/19 4492/9 4492/10 4492/20 4493/1
59th [1] 4573/10
5th [1] 4511/8

**6**

60 [2] 4466/4 4552/7
602 [5] 4485/19 4492/11 4492/12 4492/20 4493/1
63 [1] 4511/21
630 [3] 4485/19 4497/10 4497/22
638F [1] 4511/21
64 [3] 4485/16 4486/22 4487/18
658 [1] 4490/2
665 [5] 4485/20 4492/13 4492/14 4492/20 4493/1
67 [1] 4480/2
670 [3] 4485/20 4498/10 4499/25
678 [2] 4485/20 4499/25
68 [8] 4471/15 4480/2 4480/5 4485/16 4488/6 4488/7 4488/23 4489/11
688 [2] 4485/20 4499/25
6:00 [1] 4468/6
6th [1] 4508/17

**7**

70 [5] 4553/4 4553/10 4553/12 4555/4 4555/25
71 [2] 4553/1 4553/13
718-613-2379 [1] 4466/24
718-613-2644 [1] 4466/24
734 [5] 4485/20 4498/19 4498/21 4498/23 4499/20
74 [5] 4485/16 4488/8 4488/9 4488/23 4489/11
771 [4] 4485/20 4499/9 4499/10 4499/20
78 [2] 4485/16 4497/19
783 [2] 4485/20 4499/25
7:00 [1] 4467/22
7th [7] 4558/9 4558/11 4558/19 4559/5 4559/17 4561/25 4562/3

**8**

804 [8] 4510/13 4510/16 4510/16 4511/4 4511/6 4511/9 4511/18 4511/20
811 [4] 4485/20 4499/9 4499/10 4499/20
820 [1] 4511/12
837 [4] 4485/20 4498/18 4498/22 4499/20
845 [5] 4485/20 4499/25 4500/11 4500/13 4500/13
847 [2] 4485/20 4499/25
85 [1] 4564/25
895 [4] 4485/20 4499/9 4499/11 4499/20

**9**

911 [7] 4485/21 4498/11 4498/13 4498/14 4498/19 4498/22 4499/20
933 [1] 4485/21
935 [1] 4485/21
952 [1] 4485/21
978 [1] 4485/21
98 [6] 4485/16 4490/12 4490/13 4490/14 4490/20 4491/13
991 [1] 4498/10
9:30 [7] 4466/8 4468/6 4502/23 4516/23 4535/10 4577/7 4577/9

A

ability [3] 4472/4 4527/19 4527/20
able [10] 4477/9 4478/18 4478/19 4480/15 4521/18 4532/11 4532/15 4551/17 4552/8 4553/24
about [96] 4468/4 4471/20 4472/18 4473/6 4473/16 4473/17 4474/6 4474/7 4475/7 4476/4 4480/4 4480/22 4484/1 4501/3 4501/14 4501/16 4502/21 4505/4 4505/16 4505/19 4506/25 4507/7 4507/7 4507/20 4507/24 4508/9 4509/3 4509/25 4510/2 4514/22 4515/17 4515/21 4517/10 4523/23 4525/19 4525/20 4526/2 4526/12 4526/22 4528/12 4528/18 4547/16 4549/17 4550/2 4550/6 4550/10 4550/16 4551/6 4551/10 4552/18 4553/16 4554/4 4554/6 4554/7 4555/4 4555/9 4555/11 4555/17 4555/20 4556/5 4556/10 4556/10 4557/1 4557/2 4557/15 4557/24 4559/14 4560/9 4561/7 4561/11 4561/20 4562/4 4562/6 4562/15 4562/21 4562/23 4563/7 4563/14 4564/20 4565/5 4565/22 4566/7 4566/7 4567/1 4568/2 4568/4 4569/1 4569/2 4569/18 4569/20 4570/18 4571/14 4572/3 4573/24 4574/20 4575/22
above [1] 4476/16
absolutely [2] 4487/6 4561/11
abundance [1] 4572/6
accept [3] 4524/8 4524/19 4524/22
acceptable [2] 4500/8 4564/7
accepted [1] 4530/23
access [3] 4473/14 4474/4 4525/18
accommodated [1] 4480/14
accommodations [1] 4480/14
accompanied [1] 4517/19
accompanying [1] 4576/15
accordance [1] 4521/16
Accordingly [1] 4511/22
account [1] 4525/18
accounts [2] 4473/15 4474/5
accurate [1] 4481/10
accusations [1] 4469/25
accusatory [1] 4520/8
accuses [1] 4470/13
acting [1] 4554/19
actual [1] 4526/17
actually [5] 4477/10 4484/4 4485/3 4533/17 4557/4
Adam [1] 4468/21
add [1] 4566/7
added [1] 4514/5
adding [1] 4532/9
addition [7] 4470/19 4473/13 4474/3 4525/17 4533/12 4548/6 4554/24
additional [4] 4470/25 4516/21 4532/23 4549/2
address [4] 4505/9 4509/17 4517/6 4528/3
addresses [1] 4471/24
adhering [1] 4503/2
adjourned [1] 4577/9
admissible [3] 4511/5 4511/23 4511/23
admit [1] 4509/11
admitted [8] 4478/14 4482/5 4508/16 4519/18 4519/19 4523/2 4524/11 4525/5
admittedly [1] 4507/9
admitting [1] 4509/24
admonish [1] 4528/14
advance [3] 4474/13 4510/11 4535/6
adversary [1] 4568/25
advise [4] 4469/24 4517/15 4546/20 4574/1
advised [4] 4475/4 4478/10 4516/1 4573/25
advising [1] 4506/21
affairs [1] 4471/23
affidavit [1] 4508/18
affirmatively [5] 4480/6 4480/8 4496/3 4513/5 4575/4
affirms [1] 4554/9
after [27] 4467/22 4470/20 4471/1 4471/25 4482/4 4485/14 4501/17 4502/19 4502/23 4504/2 4506/5 4513/7 4516/20 4517/6 4522/11 4522/14 4522/25 4523/1 4523/2 4523/12 4526/24 4528/3 4530/3 4557/8 4557/12 4563/19 4572/12
afternoon [16] 4484/25 4501/6 4501/22 4505/1 4506/5 4513/3 4517/1 4517/24 4518/2 4518/5 4518/8 4518/11 4518/14 4518/16 4518/18 4518/21
afterwards [1] 4533/23
again [13] 4473/23 4521/3 4525/13 4528/3 4529/9 4556/14 4556/15 4556/16 4558/15 4563/9 4568/3 4569/8 4569/12
against [15] 4469/23 4469/25 4470/10 4505/15 4506/22 4510/17 4510/23 4511/19 4516/2 4520/5 4522/24 4525/6 4525/6 4565/2 4569/15
Agent [2] 4468/19 4468/21
agents [1] 4576/14
aggravator [1] 4557/18
aggravators [1] 4557/20
ago [4] 4476/19 4566/15 4566/18 4567/23
agree [5] 4523/21 4556/18 4563/4 4568/16 4577/1
agreements [1] 4524/18
ahead [6] 4506/9 4555/8 4560/17 4564/24 4572/8 4572/22
aid [4] 4470/15 4471/3 4520/16 4520/20
aided [1] 4466/25
alert [2] 4546/15 4565/20
Alfred [1] 4562/18
all [121]
allegations [2] 4471/19 4521/5
alleged [4] 4505/6 4509/25 4556/5 4564/4
allegedly [1] 4520/11
alleges [3] 4520/14 4520/18 4520/21
alleging [1] 4529/14
allocution [7] 4510/6 4511/5 4511/22 4512/4 4512/7 4512/10 4512/15
allocutions [1] 4511/18
allow [1] 4534/20
almost [1] 4576/6
alone [1] 4468/1
along [6] 4480/12 4514/5 4517/16 4532/10 4533/18 4550/17
already [6] 4518/23 4526/14 4529/17 4558/1 4559/8 4568/9
also [13] 4468/23 4468/24 4469/15 4469/20 4470/2 4470/24 4503/2 4518/19 4519/11 4524/21 4528/14 4531/17 4535/8
alternate [4] 4546/5 4546/6 4546/8 4548/11
alternates [7] 4489/23 4498/9 4499/15 4500/5 4500/10 4502/7 4502/8
Altodonto [1] 4562/18
altogether [2] 4505/22 4506/2
always [3] 4502/18 4522/17 4524/24
am [8] 4472/9 4501/10 4519/17 4523/16 4524/21 4532/2 4535/2 4572/10
amendment [3] 4500/16 4511/8 4511/16
AMERICA [1] 4466/2
amount [1] 4568/9
analyze [2] 4565/24 4565/25
and-a-half [2] 4476/20 4575/14
Anonymity [1] 4472/2
anonymous [3] 4471/25 4517/17 4531/18
another [6] 4482/7 4519/10 4549/18 4558/6 4558/8 4562/8
answer [5] 4472/17 4472/22 4472/24 4473/8 4574/20
answered [1] 4535/3
answers [1] 4524/14
any [82] 4470/7 4472/18 4473/14 4473/16 4473/19 4473/19 4473/20 4473/21 4474/4 4474/6 4474/8 4474/9 4474/10 4476/15 4476/21 4477/3 4477/5 4477/15 4479/9 4483/4 4485/11 4486/2 4487/7 4490/1 4500/6 4502/9 4502/9 4503/4 4503/22 4503/23 4505/14 4505/15 4506/23 4508/4 4510/9 4512/8 4512/13 4516/10 4517/15 4519/2 4519/4 4521/5 4521/20 4522/21 4522/21 4522/22 4522/22 4523/23 4525/5 4525/11 4525/18 4525/19 4525/22 4525/23 4525/23 4526/5 4526/6 4526/6 4527/7 4527/21 4528/8 4528/11 4529/1 4529/6 4529/13 4529/23 4530/8 4530/22 4531/10 4531/15 4531/23 4533/16 4534/3 4548/15 4549/2 4550/7 4567/20 4568/7 4570/23 4571/12 4571/13 4576/16
anybody [7] 4477/15 4479/9 4514/19 4533/20 4534/20 4556/5 4566/19
anyone [20] 4473/12 4473/17 4474/2 4474/7 4483/4 4489/24 4497/2 4523/19 4525/15 4525/20 4530/1 4530/5 4531/2 4531/11 4531/21 4531/22 4531/24 4533/12 4548/10 4572/18
anything [19] 4470/8 4504/5 4526/1 4526/9 4528/24 4534/21 4547/23 4554/7 4557/8 4557/12 4557/14 4558/5 4564/13 4570/25 4571/2 4571/8 4575/5 4577/3 4577/5
anyway [3] 4490/1 4506/21 4547/10
anywhere [2] 4517/20 4530/5
apologize [3] 4549/1 4559/4 4565/21
APPEARANCES [2] 4466/13 4474/21
appeared [2] 4534/5 4567/1
appears [1] 4467/25
applicable [1] 4510/14
apply [3] 4523/14 4523/25 4530/10
appointed [2] 4573/25 4574/2
appreciate [3] 4473/9 4503/1 4549/9
appropriate [4] 4509/11 4516/7 4529/22 4546/23
approved [1] 4473/3
approximately [2] 4516/25 4554/13
April [6] 4466/8 4467/21 4468/4 4508/17 4510/3 4577/9
are [84] 4467/8 4467/10 4468/23 4469/6 4469/15 4469/19 4469/19 4474/18 4475/5 4477/5 4480/1 4480/5 4480/7 4484/14 4486/2 4486/3 4487/19 4489/13 4491/14 4493/3 4495/1 4495/21 4498/10 4499/21 4500/6 4500/8 4502/8 4502/8 4503/4 4503/15 4503/21 4505/14 4506/22 4507/7 4509/4 4509/19 4510/8 4511/24 4512/22 4513/10 4514/20 4518/12 4518/23 4518/24 4518/25 4519/11 4520/5 4520/12 4523/4 4523/8 4523/18 4524/3 4524/8 4524/10 4524/13 4524/17 4524/18 4524/25 4524/25 4528/20 4529/2 4529/5 4530/17 4530/18 4531/18 4532/4 4534/2 4548/18 4551/23 4551/23 4552/9 4554/4 4558/14 4560/7 4562/11 4562/16 4562/18 4564/14 4567/15 4568/5 4570/20 4576/5 4576/6 4576/14
area [12] 4477/20 4479/14 4485/13 4487/21 4489/14 4491/15 4493/5 4494/18 4497/7 4499/22 4503/17 4503/22
aren't [1] 4484/12
ARGENTIERI [6] 4466/17 4468/13 4474/23 4501/9 4518/1 4575/9
argues [1] 4508/24
argument [6] 4505/20 4523/6 4524/16

## A

argument... [3] 4558/12 4562/24 4567/2
arguments [8] 4500/12 4502/22 4522/22 4523/3 4523/5 4523/8 4523/12 4556/8
arisen [1] 4481/23
arising [1] 4532/2
around [3] 4533/19 4546/18 4576/24
arrange [1] 4548/13
arrangements [2] 4514/13 4533/2
arrest [1] 4471/1
arrested [2] 4470/20 4506/19
arrival [1] 4483/24
arrive [2] 4480/5 4483/20
arson [19] 4565/3 4565/9 4565/10 4565/10 4565/11 4566/7 4567/6 4568/2 4568/19 4568/23 4569/1 4569/1 4569/2 4569/4 4569/10 4569/16 4569/25 4570/18 4570/24
articles [1] 4472/8
artist [2] 4534/7 4534/9
artists [4] 4534/1 4534/2 4534/4 4534/6
as [99] 4467/16 4467/22 4468/1 4471/6 4471/23 4472/6 4472/11 4472/12 4477/4 4477/4 4477/6 4480/23 4481/7 4481/9 4490/3 4501/4 4501/4 4502/13 4502/25 4502/25 4506/16 4507/22 4508/15 4509/8 4510/2 4510/18 4511/1 4512/4 4512/8 4512/10 4512/11 4513/14 4513/14 4514/8 4514/8 4515/20 4515/25 4516/1 4517/16 4517/17 4520/4 4520/6 4521/11 4521/16 4521/19 4521/20 4521/22 4522/7 4522/16 4523/7 4523/9 4523/20 4524/2 4524/6 4524/9 4524/16 4524/19 4524/23 4527/10 4527/24 4527/25 4528/7 4530/13 4530/14 4530/17 4530/21 4531/12 4531/12 4533/18 4533/23 4534/17 4534/18 4547/10 4547/10 4548/7 4548/11 4548/12 4548/12 4548/13 4548/13 4550/18 4550/18 4551/24 4552/10 4554/4 4554/19 4557/22 4560/21 4560/22 4560/23 4561/18 4563/22 4563/23 4563/23 4566/5 4568/5 4570/19 4573/13 4574/15
ask [11] 4482/1 4483/25 4485/11 4486/1 4511/8 4528/9 4532/14 4532/19 4533/8 4556/10 4569/2
asked [14] 4467/15 4467/19 4471/13 4475/23 4519/3 4524/12 4533/22 4546/25 4555/17 4556/6 4557/21 4572/23 4573/22 4574/8
asking [4] 4554/25 4557/24 4575/1 4575/2
asks [2] 4472/23 4531/24
aspect [3] 4473/16 4474/6 4525/19
aspects [1] 4510/7
assembly [11] 4477/20 4485/13 4487/20 4489/14 4491/15 4493/5 4494/18 4497/7 4499/22 4503/17 4503/21
assert [3] 4470/19 4470/24 4511/15
assigned [2] 4469/19 4518/23
assist [3] 4472/10 4472/20 4473/5
assistant [5] 4505/6 4517/22 4517/25 4518/3 4518/6
associate [1] 4470/12
associates [4] 4470/21 4473/13 4474/3 4525/16
assume [5] 4506/20 4532/18 4554/5 4569/6 4572/2
assuming [1] 4568/15
assurances [2] 4561/3 4561/8
assured [1] 4560/22
assures [1] 4562/4
assuring [1] 4560/25
attached [1] 4467/21
Attanasio [1] 4562/8
attempt [5] 4526/5 4550/8 4561/13 4561/14 4569/14
attempted [12] 4506/14 4506/19 4506/23 4549/17 4550/2 4550/21 4551/2 4551/6 4552/18 4559/15 4565/4 4569/17
attempting [1] 4527/14
attempts [2] 4565/2 4570/19
attend [1] 4476/12
attention [9] 4471/18 4473/9 4475/25 4531/16 4531/18 4533/7 4535/7 4553/20 4566/8
attentive [2] 4503/1 4547/12
attorney [8] 4466/14 4505/7 4511/15 4517/23 4517/25 4518/3 4518/6 4519/10
attorneys [5] 4468/11 4469/6 4518/12 4528/22 4529/16
attributed [1] 4562/2
audio [7] 4549/25 4551/17 4554/1 4556/17 4560/18 4563/15 4568/6
authorization [1] 4554/17
available [2] 4481/1 4517/8
avoid [2] 4532/5 4557/14
await [1] 4491/16
aware [1] 4529/20

## B

back [25] 4473/6 4475/7 4475/11 4476/4 4477/4 4477/19 4480/10 4480/16 4480/23 4482/1 4482/6 4482/15 4484/10 4494/18 4499/4 4503/15 4527/2 4533/10 4547/21 4549/19 4555/4 4570/10 4571/10 4574/1 4576/11
background [1] 4550/9
bad [6] 4475/7 4480/10 4484/9 4549/19 4550/11 4576/21
balance [4] 4489/22 4503/20 4532/21 4550/15
balanced [1] 4570/16
barred [1] 4508/7
BASCIANO [42] 4466/5 4469/3 4469/21 4475/2 4506/18 4512/11 4515/19 4516/3 4518/10 4520/6 4520/15 4520/19 4520/22 4521/7 4521/13 4530/20 4550/25 4551/18 4553/21 4554/9 4554/11 4554/15 4555/8 4555/10 4556/12 4559/14 4560/22 4560/22 4560/25 4561/1 4562/1 4562/3 4563/5 4563/5 4565/1 4565/8 4565/11 4567/20 4569/5 4569/10 4569/25 4574/25
Basciano'S [8] 4469/6 4500/15 4518/12 4552/13 4554/23 4560/23 4568/4 4569/13
based [5] 4471/7 4483/7 4526/8 4553/13 4560/8
basically [2] 4483/2 4557/7
Basicano [1] 4568/15
basis [1] 4558/11
be [169]
bearing [1] 4564/3
beat [2] 4565/1 4569/14
because [25] 4470/8 4473/23 4476/7 4478/15 4478/19 4479/1 4495/24 4510/20 4514/1 4514/15 4516/3 4529/17 4531/17 4535/1 4546/15 4551/20 4554/12 4554/23 4555/25 4557/11 4557/11 4562/16 4564/2 4568/12 4568/17
become [1] 4529/14
becomes [1] 4562/20
been [24] 4471/24 4478/13 4478/18 4480/13 4481/22 4481/24 4482/1 4483/15 4497/14 4507/4 4522/25 4523/2 4525/11 4530/8 4531/4 4534/6 4555/23 4565/9 4566/6 4566/15 4567/4 4568/5 4570/8 4571/11
before [18] 4466/12 4470/5 4471/1 4476/4 4476/6 4485/3 4508/20 4512/18 4519/7 4526/3 4526/11 4548/17 4554/14 4565/22 4566/9 4568/7 4572/6 4576/9
began [1] 4520/7
begin [11] 4468/3 4515/17 4516/19 4521/4 4524/1 4529/25 4530/3 4530/13 4531/9 4534/25 4561/24
beginning [4] 4522/4 4535/9 4553/4 4560/13
begins [4] 4515/20 4517/13 4548/23 4562/3
behalf [4] 4474/12 4474/12 4475/2 4532/19
being [13] 4467/10 4480/15 4481/2 4503/1 4507/15 4517/10 4529/2 4529/20 4551/23 4554/16 4562/24 4564/4 4566/19
belief [1] 4554/18
believe [12] 4506/12 4527/17 4528/1 4549/16 4552/25 4558/9 4559/10 4560/9 4562/8 4564/22 4564/23 4565/11
believed [3] 4510/20 4530/14 4530/15
believes [4] 4483/3 4522/12 4525/4 4546/22
bench [5] 4467/4 4475/11 4528/23 4534/6 4534/24
beneficial [1] 4551/22
benefits [3] 4507/25 4508/10 4508/11
best [2] 4565/6 4569/18
BETH [2] 4466/20 4469/15
better [2] 4487/5 4533/17
between [2] 4527/7 4572/12
beyond [11] 4470/4 4471/8 4507/2 4514/13 4516/10 4520/2 4521/10 4521/20 4522/19 4529/12 4530/25
bias [1] 4508/2
biases [1] 4508/9
binders [1] 4568/11
bit [2] 4485/5 4494/6
Blackberry [3] 4473/18 4474/8 4525/21
blame [1] 4569/21
blog [3] 4473/19 4474/9 4525/22
BOCHNAK [1] 4466/20
Bochnik [1] 4469/15
Bonnano [5] 4470/13 4470/21 4550/16 4554/20 4562/8
boss [2] 4554/19 4561/14
both [7] 4471/1 4508/4 4514/21 4519/1 4523/22 4528/22 4551/24
bottle [1] 4534/19
bound [1] 4514/14
box [4] 4495/21 4495/23 4500/1 4533/7
break [12] 4489/4 4516/24 4516/25 4533/5 4533/5 4564/1 4575/18 4575/19 4576/21 4576/22 4576/24 4577/2
breaks [2] 4517/20 4576/12
breath [1] 4568/25
brief [4] 4513/15 4549/20 4574/6 4575/25
briefly [2] 4519/8 4549/1
bring [12] 4475/14 4475/24 4477/25 4482/17 4484/14 4504/3 4512/16 4515/13 4531/16 4533/7 4534/19 4557/19
bringing [2] 4530/22 4551/12
brings [1] 4480/9
broad [1] 4508/9
Brooklyn [3] 4466/7 4466/16 4466/23
brought [10] 4470/9 4501/22 4506/13 4551/1 4566/8 4570/8 4570/8 4576/9 4576/10 4576/10
building [1] 4567/15
Bull [1] 4507/21
bullpen [5] 4554/10 4555/7 4555/14 4556/25 4557/8
burden [8] 4470/3 4519/24 4519/24 4521/8 4521/12 4522/16 4522/21 4529/11
business [7] 4473/13 4474/3 4525/16 4534/25 4535/1 4535/2 4546/9

