UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

                         DKT: 05-060-(NGG)

       v.

                         ORDER RE: TECHNOLOGY

MICHAEL MANCUSO,

Defendant.
-------------------------------------------------------X

IT IS HEREBY ORDERED, that counsel for defendant, Stacey Richman, Esq. may enter the

court with a computer and hard drive to use at the hearing to be held on May 16, 2023, at 2:00

p.m. Counsel may bring with her, power cords and a hard drive to attach to the computer.


                                   So Ordered:

                                    s/Nicholas Garaufis

                                 Honorable Nicholas Garaufis

Dated:    5/15/23