

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JD
F. #2005R00060

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 15, 2026

<u>By Hand and ECF</u>

Hon. Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

   Re: United States v. Vincent Basciano
     <u>Dkt. Nos. 17 CV 3815, 05 CR 60 (NGG)</u>

Dear Judge Garaufis:

  The government respectfully writes to request an adjournment of its reply submission in this matter pending before the Court pursuant to Title 28, United States Code, Section 2255. The government requests an adjournment to April 20, 2026, for the government's response to Basciano's petition for collateral relief, and an additional 90 days for his response. Habeas counsel consents to this request, and may request an appearance before the Court in the interim.

  Capital counsel had previously advised the government that with the passing of trial counsel, capital counsel does not intend to submit an affidavit related to the instant petition. The government has nevertheless reached out to prior co-trial/penalty counsel, as well as appellate counsel. Appellate counsel does not intend to file any submission. In the event former trial co-counsel wishes to submit any response to the instant petition, the government will apprise the Court and habeas counsel. In the interim, the parties request the above scheduling schedule, to be updated as necessary upon the response(s) if any, of prior trial co-counsel.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/
Jack Dennehy
Assistant U.S. Attorney
(718) 254-6133

cc: NGG Clerk of Court (by ECF and Email)
    Habeas Counsel (by Email and ECF)