## C

Cadman [2] 4466/15 4466/23

## C


calculation [1] 4490/5
call [13] 4467/20 4473/6 4476/15 4481/12 4481/15 4481/19 4482/8 4482/10 4485/6 4485/7 4489/10 4492/25 4547/14
called [10] 4470/2 4500/13 4508/19 4511/16 4516/15 4519/11 4523/4 4527/11 4527/15 4548/7
calling [3] 4501/21 4522/21 4574/14
came [2] 4481/23 4565/22
can [44] 4470/6 4479/8 4480/15 4481/19 4482/2 4489/21 4489/24 4491/10 4499/3 4505/23 4508/15 4511/8 4513/12 4513/17 4514/5 4514/12 4514/13 4515/10 4517/12 4531/12 4532/4 4532/5 4532/14 4533/1 4546/25 4547/11 4548/9 4548/13 4548/15 4549/24 4551/8 4552/3 4552/10 4552/20 4555/3 4556/23 4556/24 4563/25 4563/25 4570/2 4570/17 4575/9 4576/17 4577/1
can't [9] 4473/22 4478/18 4482/4 4551/5 4551/5 4558/3 4563/25 4570/18 4573/9
candidly [2] 4472/16 4472/23
cannot [1] 4556/8
care [3] 4475/8 4478/18 4529/2
carefully [6] 4472/16 4472/22 4473/3 4473/5 4473/8 4517/15
carried [2] 4529/11 4555/18
carry [1] 4520/23
case [95] 4467/10 4468/3 4468/9 4468/10 4469/2 4469/17 4469/19 4469/21 4470/11 4471/6 4471/17 4471/18 4471/24 4472/4 4472/13 4473/11 4473/15 4473/16 4473/17 4474/2 4474/5 4474/6 4474/7 4474/17 4474/20 4477/7 4482/23 4485/1 4500/14 4502/7 4506/23 4507/17 4511/1 4512/13 4513/25 4515/18 4516/4 4516/12 4516/16 4516/17 4518/9 4518/24 4519/12 4519/23 4519/25 4520/3 4520/5 4520/7 4521/4 4521/22 4522/1 4522/4 4522/21 4523/24 4524/11 4525/14 4525/18 4525/19 4525/21 4526/2 4526/6 4526/8 4527/14 4527/22 4528/7 4529/22 4529/23 4529/25 4530/4 4530/5 4530/8 4530/8 4530/14 4530/17 4531/2 4531/3 4531/10 4546/14 4546/14 4546/22 4547/1 4547/12 4548/15 4550/14 4550/20 4550/22 4555/17 4555/23 4555/24 4565/11 4569/12 4570/23 4571/23 4573/7 4573/9
case-specific [1] 4555/17
cases [3] 4471/12 4523/4 4532/3
catching [1] 4565/21
catered [1] 4534/17
cause [2] 4495/25 4500/11
causes [1] 4551/3
caution [1] 4572/7
CCR [1] 4466/22
cell [3] 4473/17 4474/7 4525/21
certain [5] 4471/13 4509/24 4524/22 4525/10 4528/24
certainly [2] 4481/17 4571/24
chain [1] 4526/22
chair [1] 4533/19
chairman [1] 4547/14
challenged [1] 4500/11
challenges [1] 4500/9
chambers [1] 4528/23
change [1] 4513/13
changed [1] 4508/24
changes [2] 4510/8 4517/15
Chapuis [1] 4469/20
charge [6] 4506/5 4521/4 4551/10 4551/14 4562/24 4570/7
charged [18] 4469/22 4471/3 4471/10 4506/18 4510/3 4512/13 4520/24 4521/12 4521/9 4521/14 4522/19 4523/20 4530/21 4530/25 4562/16 4562/21 4563/8 4565/11
charges [20] 4469/23 4470/1 4470/9 4470/11 4471/5 4505/20 4506/22 4516/10 4520/2 4520/5 4520/10 4521/8 4521/20 4522/12 4522/24 4529/12 4529/14 4550/25 4569/24 4570/4
chart [1] 4499/4
chat [3] 4473/20 4474/9 4525/23
check [6] 4477/7 4499/4 4514/21 4514/21 4532/14 4533/1
checked [1] 4477/7
Chen [1] 4511/10
choose [4] 4489/22 4489/23 4527/24 4531/22
chooses [2] 4509/2 4522/5
chronic [3] 4479/2 4481/24 4481/25
Cicale [3] 4571/13 4571/22 4572/3
circle [1] 4485/25
circuit [4] 4511/13 4511/21 4512/1 4555/3
circumstance [1] 4508/24
circumstances [3] 4471/23 4510/25 4527/3
circumstantial [5] 4526/15 4526/21 4527/5 4527/8 4527/11
citing [1] 4511/12
civic [1] 4474/14
civil [1] 4510/24
claim [1] 4510/23
claimed [2] 4513/3 4570/13
claims [3] 4513/17 4526/17 4526/18
Classifying [1] 4481/9
clause [1] 4500/17
clear [2] 4558/2 4568/5
clearly [3] 4483/8 4507/3 4510/25
clerk [10] 4467/11 4474/19 4478/10 4480/3 4484/11 4484/18 4484/23 4487/13 4493/7 4546/7
clerk's [1] 4472/19
clerks [3] 4469/19 4492/24 4518/23
client [1] 4528/16
clip [32] 4548/23 4548/24 4548/25 4549/10 4549/11 4549/12 4549/14 4549/20 4552/23 4552/25 4553/11 4554/2 4556/14 4557/9 4558/18 4558/19 4559/3 4559/5 4559/10 4559/13 4559/16 4559/20 4559/22 4559/23 4559/23 4559/24 4559/25 4560/1 4560/5 4560/10 4560/13 4560/19
clipped [1] 4568/11
clips [3] 4552/8 4560/9 4568/10
close [4] 4481/4 4503/4 4519/23 4521/11
closer [1] 4488/2
closing [4] 4523/4 4523/6 4523/8 4523/12
co [3] 4495/11 4511/18 4513/2
co-counsel [1] 4495/11
co-defendant [1] 4511/18
co-op [1] 4513/2
coconspirator's [1] 4511/7
coconspirators [1] 4510/1
coffee [1] 4534/22
come [6] 4478/13 4483/13 4485/25 4526/23 4533/10 4557/9
comes [1] 4512/18
comfortable [2] 4534/25 4535/2
coming [6] 4549/23 4552/2 4562/18 4565/2 4569/15 4572/2
commence [1] 4485/3
commenced [1] 4520/3
commences [1] 4520/9
comment [3] 4522/9 4528/5 4566/9
commentaries [1] 4472/3
comments [2] 4517/7 4564/2
commit [2] 4470/14 4520/16
commitments [1] 4532/8
committed [6] 4470/5 4512/9 4520/19 4565/4 4569/17 4569/25
committing [1] 4470/14
common [1] 4527/13
communicate [4] 4470/21 4473/17 4474/6 4525/20
company [3] 4546/17 4546/18 4547/15
compel [1] 4508/18
compelling [2] 4508/23 4509/5
complain [1] 4561/20
complaining [2] 4481/22 4569/20
complete [6] 4468/5 4473/1 4473/2 4485/1 4517/6 4531/5
completely [1] 4556/4
complicate [1] 4570/22
complicated [1] 4570/23
complicates [1] 4556/19
compromised [1] 4534/4
computer [1] 4466/25
computer-aided [1] 4466/25
concern [7] 4505/17 4529/5 4530/19 4551/14 4564/10 4566/7 4568/4
concerned [9] 4513/14 4547/11 4550/18 4560/9 4562/15 4562/15 4562/20 4562/23 4568/2
concerning [5] 4505/5 4508/19 4512/19 4523/14 4525/8
concerns [2] 4486/2 4507/7
concludes [2] 4509/2 4521/2
conclusion [3] 4516/20 4521/17 4526/23
conclusions [2] 4523/9 4527/12
condition [5] 4476/13 4477/4 4481/5 4481/9 4483/7
conduct [3] 4470/25 4521/25 4528/21
conducted [1] 4529/3
conducting [1] 4528/22
confer [1] 4528/18
conference [12] 4485/24 4487/11 4488/1 4489/8 4489/19 4491/11 4491/19 4492/23 4493/9 4494/12 4496/5 4528/21
conferences [1] 4528/22
conferred [1] 4492/24
Confers [9] 4474/19 4480/3 4484/11 4484/18 4484/23 4487/13 4493/7 4495/11 4546/7
confidence [1] 4484/6
confidential [1] 4471/13
conflicts [1] 4517/14
confront [1] 4482/8
confusion [3] 4508/4 4508/6 4557/13
connected [1] 4532/3
connection [3] 4467/16 4508/21 4515/12
conscientiously [1] 4524/5
consent [1] 4479/25
Consequently [2] 4510/7 4511/17
consider [13] 4506/22 4512/3 4512/7 4516/5 4516/7 4519/4 4519/16 4519/22 4523/17 4524/8 4525/11 4526/1 4527/18
consideration [1] 4498/10
considered [4] 4467/10 4509/1 4512/11 4557/18
considering [2] 4527/8 4557/20
consistent [1] 4472/15
consists [2] 4524/11 4524/13
conspiracy [6] 4512/5 4512/6 4512/8 4512/13 4550/8 4561/8
conspirator's [1] 4511/7
conspired [1] 4520/15
conspiring [1] 4470/14
constantly [1] 4561/20
constitute [3] 4502/6 4509/15 4511/19
Constitution's [1] 4500/17
contained [2] 4472/17 4522/13

## C

contains [2] 4471/19 4521/6
contend [1] 4569/25
contends [1] 4509/15
contested [1] 4507/15
context [13] 4505/19 4549/20 4550/11 4550/14 4553/22 4554/9 4554/24 4556/2 4556/4 4556/13 4558/16 4558/16 4561/11
continue [2] 4481/1 4502/9
continued [4] 4470/20 4496/6 4504/11 4535/13
continues [1] 4547/13
continuing [3] 4467/9 4548/11 4560/10
contrary [1] 4510/21
control [1] 4549/24
conversation [6] 4506/2 4506/12 4529/24 4553/14 4560/8 4564/3
conversations [2] 4546/10 4562/17
cooperating [10] 4507/7 4507/20 4507/22 4507/23 4508/8 4508/11 4508/13 4550/11 4573/24 4576/8
cooperation [2] 4473/4 4503/1
cooperator [4] 4569/20 4576/10 4576/13 4576/15
cooperator's [1] 4507/24
cooperators [2] 4507/25 4508/1
Copa [1] 4550/17
copiers [1] 4567/15
copies [2] 4558/20 4559/20
copy [5] 4566/11 4567/10 4567/12 4567/13 4567/16
corner [1] 4487/16
corporation [1] 4546/10
correct [18] 4478/8 4488/24 4488/25 4490/21 4492/15 4492/20 4492/21 4495/15 4495/18 4495/19 4498/24 4498/25 4499/13 4528/14 4555/7 4555/7 4565/19 4571/18
corroborating [1] 4510/25
could [9] 4480/25 4483/25 4532/10 4532/20 4552/19 4563/13 4566/3 4572/2 4575/16
couldn't [3] 4482/9 4484/1 4532/25
counsel [9] 4495/11 4519/9 4519/10 4524/17 4524/17 4573/25 4574/2 4574/3 4575/1
count [8] 4516/12 4520/14 4520/14 4520/18 4520/18 4520/21 4520/21 4523/20
counts [2] 4520/12 4520/24
couple [6] 4485/6 4495/20 4509/20 4512/21 4514/18 4575/24
course [4] 4519/6 4522/17 4526/7 4528/6
court [69] 4466/1 4467/1 4471/11 4471/12 4471/16 4472/5 4472/21 4473/4 4474/12 4480/14 4481/7 4481/21 4487/12 4497/1 4499/18 4502/5 4505/12 4506/1 4506/21 4507/19 4507/24 4508/3 4508/14 4508/17 4508/22 4508/25 4509/1 4509/6 4509/10 4509/17 4510/11 4511/14 4512/1 4513/15 4514/23 4515/25 4524/7 4525/8 4526/24 4527/5 4527/7 4530/10 4531/16 4531/25 4534/5 4534/20 4546/3 4546/16 4549/25 4551/25 4551/25 4553/2 4553/5 4554/1 4555/16 4556/17 4560/18 4563/15 4564/8 4565/3 4567/16 4568/17 4568/20 4569/15 4570/2 4570/16 4573/4 4573/5 4573/13
court's [6] 4483/8 4506/15 4509/4 4553/20 4567/4 4573/10
courthouse [4] 4466/6 4467/18 4467/23 4517/18
courtroom [15] 4467/2 4469/18 4484/19 4497/3 4503/9 4517/11 4518/22 4526/2 4526/25 4531/13 4534/1 4534/20 4534/21 4571/10 4576/8
Courts [1] 4471/23
cover [1] 4467/21
covers [1] 4514/11
CR [2] 4466/4 4511/10
create [2] 4508/4 4557/12
creates [2] 4510/13 4510/17
credibility [1] 4527/15
credible [2] 4509/13 4561/15
crime [7] 4470/13 4470/22 4471/19 4530/25 4550/16 4562/9 4564/4
crimes [15] 4470/5 4470/17 4471/9 4512/9 4512/13 4520/11 4520/23 4521/1 4521/2 4521/9 4521/13 4529/14 4530/21 4567/20 4569/21
criminal [17] 4467/9 4469/22 4469/23 4470/12 4470/15 4470/23 4470/25 4471/3 4510/24 4511/1 4511/2 4515/18 4520/3 4522/20 4546/14 4546/21 4547/3
critical [1] 4473/24
cross [6] 4507/20 4508/2 4571/13 4572/11 4576/3 4576/19
cross-examination [3] 4507/20 4508/2 4571/13
cross-examine [1] 4572/11
curative [1] 4570/17
curious [1] 4471/20
current [1] 4520/10
customers [1] 4546/17
cut [3] 4490/4 4563/5 4570/10
cuts [1] 4549/18

## D

date [1] 4521/24
day [24] 4467/18 4474/14 4475/8 4477/1 4478/18 4479/17 4502/16 4502/22 4516/25 4517/18 4526/12 4526/13 4526/24 4534/14 4534/16 4534/17 4534/18 4546/15 4546/24 4548/12 4566/9 4567/2 4568/6 4568/7
days [11] 4468/5 4482/3 4503/3 4513/11 4513/12 4514/9 4517/5 4517/13 4547/4 4566/15 4566/18
deal [3] 4513/6 4513/9 4534/18
dealing [1] 4502/1
death [6] 4471/2 4516/2 4516/3 4516/12 4529/14 4547/11
death-eligible [1] 4529/14
decide [13] 4472/4 4472/13 4514/16 4514/16 4516/16 4524/24 4528/7 4529/8 4529/10 4530/8 4530/13 4530/16 4532/2
decided [1] 4527/22
deciding [1] 4527/17
decision [5] 4508/25 4511/7 4511/7 4521/19 4526/8
decisions [2] 4519/22 4531/6
declarant [3] 4510/14 4510/24 4511/2
declarant's [3] 4510/19 4510/21 4510/23
declines [2] 4508/14 4509/10
deductions [1] 4527/12
defendant [51] 4466/6 4466/19 4469/2 4469/21 4469/23 4469/24 4470/1 4470/5 4470/5 4470/7 4470/9 4470/12 4470/14 4470/20 4470/25 4471/4 4471/9 4491/21 4495/15 4506/23 4507/19 4508/8 4508/22 4508/24 4509/15 4509/24 4510/8 4510/10 4511/14 4511/18 4512/11 4516/2 4516/9 4516/11 4516/15 4518/9 4519/11 4520/6 4520/10 4521/7 4522/20 4522/23 4529/5 4529/6 4529/9 4529/13 4529/15 4530/24 4550/1 4557/25 4569/24
defendant's [20] 4505/21 4507/23 4508/17 4509/1 4509/9 4509/12 4509/25 4510/5 4512/12 4516/5 4521/20 4548/22 4549/3 4549/4 4549/5 4549/16 4552/25 4558/13 4566/3 4570/13
defendants [1] 4564/15
defense [31] 4469/16 4486/17 4488/3 4488/23 4490/22 4491/6 4492/16 4493/21 4494/2 4495/2 4499/1 4499/10 4500/8 4505/10 4508/12 4518/20 4522/4 4522/15 4553/1 4553/14 4556/6 4556/18 4557/16 4560/9 4564/8 4566/5 4566/13 4567/11 4567/23 4568/3 4577/5
defense's [2] 4558/25 4567/6
defined [2] 4510/15 4510/18
delays [2] 4529/1 4532/3
deliberating [1] 4530/3
deliberation [2] 4479/14 4531/9
deliberations [5] 4521/16 4523/18 4524/1 4526/4 4530/1
delighted [1] 4573/21
denied [7] 4495/25 4507/23 4508/22 4509/9 4512/15 4569/3 4573/15
denies [1] 4573/7
DENNEHY [5] 4466/17 4468/15 4474/22 4492/24 4518/4
dependent [1] 4478/24
depending [1] 4576/20
depends [2] 4575/16 4576/3
deprived [1] 4500/15
Depuis [1] 4518/24
deputy [7] 4469/18 4478/10 4503/9 4517/11 4517/19 4518/22 4531/13
describe [3] 4520/13 4521/23 4522/1
described [1] 4471/5
describing [1] 4569/10
deserves [1] 4527/10
designed [1] 4523/8
despite [1] 4531/11
detailed [1] 4523/16
deteriorating [1] 4481/10
deterioration [1] 4481/5
determination [2] 4519/2 4528/8
determine [9] 4471/7 4521/11 4524/2 4524/10 4527/14 4528/24 4529/4 4529/15 4554/18
determining [1] 4524/5
device [1] 4497/2
diabetic [1] 4478/24
dialysis [1] 4479/5
did [23] 4476/17 4477/7 4480/22 4482/19 4483/12 4483/20 4506/14 4520/22 4520/24 4533/22 4533/23 4534/18 4547/7 4550/5 4554/15 4554/16 4557/17 4559/8 4559/20 4565/3 4567/21 4569/16 4571/15
didn't [3] 4484/2 4554/20 4568/18
die [1] 4554/19
different [1] 4567/2
difficult [3] 4477/6 4552/14 4558/17
difficulty [5] 4476/21 4506/1 4507/5 4512/23 4564/10
diligence [2] 4571/5 4571/6
diligently [1] 4524/5
dire [3] 4480/23 4513/8 4556/5
direct [8] 4525/9 4526/14 4526/16 4526/17 4526/20 4527/8 4527/11 4575/23
disagree [1] 4524/9
disagrees [1] 4508/25
disc [2] 4476/14 4476/17
discharged [2] 4470/17 4521/1
discharging [1] 4472/11
disclosure [3] 4508/18 4508/23 4509/7
discretion [2] 4483/9 4528/1
discuss [17] 4473/11 4474/1 4475/9 4478/11 4503/5 4503/5 4506/10 4512/19 4514/18 4525/14 4530/1 4530/3 4530/5 4531/2 4531/10 4531/14 4554/11
discussed [1] 4561/1

## D

discusses [1] 4561/25
discussing [1] 4567/21
discussion [4] 4482/21 4513/15 4547/16 4570/23
disingenuous [1] 4509/14
dismiss [1] 4503/20
dismissed [1] 4502/22
dispute [2] 4524/19 4560/7
disqualified [2] 4548/14 4548/16
disregard [2] 4525/10 4525/12
disregarded [1] 4575/2
disrespect [1] 4475/12
distinction [1] 4527/7
distress [1] 4478/25
distributed [1] 4517/12
DISTRICT [7] 4466/1 4466/1 4466/15 4467/8 4515/23 4547/3 4548/8
do [69] 4470/8 4473/11 4473/16 4474/1 4474/6 4476/8 4476/25 4477/3 4477/9 4478/18 4479/23 4481/6 4482/8 4483/16 4485/4 4485/13 4487/2 4487/7 4488/15 4494/6 4501/1 4501/7 4502/12 4502/15 4503/1 4503/19 4505/4 4505/15 4506/4 4513/3 4513/21 4514/16 4515/10 4515/11 4522/16 4524/19 4525/20 4526/5 4526/6 4528/10 4528/15 4529/21 4530/18 4531/2 4531/10 4531/20 4532/4 4533/8 4533/20 4547/18 4548/9 4551/8 4551/9 4551/17 4552/3 4552/5 4552/10 4552/20 4557/8 4564/21 4566/20 4568/10 4570/8 4571/5 4573/2 4575/23 4576/16 4576/17 4576/21
doctor [16] 4476/4 4476/6 4477/11 4481/12 4481/15 4481/16 4481/20 4481/21 4482/9 4482/20 4483/2 4483/3 4483/10 4483/11 4484/1 4484/8
doctor's [4] 4475/7 4475/14 4481/11 4482/9
document [3] 4469/24 4476/11 4549/13
documentation [1] 4490/3
does [14] 4475/10 4477/15 4479/9 4480/1 4483/4 4506/17 4529/19 4531/11 4556/10 4563/7 4566/5 4573/2 4574/20 4574/22
doesn't [13] 4506/24 4534/20 4548/5 4555/21 4557/9 4557/13 4559/22 4561/16 4569/5 4569/24 4570/9 4570/14 4574/8
doing [6] 4501/7 4529/21 4546/16 4552/9 4565/3 4569/15
domestic [3] 4510/2 4546/9 4571/14
Dominick [1] 4571/13
don't [48] 4477/19 4478/16 4480/17 4482/3 4495/9 4506/4 4533/16 4533/18 4549/4 4549/5 4549/21 4549/22 4550/7 4551/4 4551/16 4552/2 4552/12 4555/12 4556/19 4556/22 4556/24 4558/22 4560/12 4561/17 4563/2 4563/4 4563/9 4564/5 4564/11 4564/22 4564/23 4565/5 4565/13 4565/17 4565/25 4566/10 4566/20 4567/8 4567/10 4567/16 4568/16 4568/16 4569/17 4570/1 4570/8 4570/21 4570/22 4572/3
done [3] 4471/24 4552/10 4576/16
doors [1] 4527/1
double [2] 4532/14 4533/1
doubt [14] 4470/5 4471/9 4516/10 4520/2 4521/10 4521/21 4522/19 4529/12 4531/1 4562/11 4572/10 4573/6 4574/7 4574/8
down [9] 4477/19 4489/14 4491/15 4497/6 4512/20 4526/25 4562/18 4564/12 4574/23
downstairs [9] 4479/14 4485/12 4485/12 4487/3 4487/20 4493/4 4499/22 4503/16 4503/21
Dr [1] 4477/14
draft [1] 4566/14
draw [3] 4519/3 4553/20 4563/13
drawn [2] 4523/10 4525/1
drinks [1] 4534/22
driven [1] 4517/18
driving [2] 4478/23 4478/25
dropped [4] 4565/12 4569/4 4569/24 4570/5
due [7] 4476/13 4479/25 4481/2 4481/2 4500/17 4517/14 4561/18
duplicative [1] 4562/5
during [27] 4471/25 4480/23 4489/25 4508/14 4515/22 4516/1 4516/5 4516/6 4516/8 4517/20 4518/25 4519/6 4520/23 4521/16 4522/9 4522/10 4522/17 4523/15 4523/22 4526/3 4526/3 4526/7 4526/9 4528/6 4528/17 4529/1 4576/12
duty [8] 4471/7 4476/13 4517/4 4524/4 4524/8 4525/3 4529/15 4546/12

## E

e-mail [1] 4525/21
each [19] 4467/19 4486/8 4489/5 4491/20 4493/14 4495/1 4516/25 4517/18 4521/9 4522/18 4523/20 4523/24 4530/24 4530/25 4531/3 4534/14 4534/18 4554/10 4554/24
ear [1] 4576/25
earlier [1] 4524/16
early [1] 4517/14
easier [1] 4507/9
East [2] 4466/15 4466/23
EASTERN [4] 4466/1 4466/15 4547/3 4548/8
easy [1] 4479/20
edit [3] 4552/6 4563/25 4563/25
editing [1] 4565/13
editors [1] 4552/6
effect [1] 4546/23
effective [1] 4508/2
efficient [1] 4577/2
effort [1] 4552/21
eight [17] 4493/10 4497/18 4548/23 4548/24 4549/11 4549/12 4549/14 4559/5 4559/10 4559/13 4559/16 4559/21 4559/23 4559/24 4560/1 4560/11 4563/21
either [12] 4473/22 4519/5 4531/15 4533/6 4533/20 4547/14 4556/24 4562/22 4563/22 4564/7 4572/18 4574/17
electronic [1] 4497/2
element [2] 4522/18 4530/25
elements [1] 4521/9
eleventh [1] 4573/10
elicit [1] 4506/17
eligible [1] 4529/14
elongate [1] 4532/22
else [19] 4467/6 4470/8 4504/5 4510/23 4514/19 4526/10 4530/5 4530/6 4531/23 4533/6 4547/23 4558/5 4562/4 4564/13 4570/25 4571/8 4575/5 4577/3 4577/5
else's [1] 4569/10
email [2] 4473/18 4474/7
Emily [2] 4469/20 4518/24
emotional [1] 4477/5
emphasize [1] 4472/9
employee [1] 4547/18
employees [1] 4546/17
employer [4] 4546/11 4546/20 4547/1 4547/2
employers [1] 4514/19
employment [1] 4471/25
encounter [1] 4574/6
end [19] 4487/11 4489/8 4491/11 4492/23 4494/12 4496/5 4499/17 4509/14 4509/16 4510/18 4511/3 4511/9 4511/19 4526/12 4534/14 4551/13 4553/11 4560/10 4575/19
endeavor [2] 4551/11 4552/4
ends [2] 4502/4 4517/14
enforcement [5] 4575/19 4575/24 4576/5 4576/18 4577/1
engaged [2] 4470/25 4546/16
enlightened [1] 4566/12
enough [3] 4480/7 4552/15 4552/18
ensure [3] 4472/2 4472/6 4529/2
enter [4] 4467/2 4484/19 4500/1 4524/17
entering [1] 4527/1
enterprise [8] 4470/13 4470/16 4470/23 4471/3 4507/8 4507/12 4507/15 4507/16
enters [3] 4475/17 4478/5 4515/15
entire [2] 4530/8 4550/13
entirely [3] 4527/25 4532/5 4576/3
episodes [1] 4483/1
equally [1] 4509/4
ESQ [8] 4466/16 4466/17 4466/17 4466/18 4466/19 4466/19 4466/20 4466/20
essence [1] 4561/3
essential [1] 4508/2
established [1] 4524/25
evaluate [1] 4527/24
even [8] 4482/9 4524/9 4527/4 4530/2 4564/23 4566/3 4568/15 4569/6
evening [1] 4552/7
event [3] 4526/19 4527/7 4529/18
ever [5] 4483/20 4500/13 4527/4 4534/7 4566/8
every [12] 4477/1 4485/9 4502/16 4516/25 4522/18 4526/12 4526/13 4534/17 4546/15 4552/21 4556/7 4568/6
everybody [5] 4490/6 4497/24 4533/14 4546/2 4567/16
everyone [5] 4467/5 4485/9 4485/22 4503/9 4504/8
everything [2] 4532/4 4555/9
evidence [85] 4469/25 4470/8 4470/20 4470/24 4471/7 4472/5 4472/14 4507/8 4508/5 4508/7 4508/15 4509/3 4509/11 4509/16 4509/25 4510/9 4510/13 4510/15 4510/16 4511/3 4511/4 4511/6 4512/4 4512/8 4512/9 4512/12 4519/14 4519/15 4519/16 4519/18 4519/19 4519/20 4519/21 4520/9 4521/5 4521/15 4522/7 4522/8 4522/12 4522/15 4522/15 4522/22 4522/25 4523/6 4523/7 4523/10 4523/11 4523/15 4523/24 4523/25 4524/11 4524/11 4524/13 4524/13 4524/17 4524/20 4524/23 4524/25 4525/1 4525/4 4525/8 4525/11 4526/9 4526/14 4526/15 4526/16 4526/20 4526/21 4527/6 4527/8 4527/8 4527/9 4527/11 4527/25 4528/4 4530/11 4530/18 4530/18 4530/22 4531/4 4550/7 4550/16 4551/12 4558/13 4558/14
evidencing [1] 4554/17
evidentiary [3] 4505/18 4528/19 4556/8
ex [2] 4508/18 4508/20
exacerbate [1] 4570/13
examination [4] 4507/20 4508/2 4508/3 4571/13
examine [1] 4572/11
example [3] 4526/18 4526/23 4529/19
except [3] 4516/23 4531/23 4533/25
exception [1] 4510/17
exceptions [2] 4468/7 4510/14
excerpt [1] 4507/11
excerpts [3] 4505/10 4505/12 4505/24
excise [1] 4552/8
excluded [1] 4519/16
excluding [1] 4519/15
exclusively [1] 4526/8
excruciating [1] 4482/4

## E

excuse [7] 4480/11 4480/13 4485/12 4506/13 4513/9 4559/11 4560/24
excused [4] 4480/18 4487/22 4489/16 4493/6
excusing [1] 4479/21
exhausted [1] 4500/9
exhibit [2] 4519/21 4528/2
exhibits [7] 4522/22 4523/2 4524/12 4525/3 4525/10 4527/25 4530/17
exit [4] 4497/9 4499/24 4503/18 4576/8
exits [4] 4477/24 4479/18 4503/14 4535/12
expect [2] 4508/10 4576/18
expected [2] 4468/4 4515/22
expeditiously [1] 4502/25
experience [2] 4471/18 4527/12
explain [3] 4519/8 4523/18 4553/22
explanation [3] 4472/24 4472/24 4472/25
expose [2] 4510/23 4511/2
exposed [1] 4472/3
extend [1] 4506/15
extensive [1] 4467/15
extensively [1] 4576/20
extremely [6] 4472/15 4473/10 4473/25 4524/4 4525/13 4576/18
eye [1] 4526/18
eyesight [1] 4477/4

## F

F-ing [1] 4560/23
face [2] 4483/9 4566/4
Facebook [3] 4473/21 4474/10 4525/24
fact [14] 4500/13 4516/15 4526/18 4531/12 4531/15 4531/15 4553/20 4554/9 4554/22 4554/24 4555/13 4557/16 4562/2 4562/12
facts [13] 4524/2 4524/4 4524/5 4524/10 4524/18 4524/19 4524/22 4524/23 4524/25 4526/22 4527/14 4528/8 4528/12
factual [1] 4530/14
fair [2] 4500/15 4570/16
fairly [2] 4472/11 4529/3
fairness [1] 4566/13
familiar [2] 4528/20 4562/10
families [1] 4473/12
family [10] 4470/13 4470/22 4474/2 4479/25 4513/4 4525/15 4530/6 4550/16 4554/20 4562/9
far [9] 4513/14 4514/8 4547/10 4548/12 4548/13 4550/18 4560/22 4563/23 4563/23
fast [1] 4552/16
faster [2] 4514/6 4532/10
father [3] 4475/8 4478/14 4478/21
fault [2] 4568/16 4569/7
Fax [1] 4466/24
fear [1] 4562/1
federal [9] 4471/12 4508/7 4510/13 4510/15 4510/16 4511/3 4511/3 4511/6 4555/19
feeds [1] 4562/24
feeing [1] 4483/16
feel [6] 4514/14 4528/11 4528/12 4531/15 4533/17 4567/21
feels [1] 4553/23
fell [1] 4566/4
fellow [4] 4530/2 4530/4 4531/14 4531/21
felt [1] 4533/25
few [12] 4478/13 4482/2 4482/15 4501/21 4515/21 4517/13 4519/7 4533/3 4533/13 4547/4 4548/24 4566/15
fifth [4] 4493/14 4500/16 4511/16 4523/12
fight [1] 4555/13
figuratively [1] 4567/17
figure [1] 4568/21
figured [1] 4574/18
filed [3] 4510/3 4573/13 4573/14
fill [2] 4467/13 4513/8
filling [2] 4472/18 4473/4
final [10] 4471/14 4494/25 4495/14 4523/13 4530/9 4531/5 4566/15 4566/16 4566/17 4566/23
finally [2] 4473/10 4531/2
find [13] 4482/14 4483/21 4513/16 4515/4 4515/5 4528/14 4529/7 4529/13 4532/20 4533/18 4548/15 4565/16 4573/9
finds [3] 4507/24 4508/3 4516/11
fine [10] 4481/13 4495/9 4506/9 4509/21 4513/20 4534/20 4548/5 4570/2 4570/11 4575/15
finish [2] 4482/19 4502/1
firearm [4] 4470/17 4520/23 4520/25 4521/1
first [43] 4467/14 4473/8 4479/20 4485/6 4486/1 4486/6 4486/8 4486/9 4488/3 4488/23 4489/21 4489/25 4490/11 4491/21 4492/16 4493/15 4494/1 4495/2 4498/16 4502/7 4502/24 4505/25 4506/18 4511/6 4513/10 4514/12 4517/4 4522/2 4531/22 4533/22 4548/22 4548/24 4550/13 4558/15 4559/14 4559/14 4559/25 4561/24 4568/1 4572/9 4575/19 4575/24 4576/12
Fitzpatrick [2] 4469/19 4518/24
fleeting [3] 4505/14 4506/24 4561/10
folder [1] 4499/3
follow [13] 4467/19 4467/23 4473/11 4473/24 4474/1 4502/20 4524/8 4525/14 4554/3 4554/25 4557/17 4569/3 4570/17
follow-up [6] 4467/19 4467/23 4554/3 4554/25 4557/17 4569/3
following [9] 4471/11 4487/14 4491/12 4494/14 4497/4 4499/19 4512/2 4512/4 4530/12
follows [1] 4562/14
food [2] 4534/17 4534/21
force [1] 4566/6
forgot [1] 4473/21
form [1] 4527/25
formally [1] 4520/9
forth [1] 4510/3
forward [1] 4535/9
found [4] 4470/6 4564/17 4565/20 4571/2
four [13] 4468/4 4477/3 4486/8 4488/3 4488/14 4490/11 4490/22 4491/21 4494/17 4514/8 4516/17 4516/21 4566/18
fourth [2] 4491/20 4522/25
frank [5] 4466/18 4468/17 4474/23 4518/7 4547/15
frankly [3] 4551/24 4565/8 4570/14
free [1] 4528/1
Friday [10] 4468/6 4514/10 4514/11 4516/23 4532/15 4532/16 4532/16 4532/17 4548/5 4555/7
Fridays [17] 4514/1 4514/3 4514/5 4514/7 4514/12 4514/23 4517/3 4517/8 4517/9 4532/9 4532/9 4532/11 4532/15 4532/18 4532/20 4532/22 4533/1
friend [3] 4480/9 4565/6 4569/18
friends [3] 4473/12 4474/2 4525/15
front [1] 4549/5
full [3] 4547/16 4549/19 4560/1
fully [5] 4472/23 4473/5 4473/8 4473/24 4531/8
function [3] 4479/1 4529/8 4529/10
further [13] 4467/22 4479/15 4487/21 4489/15 4491/16 4493/4 4494/19 4497/7 4499/23 4503/16 4503/22 4508/3 4570/23
furtherance [2] 4470/17 4520/25
Furthermore [2] 4511/18 4512/10
future [1] 4533/2

## G

GARAUFIS [4] 4466/12 4467/4 4467/8 4515/23
generally [4] 4468/5 4516/22 4526/16 4526/22
gentlemen [3] 4467/7 4484/25 4502/6
GEORGE [4] 4466/19 4469/6 4475/1 4518/12
get [21] 4482/1 4483/12 4488/2 4491/10 4501/2 4501/4 4512/22 4533/14 4533/14 4533/15 4533/19 4533/21 4533/23 4547/21 4554/22 4557/10 4561/14 4567/16 4568/10 4574/1 4576/1
gets [4] 4482/5 4486/8 4490/22 4495/2
getting [3] 4477/10 4480/24 4533/25
give [18] 4473/7 4479/15 4501/5 4502/19 4504/3 4505/25 4506/21 4523/13 4524/9 4527/9 4528/13 4531/4 4534/11 4534/11 4549/19 4557/2 4560/6 4567/10
given [6] 4481/4 4481/20 4523/3 4524/7 4561/11 4565/10
gives [1] 4556/1
giving [1] 4523/16
go [38] 4477/19 4479/4 4479/13 4481/15 4485/12 4485/12 4486/3 4487/3 4487/20 4489/14 4491/15 4492/7 4493/4 4494/18 4497/6 4498/10 4499/4 4499/22 4501/18 4502/10 4502/17 4503/16 4506/9 4514/8 4517/16 4517/20 4532/7 4533/18 4555/4 4555/8 4555/16 4560/17 4564/12 4564/24 4570/1 4570/10 4572/8 4572/22
goes [13] 4486/9 4486/17 4488/3 4488/13 4490/11 4490/22 4491/21 4492/6 4493/15 4493/21 4495/2 4498/16 4507/2
going [62] 4478/16 4479/6 4481/12 4481/15 4482/17 4484/14 4484/25 4485/6 4489/24 4492/7 4495/23 4498/18 4501/18 4502/12 4502/12 4502/13 4502/15 4502/19 4502/25 4503/3 4506/21 4513/12 4514/2 4514/15 4527/4 4532/12 4533/15 4547/2 4550/11 4550/15 4550/20 4551/1 4551/2 4551/2 4551/3 4551/13 4553/10 4554/5 4554/6 4555/13 4555/16 4555/19 4556/12 4561/12 4561/21 4562/13 4562/16 4562/21 4563/8 4565/14 4568/13 4568/22 4568/23 4569/2 4569/22 4570/12 4571/16 4572/9 4572/10 4572/15 4572/17 4576/19
GOLTZER [7] 4466/19 4469/7 4475/1 4518/13 4571/14 4575/12 4576/19
Goltzer's [1] 4565/18
good [37] 4467/7 4468/12 4468/14 4468/16 4468/18 4468/20 4469/1 4469/4 4469/5 4469/8 4469/10 4469/12 4469/14 4474/14 4474/24 4474/25 4475/3 4475/4 4475/19 4475/20 4478/6 4479/17 4484/25 4485/22 4486/1 4517/24 4518/2 4518/5 4518/8 4518/11 4518/14 4518/16 4518/18 4518/21 4532/16 4547/18 4572/1
got [17] 4491/6 4513/23 4548/25 4549/7 4549/16 4549/17 4549/18 4550/2 4551/6 4552/17 4558/24 4559/9 4559/14 4560/4 4563/17 4565/6 4569/18
government [84] 4466/14 4468/10 4470/2 4470/4 4470/19 4470/24 4471/2 4471/8 4480/25 4486/9 4488/13 4489/1 4490/10 4492/6 4492/19 4493/15 4494/1 4495/17 4498/16 4498/22 4500/24 4501/8 4505/17 4506/14 4506/17 4506/23 4507/23 4509/2 4509/18 4509/23 4510/10 4516/9 4517/22 4520/5 4520/7 4520/14 4520/18 4520/21 4521/4 4521/8 4521/12 4522/3 4522/11 4522/14 4522/18 4529/11 4530/23 4550/5

## G


government... [36] 4551/21 4552/9 4553/19 4553/23 4555/25 4558/15 4560/20 4561/16 4561/23 4563/17 4564/11 4564/14 4564/19 4565/14 4565/21 4566/5 4566/8 4566/14 4568/1 4568/9 4568/17 4568/21 4569/4 4569/21 4569/23 4569/24 4570/9 4570/14 4571/12 4572/20 4572/23 4572/24 4573/2 4574/1 4574/9 4577/3
government's [16] 4468/23 4468/25 4505/11 4507/9 4507/17 4510/7 4510/11 4512/14 4520/1 4554/3 4554/17 4556/7 4558/12 4561/6 4564/10 4567/3
Gravino [1] 4507/21
great [3] 4481/13 4487/1 4510/22
group [2] 4487/3 4489/23
guess [2] 4480/5 4551/13
guide [1] 4531/6
guilt [7] 4510/9 4516/5 4521/20 4530/24 4555/23 4555/24 4564/3
guilty [13] 4470/1 4470/6 4471/9 4516/9 4516/11 4516/15 4521/8 4521/13 4529/5 4529/5 4529/7 4529/13 4530/20
guy [1] 4549/19


## H


Ha [4] 4562/7 4562/7 4562/13 4562/13
Ha-Ha [2] 4562/7 4562/13
had [29] 4476/21 4477/8 4478/12 4478/24 4481/22 4482/25 4482/25 4483/1 4484/5 4490/6 4500/8 4500/11 4504/2 4505/17 4505/21 4510/22 4513/7 4527/4 4534/6 4550/20 4561/1 4565/20 4565/23 4566/14 4567/3 4568/6 4568/21 4572/24 4574/25
half [5] 4476/20 4501/14 4501/16 4502/21 4575/14
hallway [1] 4529/19
hand [7] 4503/9 4524/6 4526/21 4533/6 4558/20 4559/8 4559/20
handed [4] 4552/24 4552/24 4553/2 4553/5
handing [7] 4476/10 4549/6 4549/8 4558/23 4559/1 4560/1 4560/3
handled [1] 4528/25
hands [1] 4509/13
happen [3] 4479/6 4555/18 4570/9
happened [6] 4527/21 4573/8 4573/20 4573/22 4574/5 4574/21
happy [4] 4478/3 4556/14 4558/20 4570/9
hard [3] 4513/7 4547/20 4551/18
hardship [7] 4479/25 4481/8 4512/23 4512/24 4513/3 4513/14 4513/17
harm [1] 4555/19
has [63] 4470/1 4470/3 4470/5 4470/7 4471/8 4471/18 4471/23 4475/7 4475/8 4475/14 4479/3 4480/21 4483/10 4483/15 4483/18 4488/14 4490/11 4491/21 4493/14 4495/17 4498/16 4499/1 4502/14 4505/10 4507/19 4508/17 4509/24 4510/5 4511/14 4513/2 4516/9 4517/11 4519/2 4521/7 4521/8 4521/12 4521/19 4522/14 4522/25 4523/10 4525/11 4527/18 4529/11 4530/8 4530/20 4530/23 4531/4 4533/20 4534/7 4546/8 4550/22 4550/23 4551/25 4552/1 4553/1 4556/9 4563/17 4564/11 4564/23 4566/6 4568/3 4568/9 4568/21
have [133]
haven't [1] 4548/17
having [5] 4482/4 4502/16 4513/3 4533/5 4570/18
he [66] 4470/20 4478/23 4478/24 4478/25 4478/25 4479/3 4480/20 4480/22 4480/25 4481/1 4481/19 4481/19 4481/22 4481/23 4483/1 4483/2 4483/12 4483/12 4484/1 4484/2 4500/13 4502/14 4503/5 4506/18 4510/5 4510/6 4517/12 4525/4 4525/7 4529/19 4530/21 4534/18 4550/6 4550/25 4552/16 4552/16 4554/18 4554/20 4555/21 4556/9 4556/10 4560/21 4561/2 4562/3 4562/17 4562/19 4562/21 4563/7 4565/3 4565/4 4565/9 4565/11 4569/11 4569/16 4569/16 4569/20 4571/15 4571/15 4571/15 4573/7 4573/22 4573/23 4573/23 4573/24 4574/2 4574/8
He'll [1] 4502/17
he's [27] 4478/14 4478/15 4478/24 4479/4 4481/20 4481/22 4481/25 4482/25 4482/25 4502/15 4556/11 4562/8 4562/12 4562/15 4562/21 4562/23 4565/3 4565/3 4565/5 4569/11 4569/15 4569/16 4569/17 4569/20 4572/2 4575/1 4576/19
head [7] 4480/6 4480/8 4496/3 4513/5 4547/24 4549/22 4575/4
hear [13] 4478/3 4519/7 4519/9 4519/16 4532/2 4551/1 4551/2 4551/20 4555/19 4556/14 4556/16 4564/1 4573/11
heard [12] 4519/7 4523/12 4523/24 4526/2 4526/11 4526/14 4527/19 4527/20 4528/3 4548/17 4549/18 4552/17
hearing [2] 4477/4 4568/1
hears [2] 4562/17 4569/1
hearsay [3] 4510/13 4510/17 4511/24
help [2] 4515/20 4558/3
helpful [1] 4483/12
her [11] 4479/25 4513/4 4531/12 4546/10 4546/10 4546/11 4547/20 4547/20 4547/21 4548/10 4568/25
here [29] 4472/20 4475/11 4476/7 4478/13 4478/15 4478/19 4480/1 4480/5 4481/14 4481/23 4484/12 4499/4 4501/23 4502/18 4514/23 4526/25 4527/5 4527/9 4528/22 4533/14 4533/19 4534/9 4548/18 4548/25 4552/15 4558/3 4561/12 4564/4 4568/2
here's [2] 4502/12 4563/24
Hi [1] 4478/7
hide [1] 4528/23
Highlighting [1] 4570/12
highlights [1] 4558/25
him [24] 4469/25 4470/10 4476/4 4478/4 4481/1 4482/5 4482/11 4483/5 4495/10 4511/9 4522/24 4529/7 4531/12 4532/25 4560/22 4560/25 4562/2 4562/4 4562/10 4565/6 4569/19 4569/21 4573/25 4574/1
himself [1] 4482/5
his [19] 4471/1 4475/7 4476/13 4479/1 4480/20 4480/23 4481/5 4482/8 4483/7 4510/8 4511/8 4511/15 4554/18 4562/1 4565/5 4565/6 4569/18 4569/18 4572/13
history [1] 4510/2
hit [2] 4561/1 4561/13
hold [3] 4549/12 4559/18 4560/17
holidays [2] 4468/8 4516/24
home [1] 4478/25
honor [81] 4474/24 4475/10 4477/18 4479/11 4480/19 4483/9 4483/15 4487/1 4487/9 4487/24 4487/25 4488/4 4488/25 4489/18 4491/8 4492/7 4494/4 4495/7 4495/13 4495/16 4497/11 4498/2 4498/18 4501/19 4502/3 4504/6 4505/8 4505/11 4505/13 4505/23 4507/6 4507/17 4514/14 4532/12 4547/5 4547/25 4548/21 4549/1 4549/16 4549/19 4549/22 4550/3 4550/5 4550/21 4550/23 4551/3 4551/4 4551/11 4551/16 4552/13 4552/21 4554/2 4556/3 4556/14 4556/22 4558/10 4559/4 4559/17 4560/5 4560/8 4560/13 4560/19 4561/10 4562/7 4563/4 4565/17 4565/22 4565/23 4566/4 4567/18 4568/14 4569/9 4572/6 4573/1 4573/13 4573/20 4575/21 4575/25 4576/4 4576/17 4577/4
Honor's [3] 4507/3 4561/19 4574/22
HONORABLE [1] 4466/12
hope [3] 4532/10 4547/7 4547/8
hopefully [1] 4501/3
hoping [1] 4572/3
hospital [3] 4478/14 4478/22 4482/6
hour [8] 4501/14 4501/16 4501/16 4502/21 4516/24 4573/10 4575/13 4575/14
hour-and-a-half [2] 4501/14 4501/16
hours [4] 4526/24 4526/25 4546/24 4571/3
how [18] 4476/19 4476/25 4481/21 4483/25 4501/7 4501/11 4501/13 4514/8 4527/22 4527/24 4528/7 4528/24 4528/25 4529/23 4552/20 4562/19 4575/22 4576/21
however [6] 4511/23 4514/16 4524/17 4524/24 4531/14 4532/11
hunt [1] 4482/14
hypothetical [1] 4557/22


## I


I'd [4] 4535/6 4569/9 4570/16 4571/11
I'll [29] 4473/25 4482/14 4487/2 4487/2 4487/7 4499/16 4501/5 4504/3 4507/10 4507/18 4512/22 4513/6 4513/21 4514/21 4514/21 4514/22 4515/4 4515/8 4517/6 4526/12 4532/4 4533/13 4547/14 4547/22 4553/22 4556/13 4558/20 4564/22 4572/2
I'm [49] 4467/7 4475/4 4476/5 4477/13 4478/15 4479/6 4479/6 4481/12 4481/15 4482/17 4485/6 4486/11 4491/23 4495/23 4498/12 4498/14 4502/19 4505/12 4512/21 4515/23 4519/15 4529/9 4534/23 4534/24 4535/1 4535/4 4547/7 4547/20 4548/25 4549/10 4553/6 4553/10 4553/12 4555/5 4555/6 4557/5 4557/12 4559/18 4560/1 4560/13 4562/10 4562/15 4562/16 4563/19 4566/24 4570/2 4570/7 4570/9 4570/10
I've [5] 4478/13 4535/3 4546/5 4548/25 4559/9
idea [4] 4483/18 4483/21 4546/16 4566/2
identified [2] 4468/2 4526/7
identifying [4] 4471/14 4531/20 4531/23 4531/24
identities [2] 4471/12 4471/20
identity [1] 4534/3
ill [1] 4478/15
illustrates [1] 4528/2
immediately [4] 4531/25 4562/14 4562/21 4572/12
impair [1] 4472/4
impartial [1] 4500/16
impartially [1] 4472/12
implicated [2] 4561/2 4562/13
imply [1] 4516/14
implying [1] 4562/22
import [2] 4505/18 4562/15
importance [1] 4527/10
important [15] 4467/25 4472/6 4472/15 4472/25 4473/7 4473/10 4473/25 4474/14 4507/8 4507/17 4514/19 4524/4 4525/13 4530/7 4553/23
imposed [1] 4529/15
imposes [1] 4522/20
impossible [2] 4514/6 4554/22
impressions [1] 4507/25
included [2] 4561/12 4565/18
including [6] 4473/21 4474/10 4525/24 4530/6 4531/19 4563/22
incorporate [1] 4500/12

# I

incorrect [1] 4561/23
inculpatory [1] 4511/25
independent [1] 4526/5
indicate [6] 4510/25 4528/6 4528/11 4528/12 4548/15 4575/2
indicated [10] 4475/7 4475/23 4512/22 4517/5 4532/25 4546/10 4546/13 4547/10 4547/13 4548/4
indicates [2] 4482/24 4548/6
indication [1] 4505/15
indictment [18] 4469/22 4469/23 4469/25 4470/2 4470/11 4471/6 4471/10 4520/2 4520/8 4520/8 4520/10 4520/12 4521/3 4521/10 4521/14 4522/13 4530/23 4550/25
indictments [1] 4562/18
individually [1] 4467/18
indulge [1] 4505/23
inextricably [2] 4505/20 4558/14
infer [2] 4527/3 4561/13
inference [3] 4563/11 4563/12 4563/13
inferences [3] 4519/3 4523/10 4524/25
influence [2] 4481/2 4528/8
influenced [1] 4472/7
informants [1] 4550/16
information [15] 4471/14 4471/15 4473/1 4473/16 4474/5 4479/15 4481/20 4512/22 4525/19 4531/20 4531/21 4531/23 4531/24 4547/22 4551/21
ing [1] 4560/23
initial [2] 4502/20 4505/21
initially [1] 4514/8
Inmates [1] 4561/20
innocent [5] 4470/9 4471/5 4522/23 4529/23 4530/21
inquire [10] 4471/22 4475/9 4480/22 4508/8 4514/12 4550/6 4560/20 4561/16 4561/18 4571/14
inquired [1] 4528/11
inquiries [1] 4472/4
inquiring [2] 4508/10 4528/10
inquiry [1] 4554/3
insisting [1] 4547/14
instance [2] 4552/6 4557/24
instruct [6] 4472/6 4521/17 4524/6 4551/3 4564/1 4572/20
instructed [3] 4467/20 4525/12 4529/17
instruction [9] 4473/24 4474/1 4506/20 4512/2 4525/14 4531/5 4534/11 4570/3 4570/17
instructions [21] 4467/22 4467/24 4473/11 4487/21 4489/15 4491/16 4493/4 4494/19 4497/7 4499/23 4501/3 4501/6 4502/19 4502/20 4503/17 4504/4 4523/14 4523/15 4524/7 4526/11 4530/9
instrument [1] 4520/8
insulated [1] 4561/4
insulin [1] 4478/24
insulin-dependent [1] 4478/24
intelligence [1] 4527/18
intend [2] 4506/17 4516/2
intended [3] 4528/6 4528/7 4571/15
intends [3] 4510/6 4522/9 4571/12
intention [1] 4528/23
intentionally [3] 4470/16 4520/22 4520/25
interaction [2] 4572/11 4572/24
interest [4] 4510/18 4510/22 4511/19 4527/21
internet [6] 4473/14 4473/19 4474/4 4474/9 4525/18 4525/23
interpretation [1] 4561/15
interruptions [1] 4532/5
intertwined [2] 4505/20 4558/14
introduce [7] 4468/9 4509/2 4510/6 4519/9 4522/12 4550/7 4568/22
introduced [1] 4519/14
introducing [1] 4522/22
introduction [1] 4522/8
inures [1] 4551/24
invalidate [1] 4510/22
investigation [2] 4526/6 4566/20
invoke [1] 4511/7
involved [2] 4519/1 4519/5
involving [1] 4479/25
iPhone [3] 4473/18 4474/8 4525/21
irrelevant [3] 4552/2 4564/2 4564/2
is [279]
is the [1] 4558/13
issue [22] 4480/23 4497/12 4505/4 4505/14 4505/20 4505/24 4507/12 4509/17 4514/22 4530/8 4531/3 4532/7 4548/9 4552/12 4554/12 4558/4 4560/6 4562/20 4569/12 4570/12 4572/5 4572/11
issued [2] 4568/17 4568/21
issues [10] 4475/6 4478/13 4501/3 4503/4 4512/4 4512/19 4528/19 4528/24 4547/17 4567/24
it [185]
it's [62] 4468/4 4472/15 4472/25 4473/7 4477/10 4481/6 4481/24 4481/25 4482/7 4482/14 4483/3 4483/8 4497/14 4501/15 4501/20 4506/12 4507/8 4507/16 4511/1 4520/9 4524/24 4525/13 4528/23 4532/21 4533/17 4533/21 4535/4 4535/4 4547/19 4549/21 4549/22 4549/22 4551/13 4551/18 4552/2 4552/13 4554/3 4554/22 4554/22 4555/14 4555/23 4556/20 4557/13 4559/3 4561/6 4561/15 4562/22 4563/11 4563/13 4564/1 4564/11 4564/25 4566/18 4567/2 4569/10 4569/12 4570/7 4570/23 4571/24 4573/14 4576/15 4577/2
its [9] 4472/4 4508/21 4510/25 4511/23 4519/24 4522/5 4522/14 4529/11 4572/21

# J

JACK [4] 4466/17 4468/15 4474/22 4518/3
Jackson [1] 4511/25
January [11] 4508/21 4509/8 4548/23 4558/9 4558/11 4558/19 4559/5 4559/16 4561/25 4562/3 4564/25
JASPER [5] 4466/19 4469/9 4475/1 4518/15 4572/11
job [2] 4530/13 4547/18
Joe [1] 4506/17
John [2] 4469/19 4518/24
Joseph [4] 4469/18 4517/11 4518/22 4531/13
judge [30] 4467/4 4467/8 4469/17 4483/25 4486/25 4490/24 4494/10 4494/22 4495/3 4499/3 4499/7 4501/10 4509/20 4515/23 4527/15 4546/22 4547/6 4547/8 4553/25 4555/5 4556/21 4564/17 4571/9 4571/25 4572/18 4573/23 4574/15 4574/16 4575/7 4575/10
Judge's [1] 4574/11
judges [1] 4524/3
judicial [2] 4524/21 4572/12
judicially [1] 4524/22
juries [1] 4563/2
juror [51] 4467/17 4467/25 4471/6 4472/12 4475/14 4475/17 4475/21 4477/6 4477/16 4477/24 4478/5 4478/8 4479/18 4479/22 4479/24 4480/4 4480/13 4480/16 4480/17 4480/20 4480/25 4482/25 4483/16 4483/16 4483/20 4484/2 4487/15 4487/15 4487/15 4487/17 4487/17 4487/17 4487/18 4489/11 4489/11 4494/15 4494/15 4494/15 4494/16 4497/17 4497/19 4502/9 4502/11 4513/23 4531/23 4546/21 4547/11 4548/2 4548/8 4548/11 4556/7
juror's [2] 4482/24 4561/12
jurors [58] 4467/12 4471/12 4471/21 4472/11 4473/13 4474/3 4475/5 4480/13 4482/17 4483/13 4483/24 4484/14 4484/19 4487/14 4487/19 4487/22 4489/16 4489/22 4491/12 4493/3 4493/6 4494/14 4494/17 4495/1 4495/21 4497/4 4497/9 4498/10 4499/19 4499/21 4499/24 4500/1 4500/4 4500/7 4502/1 4502/8 4503/15 4503/18 4512/21 4514/1 4514/7 4514/22 4514/25 4515/1 4521/11 4524/2 4525/16 4530/2 4530/4 4531/15 4531/21 4533/22 4534/3 4534/13 4551/20 4557/19 4558/17 4568/13
jurors' [1] 4471/24
jury [92] 4467/1 4467/9 4467/10 4467/14 4472/2 4472/6 4476/13 4477/20 4479/14 4485/1 4485/3 4485/13 4487/20 4489/14 4489/21 4489/25 4491/15 4493/5 4494/18 4495/1 4495/22 4497/6 4499/22 4500/1 4500/6 4500/8 4500/14 4500/16 4501/2 4501/2 4502/2 4502/7 4502/13 4502/14 4502/16 4502/18 4503/11 4503/12 4503/13 4503/14 4503/17 4503/20 4503/21 4504/2 4506/5 4506/21 4512/2 4512/16 4512/18 4512/19 4514/4 4514/12 4514/16 4515/15 4515/17 4516/1 4516/5 4516/7 4516/9 4516/11 4517/4 4517/17 4522/23 4530/4 4531/18 4532/1 4533/7 4533/24 4534/15 4534/17 4535/11 4535/12 4546/12 4550/10 4550/20 4550/24 4551/1 4554/5 4555/16 4561/22 4562/22 4563/13 4564/1 4568/11 4569/1 4569/2 4570/17 4570/18 4576/8 4576/10 4576/12 4576/14
jury's [1] 4512/16
just [75] 4472/13 4472/16 4473/23 4476/2 4479/6 4479/14 4481/23 4482/2 4482/7 4482/15 4483/23 4484/5 4484/9 4485/7 4485/8 4485/15 4486/25 4487/14 4487/21 4488/2 4489/11 4489/20 4490/6 4494/7 4494/22 4495/7 4495/21 4496/1 4497/16 4498/3 4505/25 4506/2 4506/20 4507/2 4509/20 4523/7 4532/21 4533/5 4533/10 4533/14 4533/21 4534/8 4535/4 4535/5 4548/23 4549/18 4549/19 4550/9 4551/5 4551/5 4551/17 4551/20 4552/10 4552/13 4553/5 4553/19 4555/1 4555/5 4555/6 4559/18 4560/6 4560/20 4561/15 4562/7 4563/9 4563/22 4567/1 4569/9 4570/12 4571/9 4571/16 4573/7 4573/15 4576/17 4576/25
justice [1] 4524/3
justification [1] 4509/6
justifies [1] 4508/24

# K

keep [6] 4503/22 4523/22 4530/7 4530/12 4531/3 4532/4
keeping [1] 4471/12
kept [1] 4550/22
key [1] 4530/12
kid [2] 4565/2 4569/15
kidney [1] 4479/1
kill [2] 4505/6 4561/14
killed [1] 4554/14
Kim [2] 4469/13 4518/19
kind [4] 4476/23 4526/23 4546/13 4562/23
knew [2] 4567/1 4571/11
know [49] 4478/16 4478/20 4479/6 4480/21

## K

know... [45] 4481/4 4482/5 4482/6 4482/13 4483/2 4483/16 4484/2 4485/13 4494/7 4494/7 4497/16 4505/23 4505/25 4513/18 4514/13 4514/19 4532/24 4533/12 4546/23 4546/25 4547/1 4547/17 4547/19 4548/10 4548/15 4550/19 4552/5 4552/16 4552/16 4556/22 4556/24 4557/23 4557/24 4557/25 4565/2 4565/5 4566/5 4567/2 4569/14 4569/17 4570/21 4573/7 4573/15 4573/21 4576/25
knowing [1] 4570/6
knowingly [3] 4470/16 4520/22 4520/24
knowledge [1] 4526/17
known [1] 4568/23
knows [10] 4531/19 4547/2 4556/5 4560/23 4561/7 4561/7 4562/4 4562/19 4562/19 4563/23

## L

ladies [3] 4467/7 4484/25 4502/6
large [1] 4546/9
last [16] 4476/4 4476/7 4478/13 4478/14 4478/23 4490/2 4502/8 4516/17 4516/20 4533/15 4534/5 4534/23 4550/19 4559/11 4559/11 4571/2
late [1] 4517/13
later [3] 4468/6 4508/16 4521/24
law [25] 4469/19 4470/9 4471/4 4472/5 4484/18 4487/13 4492/24 4493/7 4518/23 4521/16 4522/20 4523/14 4523/25 4524/6 4524/8 4524/9 4528/25 4530/10 4546/7 4548/15 4575/19 4575/24 4576/5 4576/18 4577/1
lawyer [6] 4519/10 4525/3 4525/6 4528/16 4528/16 4529/20
lawyers [9] 4471/21 4519/1 4519/4 4524/13 4528/15 4528/18 4529/18 4529/21 4533/21
lead [2] 4526/22 4527/13
learned [1] 4557/25
least [4] 4514/7 4517/10 4547/1 4575/13
leave [9] 4480/1 4533/4 4533/9 4533/9 4534/14 4552/17 4563/22 4570/1 4576/13
leaving [1] 4507/5
left [3] 4487/5 4495/21 4527/25
legal [3] 4470/3 4530/16 4530/19
legally [1] 4548/9
length [1] 4576/20
less [2] 4501/12 4575/10
let [21] 4468/9 4473/23 4482/1 4482/8 4482/8 4485/13 4485/15 4486/1 4494/7 4497/16 4499/15 4501/2 4513/18 4525/13 4532/7 4532/24 4548/10 4548/15 4555/3 4555/6 4556/16
let's [14] 4475/14 4479/19 4502/1 4504/1 4512/16 4512/20 4515/13 4532/18 4548/19 4552/5 4559/5 4570/1 4576/23 4576/23
letter [9] 4476/3 4510/3 4511/14 4548/22 4549/3 4549/5 4552/25 4565/18 4574/25
letterhead [4] 4482/12 4482/13 4484/3 4484/4
Levy [1] 4508/19
liability [3] 4510/24 4511/2 4561/4
lie [1] 4483/10
life [2] 4550/9 4558/1
like [17] 4471/18 4478/2 4480/13 4486/24 4514/17 4515/20 4517/21 4533/25 4535/6 4553/14 4553/19 4556/14 4558/15 4561/21 4569/9 4573/7 4573/20
likelihood [1] 4508/6
likely [2] 4471/17 4508/4
limine [1] 4568/20
limit [1] 4514/14
limited [1] 4531/23
limiting [2] 4506/20 4512/2
line [15] 4489/22 4509/22 4549/17 4553/4 4553/6 4553/10 4553/12 4553/13 4553/15 4553/22 4559/11 4560/10 4560/14 4563/18 4566/7
lines [11] 4505/18 4548/24 4551/19 4553/15 4556/21 4556/22 4560/7 4560/21 4563/19 4563/21 4565/1
LinkedIn [3] 4473/21 4474/11 4525/24
Lino [1] 4550/17
Lisa [1] 4466/22
list [3] 4508/19 4508/21 4509/3
listen [5] 4473/14 4474/4 4507/10 4507/18 4525/17
listing [1] 4469/23
literally [1] 4567/17
little [3] 4484/5 4485/5 4494/6
live [1] 4554/19
lived [1] 4548/8
lives [1] 4548/2
location [1] 4561/24
locations [1] 4526/7
long [11] 4476/14 4476/19 4480/15 4481/22 4501/7 4501/11 4501/13 4513/8 4513/8 4552/18 4575/22
longer [2] 4501/14 4552/24
look [3] 4503/4 4535/8 4566/10
looked [1] 4568/24
looking [1] 4527/4
lord [1] 4562/19
Loretta [1] 4466/14
lost [1] 4483/20
lot [3] 4479/6 4533/15 4552/8
loudspeakers [2] 4549/21 4549/23
Louie [2] 4562/7 4562/13
Louis [1] 4562/7
love [1] 4573/12
low [1] 4479/1
Lucy [3] 4469/13 4484/8 4518/19
lunch [9] 4501/4 4501/4 4502/15 4502/16 4502/19 4504/3 4516/24 4533/5 4534/17
Luncheon [1] 4504/10
Lynch [1] 4466/14

## M

ma'am [1] 4487/16
made [8] 4505/21 4507/1 4510/19 4510/20 4562/24 4564/2 4568/20 4568/20
magistrate [2] 4508/19 4508/20
mail [1] 4525/21
main [2] 4481/21 4558/11
maintain [1] 4521/14
maintenance [1] 4470/22
major [3] 4468/8 4516/23 4572/10
make [23] 4477/6 4484/5 4485/8 4485/25 4490/1 4490/6 4495/21 4496/1 4505/14 4505/15 4514/13 4519/3 4519/22 4522/2 4522/3 4522/5 4523/23 4527/11 4528/6 4533/1 4547/14 4552/21 4567/25
makes [5] 4511/9 4525/6 4527/7 4553/20 4557/7
making [3] 4519/22 4522/8 4522/22
Mancuso [5] 4510/7 4511/15 4511/17 4512/6 4512/9
Mancuso's [8] 4511/5 4511/15 4511/22 4512/3 4512/7 4512/8 4512/10 4512/14
Manhattan [1] 4548/3
manner [2] 4507/16 4552/13
many [3] 4513/25 4522/17 4534/5
March [1] 4566/17
Marshal [2] 4517/19 4517/20
Marshals [1] 4531/13
Massino [40] 4501/21 4501/22 4501/23 4506/18 4549/18 4550/6 4550/18 4553/16 4553/20 4554/4 4554/10 4554/12 4554/16 4554/20 4554/25 4555/5 4555/9 4555/11 4555/20 4556/9 4560/20 4561/1 4561/2 4561/3 4561/4 4561/17 4561/18 4561/25 4562/12 4562/14 4562/20 4563/4 4566/16 4572/9 4572/12 4573/1 4573/5 4573/7 4574/7 4576/1
Massino's [4] 4554/17 4554/21 4560/24 4563/6
materials [2] 4508/23 4509/8
math [1] 4515/11
matter [2] 4483/8 4529/23
matters [3] 4528/10 4532/2 4556/19
may [72] 4467/5 4470/19 4470/24 4471/22 4475/6 4475/11 4480/22 4480/25 4481/10 4484/21 4485/8 4495/20 4497/20 4503/12 4508/8 4511/11 4512/3 4512/7 4512/11 4514/16 4514/16 4514/24 4515/24 4516/4 4516/17 4516/20 4517/13 4519/3 4519/7 4519/13 4519/16 4519/22 4520/4 4520/6 4521/22 4521/22 4522/5 4522/15 4523/10 4524/9 4524/17 4524/19 4524/21 4524/22 4525/2 4525/4 4525/9 4526/1 4526/14 4526/22 4527/21 4528/5 4528/9 4528/14 4530/3 4530/5 4531/21 4531/22 4532/22 4533/8 4533/15 4534/3 4534/10 4548/9 4550/19 4552/10 4552/16 4553/24 4570/20 4571/22 4575/2 4576/20
maybe [1] 4475/9
me [48] 4468/9 4473/23 4482/1 4482/8 4482/8 4482/10 4483/19 4485/15 4486/1 4494/7 4497/16 4499/15 4505/23 4506/13 4513/18 4519/7 4519/9 4519/17 4525/13 4528/18 4532/7 4533/22 4534/24 4535/1 4546/25 4547/21 4548/10 4548/15 4549/5 4553/14 4555/3 4555/6 4555/7 4556/16 4557/2 4559/12 4559/22 4560/6 4560/24 4565/2 4565/7 4565/18 4565/18 4565/25 4567/10 4569/15 4569/19 4572/14
mean [15] 4475/11 4482/7 4482/10 4519/20 4551/8 4551/10 4554/7 4557/2 4557/7 4560/22 4561/17 4561/18 4568/24 4572/14 4574/5
meaning [5] 4500/16 4511/9 4511/17 4533/25 4555/21
means [6] 4482/14 4519/15 4519/17 4523/21 4531/19 4569/25
meant [2] 4516/14 4547/6
measure [1] 4482/5
measures [1] 4472/9
mechanical [1] 4466/24
mechanism [1] 4564/7
media [4] 4471/17 4471/19 4472/8 4531/17
medical [3] 4476/13 4477/3 4480/12
medication [1] 4477/5
medications [2] 4480/21 4481/3
meet [3] 4514/2 4514/7 4514/10
meeting [6] 4513/11 4514/1 4514/8 4514/11 4554/13 4555/13
member [2] 4470/12 4562/8
members [8] 4470/21 4471/20 4472/7 4489/21 4489/25 4515/17 4530/6 4561/21
men [1] 4566/9
mention [4] 4483/15 4534/8 4572/15 4572/17
mentioned [2] 4483/18 4555/11
mentioning [1] 4550/24
mentions [1] 4553/16
mere [1] 4557/16
MERKL [5] 4466/16 4468/11 4474/22

## M


MERKL... [2] 4505/4 4517/23
message [1] 4558/2
messages [1] 4525/22
messaging [2] 4473/18 4474/8
met [4] 4518/23 4521/12 4546/5 4573/4
method [1] 4525/7
methodically [1] 4485/4
Michael [2] 4510/6 4512/3
mid [1] 4468/4
mid-April [1] 4468/4
middle [1] 4563/6
might [8] 4472/4 4513/25 4527/3 4529/6 4529/24 4557/18 4558/3 4566/11
mind [9] 4475/10 4523/22 4523/23 4530/7 4530/12 4531/3 4533/18 4535/3 4570/7
mind-reader [1] 4570/7
minimizes [1] 4576/13
minimum [1] 4532/5
Mininni [1] 4468/21
minute [2] 4498/3 4573/10
minutes [8] 4482/2 4482/15 4495/20 4501/12 4502/21 4509/20 4552/7 4575/9
Miss [1] 4501/9
missed [2] 4565/20 4571/11
mitigation [1] 4509/16
mix [1] 4482/3
moment [6] 4485/8 4486/24 4486/25 4487/1 4533/9 4553/21
Monday [6] 4468/5 4513/3 4516/22 4517/5 4548/4 4548/5
Mondays [3] 4478/17 4514/14 4532/13
months [3] 4547/3 4547/5 4547/7
moot [1] 4510/8
more [14] 4473/25 4493/11 4495/7 4506/6 4509/4 4509/23 4514/17 4523/16 4534/25 4535/1 4563/10 4564/17 4564/18 4577/2
moreover [1] 4530/23
morning [30] 4467/7 4468/12 4468/14 4468/16 4468/18 4468/20 4468/22 4469/1 4469/4 4469/5 4469/8 4469/10 4469/12 4469/14 4474/24 4474/25 4475/3 4475/4 4475/19 4475/20 4478/6 4502/23 4516/19 4517/1 4535/10 4546/19 4566/1 4568/14 4575/8 4576/2
most [2] 4546/13 4562/6
mother [1] 4478/17
motion [16] 4505/22 4507/23 4508/18 4508/22 4509/9 4509/18 4510/8 4510/12 4512/14 4558/13 4567/9 4567/25 4571/19 4572/19 4573/12 4573/14
motions [2] 4507/4 4568/20
move [12] 4486/23 4502/25 4513/2 4513/12 4514/5 4514/17 4532/10 4533/15 4548/19 4567/22 4568/6 4571/12
moved [3] 4507/19 4509/24 4510/10
movies [1] 4552/6
moving [7] 4513/10 4513/22 4548/3 4548/4 4548/12 4548/14 4550/17
Mr [81] 4469/6 4475/2 4475/5 4492/24 4500/15 4501/21 4501/22 4501/23 4502/14 4502/17 4503/5 4506/16 4512/9 4517/2 4517/2 4518/12 4532/24 4534/10 4534/18 4550/6 4550/8 4550/25 4551/18 4552/13 4553/20 4553/21 4554/4 4554/9 4554/10 4554/11 4554/12 4554/14 4554/15 4554/16 4554/17 4554/20 4554/21 4554/23 4554/25 4556/12 4560/20 4560/23 4560/24 4560/25 4561/1 4561/1 4561/2 4561/3 4561/4 4561/17 4561/18 4561/25 4562/1 4562/1 4562/3 4563/4 4563/5 4565/8 4565/11 4565/18 4566/16 4567/20 4568/4 4569/5 4569/10 4569/13 4569/25 4571/14 4571/22 4572/3 4572/9 4572/13 4572/12 4573/1 4573/5 4573/7 4574/7 4574/25 4575/12 4576/1 4576/19
Ms [2] 4505/4 4575/8
much [9] 4479/13 4489/15 4493/5 4497/8 4503/17 4523/16 4552/20 4562/2 4575/3
murder [22] 4470/15 4471/3 4506/14 4506/19 4506/25 4510/1 4512/5 4520/16 4520/19 4549/17 4550/2 4550/21 4551/2 4551/2 4551/6 4551/10 4552/18 4554/16 4559/15 4561/2 4561/7 4562/1
murdering [2] 4520/16 4520/20
murders [3] 4562/14 4565/5 4569/17
must [22] 4470/4 4473/14 4474/4 4502/20 4519/22 4521/11 4521/12 4521/14 4523/14 4523/20 4523/21 4523/22 4523/23 4523/25 4525/10 4525/17 4526/1 4526/8 4529/17 4530/1 4530/10 4531/5
my [37] 4469/17 4469/18 4473/11 4474/1 4475/11 4476/4 4476/6 4478/10 4478/14 4478/17 4478/18 4478/20 4481/21 4483/5 4501/20 4502/19 4517/11 4518/22 4518/23 4525/14 4528/6 4528/12 4528/23 4531/13 4533/7 4533/19 4534/23 4547/1 4551/14 4553/14 4560/8 4564/12 4565/19 4568/25 4572/19 4572/21 4575/9
myself [3] 4515/25 4531/19 4532/19


## N


name [7] 4484/1 4484/2 4484/4 4484/9 4531/22 4562/18 4572/21
named [1] 4508/11
names [1] 4471/24
national [2] 4468/7 4516/23
nature [1] 4550/24
necessary [8] 4509/17 4516/19 4521/24 4528/14 4528/17 4531/16 4563/12 4567/22
need [26] 4474/18 4478/19 4480/22 4481/4 4494/6 4495/24 4496/1 4497/11 4498/3 4533/4 4533/14 4533/17 4534/19 4549/2 4551/4 4551/9 4554/21 4555/12 4555/12 4556/2 4556/20 4557/10 4565/14 4565/16 4568/12 4574/23
needed [2] 4533/24 4576/21
needless [2] 4509/12 4517/8
needs [7] 4473/7 4491/9 4502/15 4513/23 4533/12 4546/15 4547/12
nefarious [2] 4556/12 4562/23
negatively [1] 4547/24
negligent [1] 4509/14
neither [1] 4551/22
networking [3] 4473/20 4474/10 4525/24
never [7] 4522/20 4532/5 4555/11 4555/18 4567/6 4570/7 4573/4
new [12] 4466/1 4466/7 4466/15 4466/16 4466/23 4482/5 4513/2 4515/6 4515/9 4547/3 4547/18 4548/8
news [1] 4552/7
newspapers [1] 4547/4
next [24] 4467/19 4485/13 4489/23 4492/6 4496/6 4497/25 4498/14 4504/11 4513/11 4513/24 4514/11 4514/18 4532/16 4532/16 4532/18 4534/15 4535/13 4547/4 4548/3 4552/23 4563/21 4564/13 4564/16 4570/25
NGG [1] 4466/4
NICHOLAS [3] 4466/12 4467/8 4515/23
NICOLE [4] 4466/17 4468/13 4474/22 4517/25
night [3] 4478/14 4478/23 4547/19
nights [1] 4546/11
nine [4] 4549/10 4558/19 4559/23 4563/21
no [91] 4470/7 4472/7 4475/11 4475/13 4477/7 4477/7 4477/17 4477/18 4479/10 4479/11 4479/12 4479/21 4481/17 4482/12 4483/6 4483/10 4483/18 4483/18 4483/21 4484/8 4484/9 4487/9 4495/9 4495/9 4496/4 4497/11 4497/19 4500/22 4500/25 4503/22 4503/24 4503/25 4504/6 4504/7 4505/14 4506/12 4509/6 4513/19 4519/2 4527/7 4528/5 4529/23 4533/24 4534/7 4534/21 4534/22 4534/22 4534/22 4534/24 4547/25 4548/1 4549/2 4554/5 4554/24 4555/1 4555/6 4557/7 4558/3 4558/6 4558/6 4559/16 4561/11 4561/12 4562/11 4563/6 4563/6 4563/6 4563/6 4563/6 4564/3 4565/10 4565/23 4566/2 4566/21 4567/3 4567/20 4568/13 4570/6 4571/1 4571/4 4571/7 4571/16 4572/10 4573/6 4574/7 4574/8 4574/23 4575/6 4575/7 4577/4 4577/6
nobody [5] 4531/19 4560/23 4562/4 4563/14 4563/23
Nods [5] 4480/6 4480/8 4496/3 4513/5 4575/4
noise [1] 4528/20
none [1] 4528/1
nonexistent [1] 4576/6
nonguilt [1] 4516/6
nonparticipation [1] 4512/12
nontestifying [1] 4509/25
normally [1] 4576/16
not [158]
note [9] 4475/7 4475/15 4476/8 4476/12 4480/12 4480/19 4481/11 4495/21 4569/10
noted [4] 4482/16 4483/22 4500/18 4505/2
notepads [2] 4534/11 4534/14
notes [2] 4534/10 4534/12
nothing [2] 4516/14 4533/20
notice [6] 4518/25 4524/22 4565/10 4568/5 4568/18 4568/18
noticed [1] 4524/23
notified [1] 4564/19
notify [1] 4510/10
notion [1] 4565/9
November [2] 4551/1 4554/13
now [35] 4472/15 4473/10 4473/23 4476/12 4477/11 4478/21 4479/7 4481/25 4482/18 4483/4 4484/14 4487/19 4490/10 4494/6 4495/23 4497/20 4503/19 4514/10 4517/21 4519/21 4520/13 4521/22 4522/1 4523/16 4528/20 4532/7 4533/3 4534/1 4548/2 4548/19 4552/8 4555/19 4560/6 4562/19 4575/8
number [38] 4467/20 4467/25 4468/1 4475/21 4476/16 4477/3 4478/8 4479/20 4481/4 4483/1 4485/7 4485/15 4487/15 4487/15 4487/17 4487/17 4487/17 4487/18 4489/10 4489/11 4489/11 4492/25 4494/15 4494/15 4494/15 4494/16 4497/17 4511/10 4517/3 4518/25 4519/4 4531/23 4546/5 4546/6 4546/8 4548/2 4548/11 4550/22
numbers [7] 4474/18 4485/7 4485/15 4514/24 4515/6 4515/7 4515/9
numerous [1] 4534/7
Nunez [3] 4506/16 4550/8 4570/20
Nunez's [1] 4550/8
Nyetta [2] 4477/12 4477/14


## O


oath [2] 4472/12 4472/16
object [2] 4525/4 4566/4
objected [1] 4548/22
objected-to [1] 4548/22
objecting [1] 4569/13
objection [23] 4479/21 4481/6 4481/17 4483/4 4487/8 4496/1 4500/18 4500/25

## O


objection... [15] 4503/23 4506/11 4507/1 4513/19 4514/1 4519/13 4519/15 4519/17 4525/7 4525/11 4549/16 4553/1 4553/15 4556/8 4566/3
objections [8] 4486/2 4500/6 4500/23 4525/2 4525/6 4525/9 4564/14 4567/24
objects [2] 4548/10 4550/1
obligated [2] 4522/16 4535/4
obligation [5] 4470/7 4519/25 4520/1 4522/16 4534/24
observation [1] 4526/20
obtaining [1] 4520/7
obvious [1] 4556/11
obviously [7] 4481/7 4481/19 4490/1 4532/12 4570/7 4571/19 4572/16
occasion [1] 4475/11
occur [1] 4467/15
occurred [1] 4554/13
off [11] 4482/21 4485/6 4490/4 4497/3 4513/24 4563/5 4565/4 4565/9 4566/17 4569/11 4569/16
offenses [2] 4469/22 4522/18
offered [2] 4480/14 4511/1
office [2] 4472/19 4476/15
officer [2] 4572/12 4573/13
officers [1] 4501/21
often [1] 4476/25
oh [9] 4534/23 4549/6 4553/12 4558/22 4559/18 4559/18 4566/8 4572/14 4575/11
okay [36] 4477/19 4479/9 4482/17 4483/13 4486/6 4486/7 4486/13 4487/10 4488/2 4488/15 4489/4 4489/6 4489/7 4489/20 4491/9 4492/22 4494/6 4494/9 4494/23 4495/6 4495/12 4496/4 4504/1 4506/7 4506/11 4507/19 4548/2 4549/6 4549/14 4553/8 4559/4 4559/4 4560/2 4563/22 4574/12 4575/11
old [1] 4515/6
once [4] 4484/20 4547/2 4555/12 4572/6
one [55] 4473/25 4477/25 4479/20 4480/4 4482/2 4483/18 4487/1 4489/20 4490/2 4495/7 4495/10 4495/11 4498/3 4500/7 4506/13 4507/6 4507/9 4509/23 4511/1 4512/4 4512/25 4513/12 4515/8 4516/24 4519/13 4520/14 4520/14 4520/24 4527/2 4529/18 4529/22 4531/13 4532/3 4533/8 4534/23 4547/17 4547/23 4548/17 4549/2 4549/15 4550/21 4554/13 4555/1 4555/11 4558/8 4558/22 4559/8 4563/9 4563/24 4564/17 4564/18 4570/20 4571/9 4571/16 4572/5
ones [2] 4512/22 4523/16
ongoing [1] 4470/22
only [25] 4471/15 4489/21 4510/6 4510/20 4512/4 4512/15 4516/8 4516/13 4521/18 4524/7 4525/7 4529/2 4529/13 4530/4 4530/4 4531/8 4531/22 4532/13 4534/11 4555/12 4556/4 4557/19 4560/25 4561/6 4563/11
op [1] 4513/2
open [19] 4467/1 4487/12 4497/1 4499/18 4502/5 4514/23 4523/22 4530/7 4531/3 4546/3 4549/25 4554/1 4556/17 4560/18 4563/15 4566/4 4571/15 4571/17 4572/10
opening [17] 4501/6 4501/7 4501/11 4501/13 4501/17 4502/22 4508/14 4516/18 4522/3 4522/3 4522/5 4522/6 4522/7 4522/8 4522/11 4523/7 4535/9
openings [1] 4576/21
operates [1] 4507/17
operation [1] 4470/23
opinion [2] 4528/7 4528/12
opinions [1] 4472/3
opportunity [7] 4514/17 4522/2 4523/3 4554/11 4568/6 4569/4 4576/14
opposing [1] 4571/19
opposition [1] 4558/12
option [1] 4516/3
orally [1] 4523/13
order [13] 4467/24 4471/23 4485/9 4502/10 4502/15 4507/3 4508/22 4508/23 4509/8 4550/22 4550/23 4567/4 4568/21
ordered [2] 4529/21 4534/2
organized [7] 4470/12 4470/13 4470/15 4470/22 4470/23 4471/3 4471/19
original [2] 4480/23 4558/12
originally [1] 4514/2
other [51] 4471/11 4471/21 4473/13 4473/20 4474/3 4474/10 4477/25 4480/13 4480/21 4481/3 4482/3 4485/11 4486/3 4489/5 4500/21 4500/22 4501/25 4506/25 4507/22 4507/25 4508/1 4510/7 4510/9 4512/9 4513/3 4513/23 4517/3 4519/14 4523/1 4523/25 4524/6 4524/7 4525/16 4525/23 4526/21 4527/2 4529/22 4531/10 4531/15 4532/3 4533/3 4534/13 4534/21 4546/17 4549/3 4554/10 4554/24 4562/4 4564/5 4567/2 4572/5
others [5] 4519/1 4519/4 4520/15 4520/19 4528/18
otherwise [2] 4551/20 4568/13
ought [1] 4475/9
our [17] 4467/9 4470/3 4475/25 4478/2 4480/9 4480/11 4490/5 4499/4 4500/9 4503/20 4507/4 4524/3 4528/23 4548/6 4567/12 4569/5 4573/14
ourselves [1] 4514/14
out [37] 4467/15 4472/18 4473/4 4482/14 4483/21 4484/15 4495/10 4502/18 4504/3 4505/17 4507/5 4508/5 4509/8 4513/8 4513/16 4515/4 4515/5 4527/4 4533/11 4533/19 4550/22 4552/17 4555/19 4555/23 4555/24 4556/20 4557/19 4558/16 4558/16 4563/18 4563/20 4565/16 4565/22 4567/5 4568/22 4570/24 4572/6
outside [8] 4467/1 4473/15 4474/5 4489/24 4525/19 4526/2 4526/19 4527/4
over [17] 4467/18 4469/20 4469/20 4478/25 4487/16 4499/4 4502/17 4514/18 4515/24 4532/7 4547/4 4549/21 4554/24 4556/6 4556/7 4556/7 4567/15
overheard [1] 4555/22
overrule [1] 4519/17
own [1] 4547/20


## P


p.m [7] 4467/22 4468/6 4483/22 4505/2 4516/23 4516/25 4546/18
page [28] 4471/14 4471/15 4496/6 4504/11 4506/12 4506/13 4535/13 4549/15 4552/24 4553/1 4553/4 4553/12 4553/13 4555/4 4555/5 4555/25 4559/11 4559/11 4560/10 4560/16 4560/21 4563/5 4563/18 4563/19 4563/21 4564/25 4567/11 4567/17
pain [9] 4476/24 4476/25 4480/21 4481/2 4481/3 4482/4 4482/6 4483/1 4483/4
pain-relieving [1] 4481/3
paragraph [1] 4550/13
paragraphs [1] 4551/20
paralegal [4] 4468/24 4469/13 4518/19 4565/20
paralegal's [1] 4571/5
parameters [1] 4507/3
part [4] 4519/21 4532/12 4552/12 4557/12
parte [2] 4508/18 4508/20
partial [1] 4505/21
partially [2] 4517/17
participants [1] 4471/22
participated [1] 4512/6
participation [2] 4474/13 4512/12
particular [10] 4473/2 4480/13 4480/17 4507/6 4511/24 4519/20 4519/21 4550/18 4550/19 4562/6
particularly [1] 4562/5
parties [26] 4467/2 4467/5 4468/9 4472/21 4473/3 4474/13 4479/25 4484/21 4486/1 4487/23 4489/17 4491/18 4491/20 4502/23 4517/21 4519/2 4519/12 4522/2 4523/2 4523/9 4523/13 4525/2 4529/16 4532/20 4535/8 4554/4
party [4] 4519/13 4519/14 4522/8 4525/6
pass [1] 4548/24
passage [2] 4567/19 4569/13
passing [3] 4554/5 4555/1 4561/10
paste [1] 4570/10
patience [2] 4473/4 4485/2
patient [6] 4476/12 4476/13 4484/9 4484/9 4529/1 4532/6
Pause [10] 4489/9 4491/17 4493/8 4494/13 4494/20 4498/5 4498/7 4499/6 4512/17 4515/14
pecuniary [1] 4510/21
penalty [15] 4471/2 4509/3 4509/12 4509/18 4516/2 4516/3 4516/6 4516/7 4516/12 4516/13 4516/16 4516/19 4521/23 4521/24 4547/12
pending [1] 4506/22
people [4] 4491/14 4498/15 4527/1 4554/7
peremptory [2] 4486/9 4500/9
perform [1] 4524/4
perhaps [3] 4480/17 4513/11 4555/21
period [1] 4480/15
periodically [1] 4480/20
periods [2] 4476/14 4533/13
permission [2] 4481/20 4561/14
permit [2] 4507/20 4531/10
permitted [1] 4508/12
permitting [1] 4519/17
person [9] 4510/19 4510/20 4513/12 4513/15 4513/22 4526/17 4531/10 4533/8 4560/25
personal [3] 4471/22 4478/12 4534/12
personnel [1] 4471/16
perspective [1] 4557/19
Peruses [2] 4476/11 4549/12
petit [2] 4500/8 4500/14
phase [21] 4509/3 4509/12 4509/18 4510/9 4516/4 4516/6 4516/8 4516/13 4516/17 4516/19 4516/20 4521/23 4521/23 4521/24 4521/25 4522/1 4529/4 4529/8 4529/10 4555/23 4555/24
phases [1] 4521/23
phone [7] 4466/24 4467/20 4473/17 4474/7 4483/12 4525/21 4547/14
phones [1] 4549/22
phrase [1] 4552/18
physical [4] 4475/24 4477/3 4482/25 4483/7
physician [1] 4482/24
pick [1] 4478/18
piece [2] 4523/24 4562/6
pieces [1] 4552/6
Pizzola [1] 4470/15
Pizzolo [6] 4510/1 4512/5 4520/17 4520/20 4554/14 4562/1
Pizzolo's [1] 4510/2
place [9] 4485/9 4493/1 4494/15 4497/4 4497/16 4499/20 4516/18 4516/22 4520/11
placed [1] 4484/20
places [2] 4471/25 4562/4

P

plan [5] 4517/12 4550/5 4550/7 4555/18 4561/17
planned [1] 4554/16
planning [3] 4574/14 4574/16 4575/13
plans [3] 4510/9 4517/3 4560/20
play [8] 4505/12 4505/24 4553/10 4556/14 4560/12 4563/9 4564/5 4576/25
played [7] 4549/25 4554/1 4556/17 4560/18 4562/7 4563/15 4564/23
playing [1] 4549/21
Plaza [2] 4466/15 4466/23
plea [9] 4510/6 4511/5 4511/18 4511/22 4512/3 4512/7 4512/10 4512/15 4566/11
pleaded [3] 4470/1 4521/7 4530/20
please [46] 4467/6 4467/13 4473/16 4474/6 4475/18 4476/2 4476/15 4478/6 4479/19 4483/23 4484/20 4485/12 4485/25 4487/15 4487/20 4489/11 4491/12 4491/15 4493/1 4493/3 4494/14 4494/17 4497/3 4497/4 4497/6 4499/19 4499/21 4503/7 4503/10 4503/16 4512/2 4512/20 4515/16 4517/14 4525/20 4529/1 4529/20 4530/12 4530/18 4531/12 4531/17 4531/20 4531/24 4532/6 4533/1 4534/14
plethora [1] 4550/15
plot [2] 4561/5 4562/23
plot's [1] 4561/7
Plus [1] 4478/17
point [11] 4479/5 4485/11 4486/2 4504/5 4513/6 4513/7 4534/23 4554/19 4557/14 4558/4 4564/9
police [1] 4501/21
portion [4] 4548/22 4552/1 4552/24 4558/10
posed [1] 4557/22
position [6] 4500/15 4505/11 4510/8 4510/19 4554/18 4561/8
possess [1] 4520/25
possessing [1] 4470/16
possession [1] 4566/6
possibilities [1] 4563/24
possibility [4] 4558/1 4564/5 4571/24 4573/24
possible [6] 4467/16 4501/5 4502/25 4516/12 4532/21 4552/17
possibly [1] 4571/19
post [1] 4476/14
potential [3] 4481/5 4509/3 4561/4
potentially [2] 4480/24 4516/6
powerful [1] 4481/3
practical [1] 4546/23
practice [2] 4471/11 4535/5
precise [1] 4553/21
preclude [6] 4505/22 4509/24 4510/10 4567/9 4568/7 4571/12
precluding [1] 4550/24
prefer [1] 4552/20
pregnant [2] 4565/6 4569/18
prejudice [6] 4508/6 4528/15 4551/24 4555/1 4555/22 4571/19
prejudiced [3] 4525/5 4555/25 4569/6
prejudicial [4] 4508/4 4556/12 4562/6 4565/8
preliminary [4] 4548/6 4566/23 4566/25 4567/19
prepare [1] 4572/2
prepared [5] 4473/3 4505/8 4505/12 4531/8 4568/14
presence [2] 4467/1 4531/11
present [9] 4470/4 4470/19 4470/24 4475/2 4513/16 4522/15 4523/3 4523/8 4525/2
presented [3] 4471/8 4472/5 4522/14
preserve [1] 4496/1
president [1] 4547/15
presiding [2] 4469/17 4515/24
presumably [1] 4501/23
presume [1] 4521/13
presumed [3] 4471/5 4522/23 4530/21
presumes [1] 4470/9
presumption [1] 4521/14
pretrial [2] 4508/22 4509/8
pretty [1] 4562/2
preventing [1] 4475/6
previous [3] 4509/4 4509/7 4509/9
Primary [1] 4551/14
principle [1] 4530/12
prior [7] 4500/12 4506/23 4550/22 4562/25 4566/8 4568/7 4573/14
privacy [1] 4472/10
privately [1] 4528/18
privilege [2] 4511/8 4511/16
probably [2] 4479/5 4570/20
probative [2] 4508/5 4557/13
problem [23] 4475/13 4475/24 4477/5 4477/8 4479/2 4481/24 4481/25 4482/7 4493/13 4496/4 4506/24 4533/16 4547/13 4550/14 4555/15 4559/11 4563/16 4565/13 4566/5 4569/5 4570/13 4570/15 4570/16
problematic [2] 4480/25 4506/3
problems [7] 4475/8 4477/4 4480/24 4514/22 4515/2 4515/3 4551/4
procedural [1] 4528/19
proceed [5] 4482/2 4516/4 4516/13 4521/22 4550/10
proceedings [16] 4466/24 4489/9 4491/17 4493/8 4494/13 4494/20 4498/5 4498/7 4499/6 4508/20 4512/17 4515/14 4515/21 4519/6 4536/1 4548/14
process [7] 4467/9 4467/14 4472/18 4485/4 4500/17 4515/22 4576/7
procured [1] 4550/23
produce [4] 4470/7 4520/1 4522/9 4530/22
produced [1] 4466/25
producing [1] 4522/21
projects [1] 4546/17
proof [5] 4470/3 4470/4 4519/24 4519/25 4520/1
proper [1] 4525/7
properly [4] 4508/15 4525/4 4555/17 4568/13
propose [5] 4501/1 4503/19 4513/14 4514/4 4553/4
proprietary [1] 4510/21
prosecution [7] 4470/3 4509/14 4519/11 4520/4 4520/9 4521/19 4573/23
prosecutor [25] 4505/13 4505/15 4505/24 4506/2 4550/23 4553/16 4554/6 4555/2 4555/15 4555/19 4555/20 4556/4 4556/6 4557/1 4557/15 4558/4 4558/13 4558/15 4561/9 4561/12 4561/15 4562/22 4563/7 4563/18 4563/20
prosecutors [2] 4554/7 4561/20
Prospective [4] 4497/9 4499/24 4500/1 4503/18
protect [1] 4472/10
prove [4] 4507/13 4509/12 4522/18 4569/22
proved [1] 4471/8
proven [1] 4516/9
provide [12] 4471/13 4472/25 4473/1 4481/20 4503/3 4512/1 4531/20 4561/8 4564/6 4566/11 4568/18 4570/3
provided [7] 4471/15 4502/16 4511/14 4566/14 4566/18 4568/5 4568/17
providing [2] 4550/9 4561/3
proving [6] 4519/25 4521/9 4521/20 4529/11 4530/24 4567/20
prying [1] 4472/3
public [2] 4471/20 4472/7
pull [1] 4478/24
purpose [5] 4506/23 4524/2 4528/10 4532/9 4556/1
pursuant [1] 4507/4
put [5] 4482/3 4495/23 4557/11 4568/23 4571/16
putting [4] 4565/6 4568/25 4569/1 4569/19

Q

qualified [1] 4556/7
Queens [1] 4548/3
question [15] 4473/2 4473/6 4477/3 4481/21 4484/1 4516/8 4535/3 4548/19 4555/17 4557/17 4557/18 4557/24 4564/3 4566/19 4574/20
questioned [2] 4528/13 4548/7
questioning [2] 4467/24 4507/24
questionnaire [10] 4467/16 4467/21 4468/1 4471/15 4472/17 4472/19 4477/2 4480/20 4513/8 4557/17
questionnaires [1] 4473/5
questions [25] 4467/19 4472/17 4472/18 4472/22 4472/23 4473/2 4473/8 4473/9 4476/15 4477/15 4479/9 4508/9 4523/23 4524/12 4524/14 4524/14 4528/9 4528/25 4530/14 4530/16 4530/19 4554/25 4557/21 4569/3 4576/16
quick [1] 4486/25
quickly [5] 4501/4 4514/17 4551/18 4552/10 4552/11
quite [5] 4481/6 4494/24 4555/17 4561/23 4565/8
quote [13] 4509/12 4509/14 4509/15 4509/16 4510/17 4510/18 4510/18 4511/3 4511/6 4511/10 4511/19 4511/19 4512/2
quoting [1] 4555/5

R

racketeering [2] 4520/16 4520/20
rain [2] 4526/20 4527/6
raincoat [1] 4527/2
rained [1] 4527/5
raining [1] 4526/20
raise [7] 4503/9 4505/4 4514/22 4519/13 4533/6 4554/15 4572/6
raised [1] 4514/1
raises [1] 4556/19
Randall [4] 4470/15 4510/1 4510/2 4512/5
Randolph [2] 4520/16 4520/20
Randy [7] 4555/11 4558/14 4560/23 4561/7 4562/22 4563/20 4563/23
Randy's [1] 4561/5
range [1] 4508/9
rather [3] 4550/9 4570/16 4570/17
RCC [1] 4511/11
reach [4] 4500/14 4521/18 4527/12 4531/9
reaching [2] 4531/6 4531/6
read [15] 4472/16 4472/22 4473/8 4473/14 4473/23 4473/25 4474/4 4482/9 4484/1 4485/15 4525/17 4526/2 4529/9 4564/22 4569/8
reader [1] 4570/7
reads [1] 4547/4
ready [18] 4484/16 4484/17 4486/3 4486/4 4486/5 4487/23 4489/17 4491/18 4494/8 4494/21 4494/24 4497/24 4499/7 4501/19 4504/2 4509/19 4512/16 4515/13
reaffirming [1] 4554/11
real [1] 4483/3
realized [1] 4533/24

**R**

really [8] 4473/7 4473/24 4478/19 4481/14 4503/1 4550/14 4551/9 4554/22
reason [9] 4483/10 4502/9 4503/22 4509/4 4514/4 4533/4 4556/4 4558/3 4565/15
reasonable [12] 4470/4 4471/9 4510/19 4516/10 4520/2 4521/10 4521/21 4522/19 4527/23 4529/12 4531/1 4557/20
reasons [3] 4508/12 4513/9 4513/24
recall [1] 4521/22
Reccoppa [13] 4469/18 4475/5 4502/14 4502/17 4503/5 4517/2 4517/3 4517/11 4518/22 4531/14 4532/24 4534/10 4534/18
receive [5] 4467/24 4471/17 4508/10 4529/7 4531/18
received [14] 4507/22 4508/1 4508/11 4508/13 4519/19 4522/25 4523/15 4524/12 4525/5 4526/9 4530/9 4530/17 4530/18 4531/4
recess [7] 4468/7 4474/16 4482/16 4483/22 4501/6 4504/1 4504/10
recognize [1] 4517/4
recollection [2] 4573/11 4573/14
reconsideration [1] 4508/25
reconvene [1] 4504/2
record [7] 4482/21 4484/24 4496/1 4500/19 4505/3 4564/23 4571/16
recorded [1] 4466/24
recording [1] 4506/16
recordings [1] 4548/20
redact [7] 4551/6 4551/6 4551/19 4551/19 4556/23 4566/3 4566/4
redact redact [1] 4551/6
redacted [2] 4551/21 4564/6
redacting [2] 4506/1 4570/2
redaction [1] 4505/5
redistributed [1] 4534/15
reemphasize [1] 4558/4
refer [5] 4515/24 4519/9 4519/25 4520/4 4520/6
reference [17] 4500/12 4505/14 4506/14 4506/15 4506/24 4507/3 4508/12 4550/7 4550/12 4553/15 4554/6 4555/1 4556/3 4558/7 4558/15 4561/9 4561/13
referenced [1] 4506/16
references [5] 4505/5 4505/13 4506/13 4561/17 4561/18
referring [4] 4555/15 4556/11 4562/12 4562/12
refers [1] 4555/20
regard [15] 4498/9 4505/24 4506/19 4512/14 4513/10 4548/21 4554/2 4560/5 4560/19 4561/4 4561/9 4567/18 4568/10 4571/13 4575/1
regarding [8] 4470/22 4506/14 4509/7 4524/18 4530/10 4531/3 4550/8 4557/18
regards [1] 4506/11
reintroduce [1] 4517/21
relation [1] 4520/23
relatively [1] 4547/18
release [1] 4558/2
relevance [3] 4519/2 4550/19 4550/20
relevant [1] 4505/19
relieving [1] 4481/3
religious [3] 4468/8 4513/24 4516/24
remain [2] 4467/6 4471/25
remark [1] 4528/5
remarks [1] 4574/23
remaster [1] 4570/10
remedied [1] 4480/16
remember [6] 4467/25 4471/4 4514/2 4515/8 4527/21 4531/17
remind [3] 4521/3 4526/12 4547/9
remove [1] 4532/19
renew [1] 4500/13
renewed [2] 4508/18 4509/1
reoccurrence [1] 4483/1
replace [1] 4502/10
replacement [2] 4476/14 4476/17
report [2] 4531/12 4531/25
Reported [1] 4466/22
reporter [3] 4513/16 4573/4 4573/5
reports [1] 4472/8
representation [1] 4519/1
representatives [1] 4472/19
represented [3] 4468/10 4510/5 4517/22
representing [3] 4466/14 4466/19 4511/15
represents [2] 4473/1 4525/7
request [5] 4472/21 4509/1 4514/24 4568/3 4573/3
requested [2] 4556/6 4557/16
requesting [2] 4525/8 4566/16
required [5] 4467/23 4523/18 4530/22 4532/1 4532/2
requires [1] 4472/13
research [5] 4473/15 4474/5 4525/18 4526/5 4548/10
resolve [1] 4568/12
resolved [2] 4497/14 4528/25
respect [2] 4500/9 4500/12
respectfully [1] 4500/11
respecting [1] 4475/6
respiratory [1] 4478/25
respond [1] 4510/11
response [2] 4505/21 4510/5
responses [1] 4473/6
responsibilities [1] 4472/11
responsibility [3] 4474/14 4530/24 4532/12
rest [2] 4533/10 4557/9
result [1] 4507/22
resume [1] 4501/5
resumes [1] 4467/4
rethought [1] 4573/19
retire [5] 4501/2 4502/2 4502/14 4503/13 4523/17
return [2] 4467/18 4467/23
review [4] 4489/5 4505/13 4517/14 4548/6
reviewed [2] 4508/17 4521/15
revisit [1] 4509/7
revisited [1] 4573/19
rhetorically [1] 4556/11
RICHARD [4] 4466/19 4469/9 4475/1 4518/15
right [91] 4467/13 4474/20 4475/4 4475/10 4475/19 4475/21 4479/7 4479/16 4479/19 4479/24 4480/2 4482/23 4484/12 4484/24 4486/1 4486/17 4487/2 4487/14 4487/17 4487/19 4489/3 4489/4 4489/10 4489/13 4491/14 4492/16 4492/18 4492/25 4493/10 4493/14 4494/1 4494/3 4494/17 4494/25 4495/14 4495/24 4497/13 4497/17 4497/17 4497/24 4498/4 4498/6 4499/1 4499/4 4499/10 4499/12 4499/15 4499/19 4499/21 4500/4 4500/18 4501/1 4501/17 4501/18 4501/25 4502/23 4503/7 4503/9 4503/12 4503/19 4504/8 4505/3 4507/18 4515/6 4515/10 4515/13 4546/5 4546/8 4548/21 4550/17 4552/22 4553/18 4555/9 4555/10 4555/10 4555/10 4556/18 4559/2 4559/7 4559/25 4560/12 4560/17 4562/24 4563/1 4564/16 4571/8 4574/19 4574/24 4575/3 4575/8 4577/7
rights [1] 4472/10
rise [6] 4467/3 4474/15 4482/22 4494/14 4503/7 4535/11
RMR [1] 4466/22
robe [4] 4534/23 4534/24 4535/2 4535/4
Robert [1] 4468/19
robing [2] 4481/15 4513/16
role [1] 4512/8
room [22] 4473/20 4474/9 4481/15 4501/2 4502/2 4502/14 4502/16 4502/18 4503/13 4513/16 4525/23 4530/4 4531/19 4532/2 4533/4 4533/9 4533/9 4533/11 4534/15 4534/18 4555/16 4570/19
round [13] 4486/6 4486/8 4486/23 4487/7 4488/3 4488/22 4490/10 4491/20 4493/14 4495/1 4495/15 4497/25 4498/16
routinely [1] 4471/23
row [3] 4480/16 4502/8 4533/16
rows [1] 4502/7
rude [1] 4529/20
rule [14] 4508/7 4508/14 4509/10 4510/13 4510/15 4510/16 4511/3 4511/3 4511/6 4511/9 4511/18 4511/20 4534/8 4550/15
ruled [3] 4552/1 4555/23 4572/6
rules [2] 4534/4 4568/14
ruling [7] 4506/15 4509/4 4525/8 4528/5 4557/12 4561/19 4564/12
rulings [2] 4509/7 4509/9

**S**

sage [1] 4567/17
said [22] 4481/11 4481/19 4483/2 4484/8 4512/25 4514/2 4514/15 4516/14 4522/6 4523/6 4523/7 4524/16 4527/18 4527/20 4546/20 4546/25 4547/5 4557/2 4571/15 4573/7 4573/23 4575/9
Sal [1] 4562/13
Salvador [1] 4511/12
Salvatore [2] 4507/21 4562/13
Samantha [1] 4468/24
same [6] 4508/12 4508/23 4513/21 4556/1 4556/1 4570/4
Sammy [1] 4507/21
Santoro [1] 4551/13
save [1] 4553/24
saw [4] 4476/4 4476/6 4526/19 4554/10
say [12] 4514/4 4517/8 4519/19 4547/7 4547/11 4547/20 4551/25 4555/6 4565/14 4568/24 4569/4 4575/10
saying [9] 4519/10 4533/20 4547/21 4565/4 4568/25 4569/11 4569/16 4569/20 4570/18
says [11] 4476/12 4483/9 4528/2 4552/16 4553/21 4555/5 4556/9 4562/22 4563/6 4569/11 4575/17
schedule [8] 4503/2 4503/3 4513/13 4517/12 4517/15 4517/16 4532/7 4576/17
scheduled [1] 4468/3
Schmid [1] 4466/22
SDNY [1] 4511/11
seal [2] 4510/4 4536/1
seat [3] 4475/16 4481/1 4499/15
seated [18] 4467/5 4467/13 4468/23 4468/24 4469/15 4475/18 4478/6 4479/19 4483/23 4484/20 4484/21 4485/8 4497/20 4502/10 4503/15 4515/16 4518/19 4546/2
seating [1] 4500/6
second [21] 4467/17 4486/17 4486/23 4488/2 4488/13 4488/22 4489/1 4490/22 4491/6 4492/19 4493/21 4494/2 4495/11 4498/3 4511/12 4511/13 4511/21 4511/21 4512/1 4522/11 4552/24
secret [1] 4523/18
section [2] 4561/16 4567/21
see [28] 4475/5 4479/8 4503/22 4504/8 4506/24 4511/25 4514/8 4514/20 4527/1 4529/18 4533/1 4533/7 4534/8 4534/25

## S


see... [14] 4552/19 4555/6 4555/7 4556/25 4557/8 4566/5 4568/25 4570/14 4570/15 4573/22 4576/14 4576/23 4576/23 4577/7
seeing [1] 4477/11
seek [8] 4471/22 4473/15 4474/5 4516/2 4525/19 4554/17 4554/21 4561/14
seeking [1] 4471/2
seem [1] 4481/25
seems [3] 4480/24 4483/3 4532/15
seen [3] 4526/19 4527/19 4527/20
sees [1] 4570/16
selected [3] 4471/6 4472/12 4503/20
selecting [1] 4467/9
selection [6] 4467/14 4485/1 4485/3 4489/25 4495/1 4516/1
self [1] 4511/25
self-inculpatory [1] 4511/25
send [1] 4482/25
sense [6] 4487/5 4490/1 4506/1 4521/5 4527/13 4557/8
sensible [1] 4576/20
sent [1] 4574/25
sentence [3] 4529/6 4529/15 4558/1
sentences [2] 4507/21 4508/13
sentencing [1] 4572/18
sequestered [1] 4517/17
series [1] 4562/14
serious [4] 4481/6 4546/13 4546/21 4576/19
serve [4] 4467/10 4477/6 4522/7 4535/7
service [1] 4467/16
serving [2] 4475/6 4558/1
session [1] 4505/1
set [4] 4503/2 4509/8 4510/2 4575/9
seven [1] 4563/21
Seventy [1] 4497/18
Seventy-eight [1] 4497/18
several [5] 4467/19 4513/11 4526/11 4526/24 4526/24
shades [1] 4526/25
shadow [3] 4573/25 4574/2 4574/3
Shakes [1] 4547/24
shaking [1] 4527/2
shall [1] 4510/10
share [2] 4513/17 4547/22
shared [1] 4534/13
sharing [1] 4574/4
she [29] 4475/8 4478/18 4512/25 4513/1 4513/16 4525/4 4525/7 4529/19 4546/11 4546/12 4546/15 4546/16 4546/20 4546/25 4546/25 4547/2 4547/12 4547/18 4547/19 4548/3 4548/7 4548/7 4548/7 4548/8 4548/12 4548/12 4548/13 4548/16 4575/17
she's [4] 4547/11 4547/17 4548/4 4548/12
sheet [1] 4467/21
shifting [1] 4569/21
Shocking [1] 4572/4
short [6] 4505/25 4506/7 4516/25 4533/5 4555/3 4576/18
short-circuit [1] 4555/3
shorter [2] 4552/8 4575/16
should [30] 4472/18 4480/17 4481/7 4501/22 4512/19 4517/20 4525/5 4527/9 4528/7 4528/11 4528/13 4528/15 4528/25 4529/7 4530/15 4531/14 4534/8 4546/11 4546/20 4554/19 4555/24 4557/4 4565/1 4566/4 4566/4 4567/4 4567/25 4568/23 4569/14 4573/13
shouldn't [2] 4535/3 4569/6
show [1] 4528/15
shown [1] 4523/10
sick [1] 4475/8
side [7] 4486/8 4493/14 4495/2 4519/5 4529/22 4533/6 4551/22
sidebar [20] 4485/23 4485/24 4487/11 4488/1 4489/8 4489/19 4491/11 4491/19 4492/23 4493/9 4494/12 4496/5 4497/12 4498/8 4499/16 4499/17 4500/2 4500/3 4502/4 4528/21
sides [2] 4523/22 4551/24
signature [2] 4482/9 4482/10
signed [5] 4565/4 4565/9 4566/17 4569/11 4569/16
significant [2] 4509/15 4554/12
silent [1] 4512/10
simple [1] 4560/21
simply [15] 4469/24 4480/14 4513/15 4514/7 4517/9 4521/3 4522/7 4528/24 4529/21 4533/8 4535/4 4546/19 4547/11 4550/9 4560/21
since [6] 4476/21 4478/13 4481/22 4481/23 4483/1 4499/3
sincere [1] 4483/3
sincerely [2] 4472/21 4532/19
single [1] 4495/10
sinister [1] 4554/7
sir [12] 4475/18 4475/22 4476/1 4476/3 4476/9 4501/13 4504/7 4548/1 4558/6 4562/11 4571/1 4571/4
sit [14] 4475/11 4476/14 4480/15 4500/14 4512/20 4517/9 4532/11 4532/13 4532/14 4532/16 4532/20 4532/22 4532/25 4533/10
sitting [4] 4480/16 4481/1 4532/16 4532/19
situation [3] 4514/6 4532/24 4574/21
six [13] 4468/4 4500/5 4502/8 4516/18 4546/6 4546/8 4547/3 4547/7 4547/9 4566/6 4566/14 4568/5 4568/21
sixth [2] 4494/25 4495/14
sketch [7] 4534/1 4534/2 4534/3 4534/4 4534/6 4534/7 4534/8
slippery [2] 4564/11 4564/12
slope [2] 4564/11 4564/12
small [1] 4552/1
smaller [1] 4485/25
snippet [1] 4562/25
so [92] 4473/6 4474/12 4475/8 4478/19 4480/17 4481/19 4482/2 4483/4 4483/10 4483/13 4485/4 4485/15 4488/22 4489/24 4491/6 4492/16 4497/16 4498/16 4498/22 4501/1 4501/21 4502/12 4502/17 4502/25 4505/23 4508/19 4510/21 4510/22 4513/11 4513/14 4514/5 4514/8 4514/11 4514/14 4514/21 4517/9 4517/12 4522/16 4524/19 4526/19 4528/13 4530/12 4531/11 4531/22 4532/16 4532/18 4532/24 4534/3 4534/8 4534/25 4535/2 4535/3 4535/6 4546/20 4547/8 4547/18 4547/20 4548/12 4549/10 4550/1 4550/9 4551/1 4551/13 4552/2 4552/19 4555/22 4556/20 4559/10 4559/25 4560/1 4562/5 4564/12 4565/13 4566/11 4566/18 4567/16 4567/16 4568/1 4568/12 4569/5 4570/1 4570/8 4571/22 4572/2 4573/25 4576/1 4576/13 4576/15 4576/17 4576/20 4576/25 4576/25
so-called [1] 4508/19
social [3] 4473/20 4474/10 4525/24
soft [1] 4534/22
software [1] 4546/9
sole [1] 4524/3
solely [6] 4472/5 4472/13 4524/10 4526/8 4529/8 4529/10
solicitation [2] 4505/6 4554/21
solution [1] 4481/14
solve [1] 4569/5
some [21] 4467/17 4468/7 4475/24 4478/12 4501/3 4502/14 4505/10 4512/23 4513/6 4519/8 4525/2 4526/23 4528/1 4532/8 4533/4 4546/9 4550/20 4553/24 4561/13 4562/23 4565/15
somebody [6] 4484/9 4491/9 4495/25 4513/9 4561/6 4569/10
somehow [3] 4562/1 4565/14 4569/7
someone [6] 4482/3 4482/10 4495/8 4510/23 4533/6 4562/17
something [9] 4478/11 4481/23 4481/24 4482/6 4517/9 4555/21 4556/11 4566/3 4573/8
sometime [1] 4567/4
sometimes [6] 4519/9 4519/11 4520/4 4525/2 4533/19 4533/21
son [2] 4478/18 4478/20
soon [3] 4483/21 4516/20 4531/12
sooner [1] 4575/1
sorry [18] 4476/5 4477/13 4486/11 4491/23 4493/12 4493/20 4498/12 4498/14 4529/9 4548/25 4549/10 4553/6 4553/12 4557/5 4559/13 4559/18 4563/19 4571/9
sort [4] 4475/24 4512/23 4547/15 4561/13
sound [2] 4528/20 4561/21
sounds [3] 4480/23 4481/6 4553/14
speak [9] 4476/2 4481/15 4529/16 4529/19 4529/23 4550/10 4552/16 4554/7 4572/21
speaking [4] 4507/7 4552/13 4554/4 4554/23
speaks [1] 4551/18
Special [2] 4468/19 4468/21
specific [8] 4467/18 4507/25 4508/1 4508/11 4508/13 4551/19 4555/17 4567/24
speculate [4] 4550/21 4551/3 4552/2 4558/17
speculating [1] 4551/9
speculation [4] 4555/16 4556/19 4557/15 4563/2
spinal [2] 4481/5 4481/9
spoke [2] 4482/24 4567/23
STAFFORD [4] 4466/20 4469/11 4475/2 4518/17
stage [1] 4548/14
stages [1] 4516/4
stand [10] 4485/7 4487/14 4489/11 4491/12 4493/1 4495/8 4497/4 4497/16 4499/20 4533/12
standing [7] 4467/6 4480/16 4487/19 4489/13 4491/14 4493/3 4499/21
stands [1] 4497/19
start [5] 4482/4 4502/13 4502/22 4515/9 4559/5
starting [3] 4549/15 4550/17 4560/10
state [2] 4565/3 4569/15
statement [15] 4508/14 4519/20 4522/4 4522/5 4522/6 4522/7 4522/9 4523/7 4528/5 4553/21 4554/23 4559/14 4563/7 4569/14 4574/11
statements [17] 4486/3 4501/18 4510/17 4510/18 4511/19 4511/23 4511/24 4516/18 4521/5 4522/3 4522/11 4524/16 4535/9 4551/23 4561/11 4568/4 4568/7
states [22] 4466/1 4466/2 4466/14 4467/8 4468/10 4468/11 4474/23 4500/17 4511/10 4511/12 4511/20 4511/25 4515/18 4515/23 4516/2 4517/19 4517/23 4517/25 4518/3 4518/6 4520/4 4565/1
status [2] 4476/13 4483/16
stenography [1] 4466/24
step [2] 4467/14 4467/17
STEPHEN [3] 4466/18 4468/17 4474/23
Steven [1] 4518/7
still [2] 4480/5 4507/13
stipulate [2] 4569/23 4574/9
stipulations [1] 4524/18

**S**

stress [2] 4479/7 4525/13
stretch [3] 4533/13 4533/13 4533/18
stretching [1] 4533/16
stricken [1] 4507/4
strike [4] 4489/24 4490/12 4490/23 4498/18
strikes [14] 4486/9 4488/3 4488/14 4489/20 4490/11 4491/21 4493/11 4493/15 4494/7 4495/2 4498/17 4498/22 4499/2 4499/10
striking [1] 4483/5
struck [8] 4479/24 4488/23 4489/2 4494/1 4494/2 4495/15 4495/17 4495/25
subject [2] 4514/20 4528/3
submitted [5] 4505/10 4508/19 4510/3 4529/25 4530/9
substance [1] 4574/20
substantially [1] 4508/5
succeeded [1] 4521/19
such [18] 4470/17 4471/23 4472/3 4477/4 4507/24 4508/3 4508/5 4512/6 4521/25 4527/9 4529/1 4530/14 4530/17 4530/21 4533/23 4533/23 4561/8 4573/2
suffering [1] 4509/12
sufficient [2] 4480/12 4551/9
suggest [2] 4527/18 4563/7
suggested [2] 4546/11 4567/24
suggesting [1] 4547/19
suit [4] 4534/25 4535/1 4535/2 4535/5
sum [1] 4574/20
summary [1] 4521/2
summoned [1] 4517/4
sunny [1] 4526/24
superfluous [1] 4550/14
support [1] 4523/4
supported [1] 4510/24
supports [1] 4522/12
sure [7] 4485/8 4487/4 4490/6 4496/2 4499/5 4512/21 4566/24
surgery [3] 4476/17 4481/22 4483/2
surprise [1] 4565/21
surprised [1] 4572/3
sustain [2] 4519/14 4525/9
sustained [1] 4525/11
sustaining [1] 4519/24
swear [2] 4467/11 4501/2
swearing [1] 4502/13
swore [1] 4469/18
sworn [5] 4467/12 4502/1 4503/7 4503/11 4548/7
system [2] 4470/4 4524/3

**T**

table [4] 4468/24 4468/25 4469/16 4518/20
Taco [1] 4550/18
take [32] 4468/4 4472/24 4478/1 4479/2 4479/20 4480/22 4483/9 4485/4 4485/5 4485/9 4486/24 4487/20 4489/4 4489/13 4491/15 4493/3 4494/17 4497/6 4499/22 4502/20 4503/4 4503/16 4513/24 4516/18 4516/22 4534/10 4563/17 4563/20 4575/18 4575/22 4576/22 4576/24
taken [5] 4472/13 4472/16 4478/21 4504/10 4567/4
takes [1] 4480/21
taking [8] 4472/9 4477/5 4482/1 4505/17 4524/21 4529/2 4533/5 4534/12
talk [3] 4553/16 4569/2 4573/23
talked [3] 4554/6 4555/9 4557/1
talking [4] 4505/16 4505/19 4565/5 4569/18
talks [1] 4563/14
tape [11] 4552/1 4555/14 4561/16 4561/24 4561/25 4562/3 4562/17 4564/1 4565/1 4568/4 4570/10
tapes [2] 4505/22 4568/22
TARYN [4] 4466/16 4468/11 4474/22 4517/23
taught [1] 4471/18
tea [1] 4534/22
team [3] 4509/14 4567/23 4568/15
technical [1] 4501/3
technically [1] 4552/19
television [1] 4552/6
tell [9] 4524/21 4531/21 4531/22 4533/24 4547/1 4559/22 4565/25 4573/13 4573/20
telling [2] 4515/21 4531/11
ten [2] 4534/5 4563/21
tendency [1] 4510/22
tendered [1] 4480/12
tends [1] 4511/2
tentative [1] 4517/12
term [2] 4519/24 4574/2
terms [3] 4519/7 4519/8 4526/14
testified [2] 4523/1 4533/23
testify [4] 4511/8 4511/16 4527/16 4574/8
testifying [1] 4527/22
testimony [12] 4524/12 4525/3 4525/10 4526/7 4526/16 4526/18 4526/22 4527/23 4527/24 4528/13 4530/17 4535/9
text [3] 4473/18 4474/8 4525/22
than [10] 4468/6 4500/21 4500/22 4501/12 4523/16 4534/21 4535/2 4549/3 4570/17 4570/23
thank [46] 4474/13 4477/22 4477/23 4479/13 4484/7 4484/22 4485/1 4485/16 4485/22 4487/10 4487/16 4487/21 4489/15 4490/8 4491/9 4491/16 4492/22 4493/5 4494/11 4494/19 4496/4 4497/3 4497/7 4497/21 4497/22 4497/22 4497/22 4497/23 4499/23 4500/20 4502/3 4503/17 4504/8 4535/6 4535/8 4549/9 4552/22 4564/8 4571/4 4571/7 4574/4 4574/13 4574/24 4575/3 4577/6 4577/8
Thanks [1] 4494/10
that [420]
that's [40] 4481/10 4481/10 4481/13 4481/14 4481/23 4481/24 4488/25 4490/20 4495/9 4498/14 4505/16 4506/9 4509/21 4514/15 4517/9 4535/1 4548/16 4551/8 4552/18 4553/18 4553/23 4555/16 4557/21 4558/25 4559/25 4561/21 4562/2 4563/11 4564/4 4564/12 4565/19 4567/13 4570/7 4571/18 4571/18 4571/21 4574/5 4575/15 4576/15 4576/16
their [10] 4471/22 4472/8 4504/3 4504/3 4508/14 4514/18 4523/4 4554/7 4557/19 4567/25
them [28] 4475/6 4489/22 4491/10 4495/23 4500/13 4501/2 4501/4 4503/5 4503/5 4503/22 4504/3 4504/3 4507/7 4509/22 4513/7 4514/19 4515/13 4520/13 4526/12 4529/17 4532/5 4551/23 4565/22 4567/22 4567/24 4570/19 4570/20 4576/19
themselves [1] 4524/15
then [47] 4473/8 4475/9 4476/21 4477/25 4481/1 4485/8 4499/16 4501/4 4501/5 4501/6 4501/21 4502/13 4502/21 4506/9 4510/10 4513/17 4514/7 4514/10 4514/12 4514/20 4514/22 4516/13 4516/13 4517/9 4521/18 4521/18 4522/5 4523/17 4524/22 4526/24 4531/8 4531/8 4532/21 4533/8 4547/14 4547/22 4550/10 4562/20 4563/20 4567/1 4567/25 4569/3 4569/11 4575/15 4576/13 4576/22 4577/2
theories [1] 4523/9
therapy [1] 4482/25
there [57] 4469/20 4469/20 4475/5 4477/2 4478/10 4483/15 4484/3 4484/15 4485/10 4486/2 4487/7 4487/16 4487/21 4489/15 4495/1 4495/25 4497/7 4500/6 4500/7 4503/4 4503/23 4504/5 4509/6 4512/5 4513/10 4516/24 4517/13 4518/25 4520/12 4534/1 4546/14 4546/14 4547/13 4551/23 4552/1 4552/3 4552/9 4555/13 4555/18 4555/22 4555/22 4557/13 4557/17 4558/6 4558/8 4562/16 4562/18 4564/2 4565/10 4566/5 4567/15 4567/19 4573/2 4573/4 4573/12 4573/14 4575/5
there's [23] 4482/12 4482/13 4493/10 4493/10 4495/24 4497/11 4505/18 4533/24 4534/24 4549/2 4550/11 4550/15 4552/15 4554/4 4554/24 4554/25 4555/21 4558/3 4561/12 4562/23 4568/13 4572/5 4574/23
thereafter [2] 4574/2 4575/18
these [22] 4472/9 4473/5 4505/6 4508/8 4508/23 4509/7 4513/9 4515/21 4517/6 4519/6 4519/8 4523/4 4524/7 4526/11 4527/3 4528/22 4532/3 4532/4 4534/2 4548/19 4568/10 4569/24
they [51] 4484/14 4505/14 4505/15 4506/13 4506/21 4507/1 4508/10 4509/19 4512/22 4512/23 4514/13 4514/16 4514/17 4524/19 4529/17 4534/2 4534/4 4550/10 4551/8 4551/9 4551/23 4552/7 4554/10 4554/10 4555/12 4555/12 4555/25 4556/2 4556/8 4557/10 4557/10 4561/10 4564/1 4565/14 4565/16 4566/7 4566/7 4566/17 4567/12 4567/24 4567/25 4568/4 4568/6 4568/18 4568/22 4568/24 4569/2 4570/1 4572/1 4572/24 4576/6
they'd [1] 4514/16
they'll [1] 4534/15
they're [29] 4494/24 4501/20 4505/16 4505/19 4505/25 4506/7 4515/13 4533/11 4534/12 4534/13 4547/13 4547/19 4551/2 4551/2 4551/12 4552/8 4554/23 4555/19 4560/9 4561/10 4561/10 4565/6 4568/2 4568/22 4568/23 4568/24 4569/13 4569/19 4572/21
they've [2] 4504/2 4534/5
thing [8] 4485/11 4489/20 4509/23 4513/21 4513/23 4556/1 4571/9 4572/1
things [13] 4485/6 4487/20 4489/14 4491/15 4493/4 4494/18 4497/6 4499/22 4501/25 4502/14 4503/16 4515/21 4533/3
think [35] 4479/5 4480/4 4480/17 4481/14 4481/21 4490/1 4501/7 4506/20 4507/2 4527/10 4547/5 4547/17 4549/21 4549/22 4551/16 4551/22 4551/24 4552/15 4552/19 4556/9 4556/10 4557/2 4557/3 4557/20 4563/17 4565/12 4565/13 4565/14 4570/15 4571/22 4574/19 4575/1 4575/23 4576/6 4576/15
thinking [1] 4564/8
thinks [1] 4548/12
third [3] 4490/10 4522/14 4555/4
this [162]
those [24] 4467/24 4489/13 4491/14 4494/17 4499/21 4503/15 4505/18 4511/24 4513/12 4514/21 4514/24 4520/25 4523/15 4524/19 4524/22 4527/1 4532/25 4556/21 4561/17 4561/18 4564/14 4568/7 4570/20 4576/18
though [2] 4471/13 4522/15
thought [1] 4477/9
threat [2] 4505/14 4556/5
three [9] 4482/3 4484/12 4498/17 4499/1 4520/12 4520/21 4520/21 4556/21 4566/18
through [20] 4468/5 4473/18 4473/19 4473/19 4474/7 4474/8 4474/9 4508/9

**T**

through... [12] 4510/16 4514/15 4516/22 4525/21 4525/22 4525/23 4527/1 4532/13 4549/23 4553/13 4565/1 4570/1
throughout [3] 4521/15 4535/7 4562/17
thud [1] 4566/7
Thursday [1] 4517/6
Thursdays [2] 4514/15 4532/13
thus [3] 4471/13 4508/6 4509/6
tight [1] 4533/10
time [36] 4472/25 4473/7 4473/25 4476/15 4480/15 4482/16 4483/22 4485/1 4485/5 4485/23 4494/7 4503/12 4505/2 4506/6 4509/10 4510/12 4517/10 4517/13 4519/13 4519/13 4531/4 4533/22 4534/2 4534/2 4534/9 4534/9 4553/24 4554/8 4554/15 4557/2 4563/10 4565/23 4568/1 4576/23 4576/24 4577/2
times [10] 4508/15 4515/24 4522/17 4525/9 4526/12 4528/9 4528/17 4532/1 4534/5 4534/7
today [7] 4467/8 4467/15 4475/2 4534/19 4534/23 4568/12 4571/8
together [3] 4502/18 4520/15 4520/19
told [5] 4517/2 4522/17 4547/21 4565/21 4572/1
Tommy [1] 4550/18
tomorrow [8] 4501/24 4502/23 4516/18 4535/9 4568/11 4572/10 4575/8 4577/7
too [1] 4490/5
took [2] 4483/11 4520/11
top [2] 4468/1 4563/5
topic [1] 4567/6
totally [1] 4555/24
tougher [1] 4484/5
toward [2] 4528/15 4528/16
track [1] 4574/23
transcript [27] 4466/11 4466/24 4508/20 4548/23 4552/23 4553/1 4553/5 4555/5 4558/10 4558/11 4558/20 4559/2 4559/6 4559/17 4564/6 4564/21 4565/17 4566/6 4566/15 4566/23 4566/23 4567/19 4572/24 4573/3 4573/10 4573/17 4574/23
transcription [1] 4466/25
transcriptions [1] 4505/5
transcripts [8] 4505/11 4549/2 4566/14 4566/16 4566/17 4567/1 4567/25 4568/14
transportation [1] 4478/20
treasure [1] 4482/14
trial [68] 4466/11 4467/17 4468/3 4468/5 4468/7 4470/8 4471/8 4472/1 4474/17 4474/20 4482/23 4503/4 4508/16 4511/8 4511/16 4514/5 4515/17 4515/20 4515/22 4515/24 4516/4 4516/4 4516/8 4516/17 4516/20 4516/22 4517/5 4517/12 4517/13 4518/25 4519/3 4519/16 4519/21 4520/1 4521/11 4521/15 4521/17 4521/23 4522/1 4522/9 4522/10 4522/17 4523/15 4523/22 4526/3 4526/9 4526/13 4527/9 4527/16 4528/4 4528/6 4528/17 4529/2 4529/4 4529/8 4529/10 4530/13 4531/18 4532/10 4532/21 4532/22 4534/16 4535/8 4547/3 4550/19 4566/9 4568/8 4577/9
trivial [1] 4529/24
trouble [1] 4570/2
true [1] 4510/20
trustworthiness [1] 4511/1
truth [1] 4569/7
try [4] 4482/14 4501/4 4533/13 4552/5
trying [2] 4557/14 4568/10
Tube [1] 4525/25
Tuesday [3] 4513/24 4548/4 4548/13
Tuesdays [1] 4478/17
turn [2] 4497/3 4528/21
twelve [3] 4498/14 4500/4 4500/7
twenty [2] 4501/12 4502/21
twice [1] 4555/12
Twitter [3] 4473/19 4474/8 4525/22
two [34] 4475/5 4493/14 4495/2 4502/7 4505/12 4505/18 4507/7 4512/4 4512/5 4512/18 4514/12 4514/22 4515/2 4515/3 4516/4 4516/21 4520/18 4520/18 4520/24 4521/22 4527/1 4532/18 4533/8 4534/9 4546/5 4548/2 4548/11 4550/23 4565/2 4565/4 4569/14 4569/17 4570/19 4577/1
type [2] 4547/1 4571/13

**U**

U.S [1] 4466/6
umbrella [1] 4527/3
unable [3] 4476/12 4476/14 4502/9
unacceptable [1] 4546/19
unanimous [1] 4523/21
unanimously [2] 4516/11 4530/25
Unavailability [1] 4510/15
unavailable [3] 4510/14 4511/9 4511/17
unavoidable [2] 4517/14 4532/4
unbelievable [1] 4568/9
unclear [1] 4556/4
under [14] 4470/3 4471/4 4479/6 4481/2 4498/10 4508/7 4510/4 4511/5 4511/20 4524/3 4536/1 4550/25 4567/21 4568/25
understand [11] 4506/15 4512/3 4515/21 4517/2 4532/8 4532/9 4534/4 4552/9 4563/3 4563/16 4564/9
understanding [3] 4501/20 4560/24 4560/24
understands [2] 4550/10 4564/15
understood [5] 4490/9 4513/25 4550/6 4560/22 4571/20
unfortunately [1] 4568/12
UNITED [21] 4466/1 4466/2 4466/14 4467/7 4468/10 4468/11 4474/23 4500/17 4511/10 4511/12 4511/20 4511/25 4515/18 4515/23 4516/1 4517/19 4517/22 4517/25 4518/3 4518/6 4520/3
unlikely [1] 4529/18
unquote [1] 4512/14
unreliable [1] 4509/13
until [13] 4468/6 4479/14 4486/2 4504/1 4506/4 4521/15 4523/24 4524/1 4529/25 4530/8 4531/3 4546/18 4566/18
up [41] 4467/19 4467/23 4474/18 4476/2 4478/13 4478/18 4481/7 4482/17 4485/7 4486/2 4487/14 4489/11 4493/1 4506/13 4509/22 4523/23 4524/24 4533/14 4533/14 4533/15 4533/19 4533/21 4533/23 4533/25 4550/17 4552/24 4552/24 4553/2 4553/5 4553/13 4554/3 4554/20 4554/25 4555/4 4557/17 4558/21 4559/8 4559/20 4560/1 4567/20 4569/3
updated [1] 4568/11
upon [11] 4472/5 4472/5 4500/13 4509/18 4516/15 4522/9 4526/8 4526/9 4527/15 4553/14 4576/20
upstate [1] 4478/24
us [17] 4473/5 4475/5 4478/11 4480/1 4480/9 4481/19 4503/6 4529/1 4533/10 4550/24 4551/9 4566/15 4566/18 4568/18 4572/2 4573/20 4574/4
USDJ [1] 4466/12
use [9] 4473/22 4473/22 4489/21 4519/7 4520/22 4531/5 4534/12 4556/8 4577/2
used [3] 4469/24 4471/11 4574/2
using [2] 4497/2 4515/9
usually [3] 4477/6 4551/20 4576/24

**V**

value [2] 4483/9 4508/5
various [1] 4528/19
venire [1] 4503/21
ventilator [1] 4478/15
verdict [7] 4500/14 4523/17 4523/19 4523/20 4531/7 4531/9 4572/13
versus [2] 4466/4 4515/18
very [34] 4472/25 4473/3 4478/15 4479/1 4479/13 4483/3 4483/12 4485/22 4486/1 4489/15 4493/5 4497/8 4497/15 4497/24 4503/17 4505/25 4506/2 4506/7 4513/7 4546/21 4549/20 4551/18 4551/18 4551/18 4552/14 4552/14 4552/20 4554/12 4557/20 4558/17 4558/17 4565/20 4575/3 4575/25
Vicodin [4] 4480/21 4480/22 4481/2 4482/1
view [11] 4478/2 4480/11 4483/4 4507/9 4547/2 4551/22 4554/3 4554/18 4558/16 4561/6 4574/22
views [2] 4473/2 4478/3
VINCENT [14] 4466/5 4469/2 4469/21 4512/11 4515/18 4516/3 4518/9 4520/5 4520/15 4520/19 4520/22 4521/7 4521/13 4530/20
violated [1] 4534/7
violates [1] 4550/15
violence [5] 4470/18 4510/2 4520/23 4521/1 4571/14
virtue [1] 4550/22
visit [1] 4526/6
Vitale [2] 4507/21 4562/14
voir [3] 4480/23 4513/8 4556/5
volume [1] 4549/24

**W**

W-I-N-L-E-Y [1] 4511/20
wait [13] 4477/20 4479/14 4485/12 4487/21 4489/14 4493/4 4494/18 4497/7 4499/23 4503/16 4506/4 4532/1 4549/7
waiting [5] 4479/4 4482/19 4483/13 4483/23 4503/21
walk [1] 4533/19
want [17] 4475/24 4482/3 4485/8 4486/23 4490/12 4495/8 4495/9 4505/4 4515/6 4533/13 4555/21 4557/2 4564/11 4566/20 4570/22 4573/11 4573/15
wanted [5] 4478/11 4490/6 4571/16 4573/23 4573/24
wants [3] 4482/10 4547/18 4569/23
Ward [1] 4468/24
was [78] 4470/12 4470/17 4470/20 4476/7 4476/19 4478/11 4478/14 4478/21 4478/23 4478/25 4478/25 4481/23 4483/12 4484/3 4484/4 4490/5 4495/25 4495/25 4506/18 4506/18 4506/21 4510/21 4512/5 4514/5 4521/1 4526/19 4527/20 4532/10 4546/11 4546/12 4547/2 4547/2 4547/10 4548/7 4548/7 4548/7 4549/20 4550/25 4554/14 4554/16 4554/18 4555/13 4555/18 4557/19 4557/20 4557/22 4557/23 4557/25 4558/2 4558/11 4560/23 4560/25 4561/1 4561/3 4561/4 4561/7 4562/7 4564/2 4565/12 4565/18 4565/19 4565/20 4566/22 4566/24 4566/25 4567/6 4567/22 4568/16 4569/13 4572/19 4573/4 4573/12 4573/14 4573/15 4573/22 4574/2 4574/5 4575/13
wasn't [2] 4554/20 4574/16
watch [4] 4473/14 4474/4 4525/17 4575/9
water [4] 4491/9 4491/10 4534/19 4534/21
way [30] 4472/7 4473/20 4474/9 4482/2 4512/8 4519/4 4519/10 4525/6 4525/23 4528/8 4528/11 4529/6 4532/20 4546/9

## W


way... [16] 4551/17 4551/17 4552/16 4554/5 4554/23 4555/4 4561/12 4562/3 4568/13 4568/22 4569/6 4570/6 4570/9 4576/7 4576/15 4576/16
ways [1] 4552/9
we [137]
we'll [27] 4475/9 4477/25 4482/7 4483/21 4485/13 4485/23 4489/4 4494/7 4501/4 4501/5 4501/6 4502/22 4502/24 4504/2 4504/3 4506/5 4506/5 4506/9 4514/8 4514/20 4515/5 4515/9 4515/11 4552/4 4552/21 4572/2 4576/25
we're [31] 4481/4 4483/13 4483/23 4483/25 4484/14 4484/25 4486/4 4486/5 4486/6 4492/7 4498/18 4501/18 4502/12 4502/12 4502/25 4503/2 4505/8 4513/11 4513/12 4514/10 4514/11 4515/17 4532/18 4533/5 4555/13 4557/14 4567/20 4568/25 4569/7 4572/15 4572/17
we've [2] 4513/7 4513/23
wear [3] 4534/24 4535/4 4535/5
wearing [3] 4527/2 4534/23 4535/1
website [3] 4473/19 4474/9 4525/22
websites [3] 4473/20 4474/10 4525/24
Wednesday [2] 4513/24 4548/5
week [7] 4476/4 4476/6 4513/11 4514/9 4532/23 4548/3 4554/14
weeks [11] 4467/19 4468/4 4478/13 4514/18 4516/18 4516/21 4533/2 4547/6 4547/9 4566/16 4567/23
weighed [1] 4508/6
weight [2] 4527/10 4528/12
welcome [2] 4567/14 4571/10
well [27] 4477/2 4483/16 4484/3 4490/3 4497/15 4497/24 4506/4 4507/13 4510/11 4527/25 4546/25 4548/18 4549/4 4552/12 4556/24 4557/11 4558/2 4559/13 4563/16 4566/10 4567/12 4570/6 4570/15 4570/19 4570/22 4573/9 4573/18
went [9] 4488/23 4489/1 4491/6 4492/16 4492/19 4494/1 4494/2 4526/19 4549/19
were [12] 4471/6 4473/3 4502/10 4506/22 4514/15 4517/4 4526/23 4527/1 4527/5 4532/11 4555/18 4570/4
weren't [4] 4514/2 4532/11 4566/17 4574/14
Westlaw [2] 4511/11 4511/11
wet [2] 4527/2 4527/2
what [67] 4474/18 4476/5 4476/23 4480/1 4481/10 4482/14 4483/9 4485/13 4486/11 4487/2 4498/20 4501/1 4502/12 4503/19 4505/16 4505/19 4506/18 4508/10 4513/16 4514/4 4514/15 4515/22 4522/6 4523/6 4523/7 4523/9 4523/10 4527/17 4527/19 4527/21 4528/2 4529/21 4532/24 4533/8 4533/20 4550/6 4554/4 4555/6 4555/17 4556/10 4557/10 4557/24 4557/25 4558/2 4558/18 4559/22 4560/15 4560/21 4561/17 4561/18 4562/16 4562/21 4564/10 4565/5 4568/22 4569/17 4572/25 4573/7 4573/16 4573/20 4573/22 4574/5 4574/10 4574/21 4575/16 4576/23 4576/24
what's [10] 4478/16 4507/3 4507/5 4507/14 4552/3 4553/3 4560/6 4562/6 4565/8 4570/18
whatever [4] 4501/15 4506/7 4533/9 4570/20
whatsoever [1] 4530/22
when [32] 4467/22 4473/5 4478/21 4483/12 4485/7 4492/25 4494/7 4502/18 4504/1 4504/2 4506/18 4510/14 4510/20 4513/11 4515/13 4517/4 4519/14 4519/16 4519/19 4519/22 4524/19 4528/21 4529/4 4533/4 4548/6 4548/7 4550/10 4550/25 4552/5 4556/9 4560/22 4570/18
Whenever [1] 4478/2
where [9] 4479/5 4483/1 4514/20 4517/13 4552/16 4553/9 4553/9 4553/15 4561/25
wherever [1] 4472/23
whether [26] 4471/7 4481/7 4481/22 4508/15 4509/10 4512/5 4512/6 4512/9 4514/13 4516/9 4521/12 4521/19 4526/3 4527/10 4527/17 4527/22 4529/4 4529/9 4529/11 4532/14 4548/10 4548/13 4566/2 4566/22 4569/2 4571/15
which [46] 4470/17 4471/19 4480/7 4480/9 4481/5 4482/4 4485/4 4490/1 4502/10 4506/20 4506/25 4507/16 4512/21 4513/17 4513/25 4515/1 4516/5 4516/6 4516/12 4519/7 4520/4 4521/1 4523/14 4523/21 4524/24 4524/25 4525/11 4525/12 4527/12 4530/17 4530/18 4548/15 4550/21 4552/1 4552/25 4555/20 4556/1 4556/12 4556/22 4558/20 4562/24 4564/19 4568/16 4570/13 4572/5 4573/15
Whichever [1] 4515/8
while [6] 4483/11 4489/5 4527/5 4532/2 4533/10 4546/12
whisper [1] 4555/20
white [1] 4528/20
who [47] 4469/18 4469/19 4469/20 4469/20 4475/2 4475/5 4475/14 4477/11 4480/1 4480/4 4480/5 4480/13 4480/20 4482/3 4482/10 4482/24 4484/12 4487/19 4489/13 4491/14 4493/3 4498/10 4499/21 4503/15 4503/21 4512/22 4513/23 4514/19 4518/23 4518/23 4520/6 4525/6 4526/17 4526/18 4527/16 4530/14 4530/15 4532/25 4554/18 4561/6 4561/7 4561/7 4566/22 4569/20 4572/17 4576/6 4576/14
who's [4] 4477/11 4487/5 4501/7 4565/2
whole [2] 4551/19 4557/14
whom [1] 4561/1
whose [2] 4484/1 4484/2
why [18] 4477/7 4477/19 4506/4 4533/23 4551/5 4551/5 4553/22 4557/13 4557/21 4560/12 4563/9 4565/16 4565/25 4566/10 4567/8 4567/10 4567/16 4570/8
wife [2] 4565/5 4569/18
will [113]
willingness [1] 4535/7
window [2] 4526/25 4527/4
Winley [1] 4511/20
wish [4] 4472/9 4475/5 4484/21 4534/10
wishes [1] 4570/3
withheld [1] 4551/23
within [4] 4500/16 4511/9 4511/17 4567/25
without [7] 4508/10 4527/3 4554/3 4554/25 4558/1 4571/18 4573/5
witness [22] 4502/24 4509/13 4522/21 4526/18 4527/17 4527/19 4527/19 4527/20 4527/20 4527/21 4528/2 4528/13 4533/23 4571/22 4572/10 4574/15 4574/17 4575/19 4575/20 4575/22 4576/9 4576/9
witnesses [20] 4471/21 4501/18 4507/8 4507/20 4507/22 4508/11 4508/13 4523/1 4524/12 4527/15 4528/9 4533/21 4550/11 4572/21 4575/25 4576/5 4576/8 4576/18 4576/21 4577/1
witnesses' [3] 4508/9 4524/14 4527/24
won't [6] 4514/7 4517/9 4532/16 4547/20 4547/21 4570/8
wondering [1] 4483/25
word [6] 4506/1 4555/11 4563/17 4563/19 4563/20 4563/22
words [6] 4486/3 4523/1 4524/1 4550/1 4551/19 4563/18
work [8] 4546/11 4546/15 4547/19 4547/20 4547/21 4548/5 4552/7 4568/10
working [1] 4546/24
works [3] 4513/18 4546/9 4576/7
world [2] 4546/18 4551/13
worry [7] 4506/25 4517/10 4549/17 4550/2 4551/6 4552/17 4559/14
worse [2] 4477/10 4480/24
would [54] 4477/6 4477/9 4478/17 4479/13 4480/19 4481/25 4486/24 4487/1 4491/12 4491/14 4494/17 4503/7 4506/19 4508/5 4509/11 4510/19 4513/7 4514/10 4515/20 4517/5 4517/21 4526/20 4532/14 4532/19 4546/15 4546/16 4546/19 4546/19 4546/22 4548/5 4548/13 4548/15 4548/16 4552/17 4553/19 4555/18 4556/14 4557/12 4558/17 4561/2 4561/8 4568/3 4569/6 4569/8 4572/1 4573/3 4573/6 4573/12 4573/20 4573/20 4573/25 4574/1 4574/9 4575/10
wouldn't [5] 4478/19 4490/1 4532/15 4532/22 4555/25
writing [1] 4523/13
wrong [2] 4547/7 4555/6
wrote [1] 4480/20


## Y


yeah [15] 4475/14 4479/4 4493/20 4509/20 4515/1 4553/17 4553/22 4556/25 4557/7 4557/9 4559/18 4559/19 4564/19 4567/14 4572/15
year [2] 4476/20 4566/6
years [6] 4534/6 4565/3 4566/14 4568/5 4568/21 4569/15
yes [38] 4475/22 4476/1 4476/3 4476/9 4476/18 4476/22 4477/21 4478/9 4478/12 4482/13 4483/11 4486/16 4487/16 4487/24 4487/25 4488/4 4489/18 4490/3 4490/24 4491/8 4494/4 4494/5 4495/16 4498/1 4498/2 4499/8 4499/14 4505/8 4549/1 4550/3 4550/4 4551/15 4551/16 4557/23 4558/9 4569/9 4572/17 4575/21
yet [1] 4494/22
YING [4] 4466/20 4469/11 4475/1 4518/17
YORK [8] 4466/1 4466/7 4466/15 4466/16 4466/23 4482/5 4547/4 4548/8
you [368]
you'd [1] 4478/2
you'll [3] 4502/16 4502/17 4517/18
you're [20] 4471/13 4475/21 4477/11 4478/8 4484/16 4484/17 4484/20 4489/24 4494/7 4494/21 4502/13 4502/18 4517/8 4528/1 4533/15 4534/12 4546/21 4549/10 4557/24 4567/14
your [185]
yourself [1] 4529/6
yourselves [2] 4530/19 4547/9
YouTube [2] 4473/21 4474/11
Ypelaar [1] 4468/19


## Z


Z-I-A-N-G [1] 4511/10
Ziang [1] 4511/10